UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CLAIRE DALY and ALEXIS DALY, | ) | |
| by and through their mother and general guardian, | ) | |
| DANIELLE DALY | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| - against - | ) | Civil Action No. |
| | ) | |
| MILLER PLACE UNION FREE SCHOOL DISTRICT, | ) | |
| SETH LIPSHIE individually, | ) | |
| CHRISTOPHER HERRSCHAFT individually, | ) | |
| JOSEPH ZITO individually, | ) | |
| NICOLE FARLEY individually, | ) | |
| LISA BRAY individually, | ) | |
| and NICOLE LAZAR individually, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

## INTRODUCTION

*Plaintiff Claire Daly entered Miller Place as a kind, intelligent and precocious kindergartner with a zest for life and many friends. But by 8 years old, after she revealed her sexuality, her peers began to treat her like a pariah and taunt her for it. A classmate named C.F. began to sexually harass Claire. After being notified by the family, Defendants hid the procedures and forms for filing a complaint. When the Dalys persisted, Defendants refused to do their job and prevent the bullying from escalating. As could be predicted, it did.*

*At times, Defendants egged the bullies on. Defendants retaliated against the Dalys for reporting it. This gave everyone the distinct impression that they condoned the increasing bullying. The bullies got the message that even violence would be tolerated. It was. Now 11,*

1

*Claire has been removed from the school by her parents to the Laurel Hill School, which offers a nurturing, supportive learning environment. Claire still suffers from C-PTSD and depression, but her little sister, Alexis, who still attends Miller Place, continues to suffer the consequences of this retaliation.*

## **PARTIES**

1.    Claire Daly ("Claire") is an 11-year-old 6th grader. She attended school in the Miller Place Union Free School District ("Miller Place") from kindergarten through fifth grade. Claire is an "A" student who possesses talents in the music and theatrical arts. Claire was, until recently, employed as a lead actress in regional theater productions, as well as commercials and movies throughout the United States. She is close with her family. Claire lives at 36 Locust Avenue, Miller Place, Suffolk County, New York with her parents, Richard and Danielle Daly ("Richard" and "Danielle"), and her younger sister, Alexis ("Lexie").

2.    Alexis Daly is a 9-year-old 4th grader who currently attends the Laddie Decker Elementary School ("Laddie Decker") in the Miller Place Union Free School District. She enjoys singing, acting, drawing and spending time with family and friends. Much like her older sister, she is small for her age.

3.    Defendant Miller Place is a public school district and municipal corporation formed under Article 31 of the Education Law of the State of New York. Defendant's principal offices are located at 7 Memorial Drive, Miller Place, Suffolk County, New York. Miller Place, as well as its employees, stand *in loco parentis* during the school day; they are responsible for providing a public education to their students in a safe environment.

4.    Defendant Seth Lipshie has been employed by Miller Place for 30 years.  He was employed as a social studies teacher from 1990 to 2001.  In 2001 he became assistant principal at North Country Road Middle School.  From 2002 to 2010 he was principal of Miller Place High School.  In 2010 he was appointed assistant superintendent of Miller Place.  In 2014 he was appointed deputy superintendent. In 2022 he was appointed superintendent.

5.    Defendant Christopher Herrschaft ("Herrschaft") is an employee of Miller Place. He was employed as principal of Laddie Decker from August of 2019 to approximately June of 2022. He is currently employed as its Director of Human Resources.

6.    Defendant Joseph Zito ("Zito") is an employee of Miller Place. He was employed as vice principal of Laddie Decker through the Spring of 2022, at which point he replaced Herrschaft as Laddie Decker's principal.

7.    Defendant Nicole Farley ("Farley") is an employee of Miller Place. She has been employed as vice principal of Laddie Decker since June, 2022, replacing Zito in his role once he became principal.

8.    Defendant Lisa Bray ("Bray") is an employee of Miller Place. At all relevant times she was employed as a teacher at Laddie Decker.

9.    Defendant Nicole Lazar ("Lazar") is an employee of Miller Place. At all relevant times she has been employed as both an unlicensed "behavioral specialist" at Laddie Decker and a coach at the Miller Place High School.

## JURISDICTION AND VENUE

10.    This case arises under 28 USC §1331 as it involves questions of federal law, including: Title IX of the Education Amendments of 1972 (20 USC §§1681-1688) ("Title IX"); the Equal Protection Clause to the Fourteenth Amendment of the

United States Constitution ("Equal Protection Clause") ; and the First Amendment to the United States Constitution ("First  Amendment").

11.    Defendants acted under color of state law, depriving Claire and Lexie of their rights and privileges under the U.S. Constitution, pursuant to 42 U.S.C. §1983.

12.    The district courts have original jurisdiction over civil matters involving constitutional issues and issues of federal statutory law, pursuant to 28 USC §1343.

13.    Venue is proper in this district pursuant to 28 USC 1391(b)(2) because a substantial part of the actions or omissions by Defendants which give rise to the claims took place in this district.

## FACTUAL BACKGROUND

### *Miller Place Polices on Bullying and Discrimination*

14.    Miller Place has several policies on preventing harassment and discrimination with forms, the last of which was updated in 2018.  Their "Bullying and Harassment" policy and regulation also has forms (Dignity Act forms, or "DASA" forms).  They have a "Sexual Harassment" policy and regulation and a "Nondiscrimination and Equal Opportunity Policy" and regulation. These policies also have forms for reporting issues to the district. There is also a board policy for reporting misconduct on the school bus, without a form.

15.    Currently, none of these policies and forms are fully contained within the Miller Place Student Code of Conduct, however, and can only be found on the district's website.  The DASA policy page is separate from the board policies page, where all of the other policies are found, i.e. https://www.millerplace.k12.ny.us/district-

information/dignity-act.  Miller Place designates its building DASA coordinators on this link.

### *Title IX*

16.    Upon information and belief, Miller Place is subject to Title IX as it receives federal financial assistance.  Title IX states:  "No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance." All Miller Place's policies, with the exception of the bus policy, have references to Title IX, amongst other bullying and discrimination laws.

17.    Miller Place does not name any Title IX coordinators.  In its "Sexual Harassment" policy, it states that complaints should be filed with the principal or "district compliance officer".  The "district compliance officer" is nameless.  Miller Place does not list Title IX coordinators for other types of sexual discrimination.

18.    In Miller Place's "Nondiscrimination and Equal Opportunity Policy", it names Sandra Wojnowski as "compliance officer" for receiving complaints regarding the Civil Rights Act of 1964, Section 504, and the ADA, but it does not name a compliance officer for Title IX.  This is in spite of implementing regulations under Title IX that say the name of such Title IX coordinator must be "prominently displayed" on the school website and handbooks.

19.    Further, Miller Place lists no grievance procedures for non-sexual harassment Title IX violations except DASA procedures.  As per Title IX implementing regulations, however, a recipient of federal funding is required to "adopt and publish" grievance procedures as to how to file a Title IX complaint.

20.    As per Title IX implementing regulations, schools and other recipients of federal funding are required to offer "supportive measures" to victims of sexual harassment, consider the complainant's wishes with respect to such supportive measures, inform the complainant of the availability of supportive measures with or without the filing of a formal complaint, and explain to the complainant the process for filing a formal complaint.

21.    The coordinator in a sexual harassment case must provide the following written notice to the parties involved:  notice of recipient's grievance process, the parties allegedly involved, and the conduct constituting sexual harassment. The notice must also tell the complainant and respondent that they may seek the advice of an attorney.

22.    The coordinator is required to investigate.  Investigations of formal complaints must do the following: provide an equal opportunity for the parties to present evidence and witnesses;  provide the parties to allow others at meetings, including attorneys, and provide both parties an opportunity to inspect any evidence obtained as part of the investigation. Prior to completion of the investigative report, the recipient must send to each party the evidence, and the parties must have at least 10 days to submit a written response, which the investigator will consider prior to completion of the investigative report. The recipient must make all evidence subject to the parties' review available at any hearing, including for purposes of cross-examination; and create an investigative report that fairly summarizes relevant evidence.

23.    The implementing regulations state that the Title IX coordinator cannot be the same person as the decisionmaker who responds to such grievance.

24. The implementing regulations also prohibit retaliation of any kind against a complainant, and state that the name of the identity of any individual who has made a report must be kept confidential.

### Kindergarten

25. The Dalys moved to Miller Place in 2013. Claire began kindergarten in September, 2017. She attended the Andrew Muller Primary School ("Andrew Muller"), a school for grades K-2, which is located in Miller Place.

26. During this time, Claire was routinely bulled by another child, Q. He would punch Claire frequently, at one time giving Claire two black eyes and bruises on her lower body. On another occasion he struck Claire and sat on top of her, stating, "I want to marry you".

27. Soon thereafter, Richard and Danielle had a meeting with Ashley Stapon, Claire's teacher, and Laura Gewurz ("Gewurz"), the school principal. The Dalys asked that a Dignity for All Students Act form be filled out. Gewurz told the family that the bullying by Q. was "not DASA reportable" and "unfounded". Instead, Claire was given a card to put in her pencil box if she felt unsafe, which the school allowed her to put in her desk and slide out so the teacher would see she was in danger without her having to say it out loud. She was also assigned a licensed social worker, Rebecca Rohman ("Rohman"), to help her "cope with the bullying". The school called Rohman a "behavioral counselor".

28. For the next five months, Q. continued to attack Claire and other children at Andrew Muller. It wasn't until Q. attacked a school employee's child that he was assigned a 1:1 school aide. Q. moved out of Miller Place the following summer, 2018.

### *First Grade*

29.   During the 2018-2019 school year Claire was again bullied. At the school carnival, two girls, A.M. and A.T., harassed Claire in front of Danielle, telling Claire she needed to leave their table because they didn't want her there. Danielle took Claire home. Another girl, H.S., was pushing Claire and telling her to "shut up" and "You don't belong here."  Her teacher, Mrs. Gambino, reprimanded the students and she and Gewurz had meetings with their parents.  H.S. continued the behavior.

### *Second Grade*

30.   During the fall of the 2019-2020 school year, some of the girls again began to bully, and ostracize, Claire.

31.   C.F., a classmate, began to bully Claire on the school bus, calling her a "nerd" for doing her homework promptly, on the bus. Claire developed digestive issues, and her parents sought the advice of Dr. Mark Lowenheim, a pediatric gastroenterologist. Dr. Lowenheim put Claire on a "bland diet".

32.   At this time, Danielle began working in the Andrew Muller cafeteria and was able to observe what was happening. When Claire followed the doctor's advice as instructed by eating a plain quesadilla at lunch, a lunch aide, Mrs. Erdman ("Erdman"), told Claire that her lunch was "pathetic". Erdman was spoken to, but nothing was done about the bullying.

33.   In mid-March 2020, Governor Cuomo ended in-person schooling, statewide. In the early months of the pandemic New York was in a state of disarray; the Daly family, not sure whether remote schooling, which they liked, would be an option in the future, withdrew Claire from Miller Place and home schooled her instead.

### Third Grade

34.   Claire started third grade year as a home-schooled student.

35.   In the middle of the 2020-2021 school year the family decided to re-enroll Claire at Miller Place because Claire was a sociable child who missed her friends.

36.   Claire was enrolled at Laddie Decker, a school for grades 3-5.

37.   The bullying began to reoccur on a daily basis.

### Fourth Grade

38.   Claire began the 2021-2022 school year at Laddie Decker.

39.   At some point Claire told a friend she was gay. Her friend apparently told everyone. Classmates began teasing her about her sexual orientation. The teasing was relentless.

40.   On or about October 31, 2021, Claire began coming home and instead of joining her family downstairs, she began going straight up to her room, forgoing food and homework, saying she was exhausted. She also refused to tell Danielle what was wrong, becoming progressively more irritable and withdrawn the more she was pressed for information.

41.   At this point, Claire's parents learned that C.F. had begun calling out profanities to Claire in the middle of class, including the use of the phrase, "Chupapi Munyayo", which translates to "suck my dick".

42.   The family complained to Jessica Warren ("Warren"), Claire's 4th grade teacher. Warren ignored the complaint until Danielle showed her a screenshot of the translation of what C.F. was screaming in Spanish. C.F. was spoken to by Zito, the assistant principal at the time, and C.F. was allegedly disciplined. However, C.F.

continued to harass Claire on the bus, calling her a "stupid ass nerd", which forced her to sit in the front with the bus driver. This, too, was reported.

43. To the Daly's knowledge, Zito never filed a DASA complaint on their behalf, even though Miller Place's own "Student Harassment and Bullying Prevention and Intervention" Policy 5020.5 states that staff who observe or learn of incidents of bullying must fill out the form within two school days. This is in accordance with the Dignity for All Students Act, Education Law §§10-18. Nor did he file a "Sexual Harassment" or "Nondiscrimination and Equal Opportunity" complaint, as per school policy. Further no one including Zito, advised the Dalys of their rights under Title IX.

44. According to protocol, if there was a DASA complaint, it, and the findings regarding any investigation, were to be shared with the victim. This was specifically outlined on P. 4 of the "Student Harassment and Bullying Prevention Intervention" policy which states that "the results of the investigation shall be reported back to the target and the accused as specified in the accompanying regulation".

45. Claire's mood continued to decline, but the Dalys thought the issues with C.F. were isolated incidents. Unbeknownst to Richard and Danielle, Stefanie Werner ("Werner") and Danielle Tonso ("Tonso"), licensed social workers employed by the District, began "working with" Claire sometime during Claire's 4th grade year at Laddie Decker, meeting with her in their offices and in Warren's classroom.

46. On May 22, 2022, the day before Field Day, Claire told Danielle that she was being bullied and did not want to go back to school. Claire told Danielle that Werner and Tonso were going to be at Field Day to watch over her, as a rumor was going around

that some people at the school were going to "jump" her.  She told Danielle she did not want to live anymore.

47.    Claire also told Danielle that there was a group of girls, A.S., A.W., G.M., H.M., and A.M. who were spreading rumors about her constantly, i.e.:  "Claire doesn't wipe her butt crack", "Claire is weird, she picks her nose",  "Claire is so stupid",  "Claire can't see, she is blind",  and "Claire is two-faced".

48.    A.S. was pre-occupied with Claire. She regularly tried to cheat by copying Claire's papers, chased Claire, told Claire she "sucked at singing", and made fun of her clothes.

49.    A.M., meanwhile, was pre-occupied with homosexuality, telling other students that, "Claire is gay and if she hugs you that means she likes you, so don't let her hug you." A.M. continually pointed out every girl Claire went near, saying, "Do you like, like her?"

50.    Although the school staff told the students at Laddie Decker that there was a "no touching or physical contact policy" they repeatedly took pictures for yearbooks and presentations where they would ask the children to stand together and put their arms around one another.

51.    On May 23, 2022, Danielle went to Laddie Decker for Field Day. Towards the end of the event, as Danielle was about to leave, Claire stated she did not feel safe staying behind at school. The two social workers, who the school deemed "behavioral counselors", insisted that she was safe. They urged her to stay for rest of the event.

52.    Approximately 20 minutes after Danielle left the school, she and Richard received calls from the school nurse, Noreen Killeen ("Nurse Killeen"), telling them that

Claire had urinated on herself. They went to school and found Claire on the bathroom floor in the nurse's office, crying.

53. Once the Dalys learned about the increased bullying and the involvement of the "behavioral counselors", Danielle asked Warren to notify her of any problems Claire was having on a regular basis, both verbally and via a communication book they maintained for that purpose. However, nothing was done to punish the girls who were bullying Claire. Instead, the Dalys were told it was just "girl drama".

54. To the Daly's knowledge, no DASA or Title IX complaint was filed on their behalf by Warren in spite of Miller Place Board Policy 5020.5 which states that staff who observe or learn of bullying must report the conduct within one school day to the principal, his designee or the DASA coordinator, and fill out a DASA complaint form within two school days.

55. By the end of fourth grade, as the daily bullying became more severe, Claire suffered panic attacks. Claire became hysterical and indecisive. Danielle started driving Claire to school, however, she could not get Claire out of the car once they arrived. Danielle would routinely have to contact the staff for help in order to get Claire into the school.

56. In June of 2022, A. S., A.W., G.M., H.M., A.M., and LL., went to the "behavioral counselors" and told them they do not want Claire to hug them or call them "besties". The "behavioral counselors" told Claire not to hug the other girls because physical contact, "was not allowed at school". Later, Farley, the new assistant principal, also told Claire that she was not allowed to hug anyone.

57. On June 23, 2022, Danielle sent an email to Zito, asking that the bullying students be separated from Claire. Zito never responded and, for the second time, never

offered to fill out a DASA complaint on their behalf. To the Daly's knowledge, no DASA complaint was ever filled out and no one told them they had rights under Title IX.

58. Soon after, Warren held an outdoor family awards ceremony. The Dalys arrived early and put their blanket down on the grass. As the families arrived with their children, they sat away from the Dalys. Eventually, the Dalys were on one side and the rest of the class was on the other. As Warren started handing out awards, the family was shocked when Warren gave A.S., one of the bullies involved in spreading rumors about Claire, the "Good Friendship Award". Later, during the same ceremony, they were appalled when Warren presented Claire an award by saying, "to the girl who brings all the drama to the class... 'The Most Likely to go to Broadway Award' ". Claire was extremely upset. Warren was later written up by the principal while her union representative stood by, but, for the third time, upon information and belief, Zito did not write up a DASA complaint in regards to the situation.

59. Around the same time, Danielle went on the Parent Portal to view Claire's fourth quarter report card and found out that Claire's grades had dropped from 90's to 60's and 70's. Warren had never notified Richard and Danielle of any issues with Claire's grades.

60. On June 24, 2022, Danielle followed up her earlier emails to Zito with another email reiterating that the bullies were ostracizing Claire and that Warren had never told them about Claire's issues with grades.

61. On June 24, 2022, Richard also contacted Zito. Richard told him that he had enclosed a state "DAC form" and wanted it filled out on behalf of Claire due to the

bullying by A.M. He further stated that Claire was suffering from "increased anxiety, sleep difficulties, self-esteem issues and body image disturbances" due to the bullying.  He stated that the bullying consisted of "repeated references to Claire's sexual preferences".

62.    In the same email, Richard also complained about Warren's behavior towards Claire at the awards ceremony.

63.    Finally, Richard asked that a completed copy of the form be forwarded to them once it was reviewed, and the results of the investigation be shared. Zito responded that he was filling out the form and would add Claire to the "healthy separations next year".

64.    On June 29, 2022, Danielle contacted Zito and told him that Claire had told her that she had thought about suicide, due to the bullying.

65.    Soon thereafter, the Dalys received a written decision dated June 29, 2022 and signed by Herrschaft, principal of Laddie Decker at the time, which said that, after an investigation, which included interviews of "your child, the alleged victim and applicable witnesses" he deemed the complaint regarding A.M.'s comments "unfounded".  Herrschaft seemed not to understand that Claire and the "alleged victim" were the same person.

66.    The decision copied Seth Lipshie ("Lipshie"), the deputy superintendent of Miller Place.  It advised that "retaliation for filing a DASA complaint ... is prohibited by district policy". He further stated that any complaint regarding future bullying or any acts of retaliation should be reported to him or another appropriate staff member "as soon as possible".

67.    Herrschaft, never contacted the Dalys at any time that year prior to issuing his decision on June 29, 2022, even though school policy dating from at least 2018 states that the building-wide DASA coordinator is the school principal "or his designee". Nor did he apparently fill out any DASA complaints on their behalf. He, too, did not inform them of their rights under Title IX.

68.    At some point during the late spring/early summer, Herrschaft was transferred to the District's Human Resources Department, Zito became school principal, and Farley became assistant principal.

69.    Over the summer, the family sought the help of a therapist, Alyssa Knott. They also sought out a psychiatrist, Dr. Yesie Yoon. Dr. Yoon diagnosed Claire with anxiety and depression and placed her on medication.

70.    Over the summer, Zito set up a Zoom meeting which included Richard, Danielle, Claire and Farley, in order to discuss plans for Claire's upcoming fifth grade year. Claire was present for the entire meeting.

71.    When the Dalys told Zito and Farley that they were considering placing Claire in private school, the administrators asked the family to "give them another chance". They promised that if Claire was being bullied at any time in any place within the school, Claire could get up and leave that area and go see them and discuss the situation to get a quick resolution and get to safety. They promised that the problems would be dealt with immediately, and the kids would not be empowered to bully Claire but rather would be stripped of power and encouraged to do acts of kindness. Claire was encouraged to report everything right away and not wait so it could be addressed as soon as possible. Claire felt safe and confident about the plan

and wanted to go back.   Richard and Danielle, encouraged by the change in administrators, agreed.

### *Fifth Grade*

72.   By September of the 2022-2023 school year Claire had begun therapy. She was assigned to a fifth grade class with two teachers, Lisa Bray ("Bray") and Jordan Beth Fiore ("Fiore"). Claire had to leave school every Monday at 2:30 in order to get to therapy on time.

73.   Right from the start, the bullying reoccurred on a daily basis.

74.   C.F., now a very large boy, would bite his lip in a sexualized manner, make depraved comments, and play inappropriate songs on the bus. C.F. was obsessed with all things sexual, especially homosexuality, and Claire. C.F.'s boy friend, K.J., cheered him on, and called Claire a "nerd".

75.   Another child, G.S., said Claire needed to "suck it up" and told her: "My Mom hates you and wishes bad things on you.".

76.   A.M. told Claire, "You're ugly."

77.   One boy, C.V., called Claire a "motherfucker" every day. He also called her a "piece of shit", and "bitch" and told her, "You look like you got out of a coffin." C.V. said, "You should end your life.  It's pointless anyway."

78.   Another girl, G.L., told Claire's reading group that she was gay, asking, "Why aren't you straight and not curvy (gay)?" In response, C.V. said, "Ewww".  During lunch, G.L. would list in detail what she thought were Claire's flaws.

79.   C.V.'s friend, T.B., called Claire fat and ugly on a daily basis.

80.     Another girl, O.D., called Claire "bitch", and said, "boo hoo whore". O.D. chased Claire around the gym, told her she had to earn her spot at the lunch table, and then told her there was no room in their group at recess. O.D. started inviting Claire places in order to make fun of her. O.D. also called Claire "ugly". O.D. said Claire "had Covid and came to school with it" and "has rabies".

81.     A.W. told Claire she looked like she was pregnant because she was fat. A.W. told other children that Claire was going to be a mother soon because she had gotten her period.

82.     On September 11, 2022 A.S., A.W., and H.M., encouraged by lunch aides, cornered Claire at recess even though they had been instructed not to interact with her.

83.     On September 12, 2022, Danielle spoke to Zito about the September 11 incident. He said he would remind the staff not to encourage interactions between the bullies and Claire.  For the fourth time, upon information and belief, Zito failed to fill out a DASA complaint or advise the Dalys of their rights under Title IX.

84.     On September 22, 2022, A.T., A.M. and B.M., another boy, made fun of Claire's clothing on the bus. Claire had begun meeting with Zito in the morning whenever the bullies bothered her on the bus. Claire reported the bullying to him. Zito told Claire he was happy Claire was reporting it to him right away as they had agreed upon over the summer.

85.     Danielle also spoke to Zito about incident on the bus. Zito responded that the kids involved were "good kids and not troublemakers", and that he felt it was an isolated incident.   However, to the Daly's knowledge, for the fifth time, Zito did not fill out a DASA complaint on Claire's behalf.

86.     At recess, O.D. ostracized Claire and mocked her hair, teeth and face. The staff
        instructed O.D. to stay away, but O.D. continued to follow Claire around, harassing
        her, and told other children not to talk to Claire. To the Daly's knowledge, staff
        never reported the conduct nor did they fill out a DASA complaint on Claire's
        behalf.

87.     On November 27, 2022, Claire was added to a school Snapchat group. C.V. told her
        to "shut up, you retarted faggot". C.V. remarked that Claire looked like the boy
        character with the facial deformity from the book, "Wonder". Other children joined
        in.

88.     This was reported to the school. When C.V. saw Claire at lunch, he told her how
        ugly she was and to "shut up and get the fuck out of his way". He also told Claire
        that a bunch of kids were going to gang up on her and "hunt" her. He told Claire
        that the other kids did not care about her.

89.     In December, 2022, Bray seated O.D. next to Claire. Claire repeatedly asked to have
        her seat changed. Bray told her no. Bray later accused Claire of seeking out O.D.,
        but the small classroom provided no way out for Claire, who would regularly pass
        by O.D.'s desk when she went to get her lunch, sharpen her pencil, or stand on line.

90.     Around this time, upon information and belief, Zito left Laddie Decker on medical
        leave. It is unknown whether Miller Place hired a principal to replace Zito while he
        was out.

91.     In January of 2023, Richard wrote an email to Bray, Fiore and Farley, asking the
        school to separate O.D. and Claire. Richard told Bray that O.D. continued to make
        rude comments and gestures towards Claire. He asked that Claire be allowed to
        come to the main office and see Farley immediately when the bullying occurred in

order to address it before things got worse—an arrangement Claire had been allowed with Zito but which Bray and Fiore terminated when Zito went out on medical leave.

92. Richard reminded the school that, in exchange for the Dalys allowing Claire to stay in the school, the school had promised they would do their best to address any bullying immediately and to ensure that Claire was safe. Unfortunately, the Dalys had to repeat these requests several more times that year because Claire's teachers refused to take action. In spite of these repeated requests, to the Daly's knowledge, neither Farley, Bray or Fiore offered to fill out a DASA complaint on their behalf and no such action was ever taken, nor did they inform the Dalys of their rights under Title IX.

93. On January 11, 2023, Danielle contacted Fiore to tell her that Claire had the flu and she would not be coming to school that day. Fiore told her to have Claire complete the work assigned in Google Classroom. When Claire could not get into the program, Danielle contacted Fiore to tell her. Fiore responded: "You have to be logged in". However, even though Danielle, Richard and Claire tried to get into the system, they were prevented from do so.

94. On February 10, 2023, Claire came home to tell her mother that she had been "smacked" in the face by K.O. at recess, and that O.D. had "tapped" her in the face as well.

95. Miller Place has cameras trained on the playground areas in the schoolyard.

96. On February 13, 2023, Richard emailed Bray, telling her that Claire had told them about the incident on February 10, and that he and Danielle wanted to meet with her and Farley immediately. He stated that Claire had told them that she was told

by Bray she would not be able to report it now, because "it had not been reported on Friday (February 10)."

97.    On February 14, 2023, Farley responded by saying "Please see the attached document", and enclosing a copy of the Miller Place's DASA form. It was the first time the Dalys had been made aware of this document and that they could fill out the complaint themselves.

98.    On February 14, 2023 Danielle called Farley to talk about the "smacking" incident. Farley told Danielle she had reviewed the camera footage of the incident, that K.O. had "wound up and smacked Claire in the face hard" and that it was okay because it was "Smack Your Friend in the Face Day".

99.    On February 16, 2023, C.F. again made inappropriate comments to Claire on the bus. C.F. was moaning in a sexual way. C.F. told Claire, "When you have sex, white cream comes out of the penis and into the vagina and that's what makes a girl pregnant."  C.F. played songs: "Dick in My Hand," "I Want His Dick in My Asshole", and "Dick in a Box". He also told Claire, "When you get big you hit puberty and your boobs get bigger and boys' penises get longer." Claire told him, "I don't need your sex education!" C.F. played a YouTube video of a girl moaning. Claire told him to stop and told him it made her uncomfortable. He said, "It doesn't matter anyway, you are gay."

100.    Later that day, Danielle contacted Farley to tell her that O.D. continued to follow Claire around even though Claire had asked O.D. to stop. Farley said she had been "in contact" with O.D. and her parents and would "monitor the situation closely".

101.    Danielle responded that C.F. had also said some very inappropriate things on the bus to Claire, and gave Farley the details.  Farley stated, "I will address this first

thing tomorrow."  For the second time, Farley did not speak to the Dalys about filling out a DASA complaint.  Further, although it is unclear who the principal was in Zito's absence, she did not advise the family of their rights under Title IX, or tell them to file a formal complaint using their own "Sexual Harassment" forms, even though Claire was clearly a victim of sexual harassment.

102.   At rehearsal later, Claire developed a bad headache and vomited.

103.   On February 17, 2023, Danielle emailed Farley and stated that, "I know these other kids are being spoken to but Claire is suffering, our family is suffering and it has been going on too long. We have been dealing with bullying issues since kindergarten with Claire. She leaves school to attend therapy every Monday due to bullying at school. She takes medication due to depression and difficulty sleeping related to bullying at school. There is no end in sight here for her it just keeps getting worse. She did not want to go to chorus because of [C.F.] and [O.D.]. She is starting to not want to attend any school related functions at all. What is the plan? This isn't fair. Her education is suffering here. She is very distracted."

104.   In response, Farley mentioned the name of a principal, Mr. Meehan ("Meehan"), for the first time since Zito had gone out on medical leave.  She stated that Meehan had already spoken to several students and their parents as well as meted out the "appropriate discipline". She further stated that C.F. had not been in school, but that he would "be addressed" when he returned from break. Finally, she said that Lazar, one of the new "behavioral counselors" who replaced Werner in January 2023, would be reaching out to Danielle to discuss the "appropriate strategies" for O.D., G.L. and Claire separately. However, the Dalys never heard any more from Farley as far as how she had addressed the situation with C.F.

105. While Zito was out on medical leave, the Dalys asked that Claire's classroom be changed so that Claire would be separated from the classroom bullies. Farley told the Dalys that she would discuss this with Zito when he returned. It is unknown whether this conversation ever took place, as no one ever followed up with Richard and Danielle.

106. In March of 2023, Zito returned from medical leave. At this point, the teachers were informed that Claire should once again be allowed to come to Zito's office if there were any problems. However, Bray and Fiore continued to deny Claire access to the principal.

107. When Claire reported that A.W. was being mean to her, Bray said she would speak to A.W. When she returned from speaking with A.W., however, Bray told Claire that she was lying and that she did not believe her. To Richard and Danielle's knowledge, this was never reported to Zito nor, for the second time, were the Dalys aware of any DASA complaint Bray filed on their behalf.

108. On March 3, 2023, Danielle received a call from Nurse Killeen requesting that she come pick Claire up from school. Claire was panicking and crying. She told Danielle that when the music class was required to line up Claire attempted to avoid O.D., who was in the class. However, O.D. began to yell at Claire to get in line and the other children joined in.

109. Upon reporting this, Richard and Danielle were told by Zito and Farley that they had "done all they can" and that the family should understand that there will be "difficult people in the workplace". Danielle responded that, "If someone was slapped in the workplace they would be fired". Regarding DASA, Zito was now up to six reporting violations and Farley three. Title IX was never even brought up.

110.  Claire decided she would not return to chorus because C.F. and O.D. were in chorus. Additionally, O.D. and her friends ostracized Claire in the lunch room to the point that Claire requested that her lunch be switched to a different period.

111.  On March 6, 2023, Bray and Fiore send out an email to parents of the fifth grade class looking for "mystery readers". Danielle responded that she would like to be a "mystery reader". The teachers never responded to her email.

112.  On March 13, 2023, O.D. chased Claire during gym, calling her a "loser and a cheater". Patrick Schultz ("Schultz"), the gym teacher, responded by saying "I know you're not a loser and a cheater" but failed to discipline O.D.  Danielle instructed Claire to draw attention to the ongoing bullying in gym class by yelling loudly whenever O.D. was bothering her. Bray threatened Claire with double behavior points and a phone call home if she ever did it again.  To the Daly's knowledge, however, neither Bray nor Schultz ever reported the conduct nor did he fill out a DASA complaint on their behalf.  This was the second time Schultz failed to report or write up the DASA violation and the third time for Bray.

113.  Farley and Lazar then called Danielle at home. Danielle told them that Bray calling Claire a liar did not help the situation, that Claire has told many people she does not feel safe and that threatening her when she is being abused is ridiculous.  Farley did not offer to reproach Bray nor, for the fourth time, did she apparently file a DASA complaint on the Daly's behalf.

114.  On or about March 13, 2023, Claire began to eat alone because no matter where she sat she was told to move to the allergy table. Claire was denied permission to bring a book to lunch. This was reported to Zito, who stated he would look into it. To the

Daly's knowledge, for the seventh time, Zito did not fill out a DASA complaint on Claire's behalf.

115.   One time Claire tried to go to the behavioral counselors' offices so she would not have to eat alone. Lazar and Tonso, who were eating lunch with Maxx Vogelsberg, the music teacher, told Claire she cannot just "barge in" and immediately sent her back to the allergy table.

116.   On March 11, 2023, C.F. forwarded all texts between himself and Claire to B.T., another of C.F.'s boy friends who sat with him on the bus, in an attempt to humiliate Claire. When Lazar saw the texts on B.T.'s phone, she immediately seized the phone and deleted them.  To the Daly's knowledge, however, Lazar did not report the conduct to Zito or fill out a DASA complaint.  No mention was made of Title IX or the district's sexual harassment forms.

117.   On March 14, 2023, Richard emailed Zito and Farley requesting an in-person meeting regarding the bullying at lunch. Zito agreed to meet in person. At this point, a "color system" was set up to address the bullying issues Claire was having with the other children, with "red" being a really big deal, "yellow" a moderately big deal and "green" being no big deal.  They also agreed to move her lunch period, which was Tonso's idea.

118.   On March 16, 2023, C.F. stalked Claire around the bus until he was told by the bus driver he must remain in his assigned seat, No. 5.  He then texted B.T. that Claire is a "bitch" and is "too white" and "ugly". Danielle sent an email to the behavioral counselors documenting this, but to the Daly's knowledge this was not reported to Zito nor did they fill out a DASA complaint for the family.

119.    On March 17, 2023, O.D. chased Claire around the gym. When Claire reported this to Farley as a "red" issue, Farley told her it was "green". O.D. said that Claire was "gross", "disgusting" and "weird", which Claire reported as "yellow". Farley told Claire it was "green".  Upon information and belief, for the fifth time, Farley did not report the conduct nor did she fill out a DASA complaint.

120.    On March 24, 2023, Danielle emailed Tonso regarding the other students giving each other the "Claire touch", telling her Claire was upset about it. Tonso said she'd follow up with Claire.  She did not offer to talk to Zito however, nor do the Dalys know of any DASA complaint filed on Claire's behalf.  Nor did  he advise the family, again, in regards to Title IX

121.    During this time, G.L. found and gave out Claire's TikTok account information to C.V. and A.W. Claire used the otherwise dormant account during the pandemic to practice musical theater performances. The children harassed Claire, tagging other children telephone-like, who then also harassed Claire all day. C.V. called her performance in one of the videos "poopy" and called her a "nerd".

122.    Claire went along with Farley, who said the behavior by the bullies on social media was "green" because "Mrs. Farley always said all of the incidents were 'green' ". Danielle reported this to the school via a phone call the morning of March 28, 2023, but for the sixth time, Farley apparently did not report the misconduct or fill out a DASA complaint on the family's behalf.

123.    On March 28, 2023, C.V. and G.L. were bullying Claire during art class by calling Claire a "fat pig". Farley said the incident was "yellow" and Claire said it was "orange". Claire became sick, had diarrhea, and was sent home by Nurse Killeen for

two days as per school policy.  To the Daly's knowledge, for the seventh time, Farley did not fill out a DASA complaint.

124.  Before she left school Claire asked Fiore for the homework for the next two days. Fiore told her, "I don't have a crystal ball".  She said she would send the homework home with Claire's younger sister, Lexie. She never sent the homework.

125.  On or about late March-early April of 2023, G.L. said,"Watch this!" to A.W. and A.G.  G.L. kicked Claire in the back.  This occurred during gym class. Claire tried to go to Zito's office but Schultz said she could not.  For the third time, Schultz apparently did not report the conduct nor did he fill out a DASA complaint.

126.  When contacting Zito's office later that day, Danielle stated, "We are not playing around anymore. According to DASA all the cyberbullying she endured qualified for forms filed, all the sexual harassment on the bus and via text, all the smacking at recess, all the verbal harassment, being called a "fat pig" qualifies under weight and all the comments about her sexuality qualifies 10,000 times over. It stated all these things right in her agenda. Mr. Daly and myself will not sit idly by while Claire continues to be abused and staff continues to make snarky comments. It's time to take action against everyone of these kids harassing her. Please be in touch with us immediately. She cannot return as it is absolutely NOT safe there at this point. Please let us know what your plan is now."  Zito, clearly responsible under the district's policy as principal for sexual harassment complaints, did not respond and, for the eighth time, no DASA complaint was filed by him, nor did he advise regarding Claire's rights to file a formal complaint under Title IX.

127.  Farley called Claire down to her office to speak with her about G.L. Farley stated that G.L. could not have made those statements because G.L. had been with her

when the alleged statement was made. Claire stated that this was not true, that the comment was made during snack time. Farley refused to listen. Farley also stated that G.L. could not have kicked Claire in the back during gym because Lazar went down to the gym and Zito had also stopped in.

128. Lazar and Zito had indeed stopped by; they just were not in the gym when the attack took place. What Farley, and G.L., were unaware of was that Tonso was in the gym and saw the attack.

129. After this conversation with Farley, in which Farley for all practical purposes called Claire a liar, Claire became so anxious she stood in the hallway, held her head and yelled, "Why won't anyone listen to me?"  Danielle had to pick her up and take her straight to the therapist in order to calm her down.

130. Still, for the eighth time, the Dalys never heard anything about Farley filing any type of bullying complaint.  As outlined in Title IX, the victim must have a chance to present witnesses and evidence on her own behalf.

131. During art class, C.V. and G.L. discussed how they thought Claire was a terrible singer and actor and she should just quit. They told Claire that the videos on her TikTok were "trending around the school now". When reported to Bray, Bray reprimanded Claire for "telling", gave Claire a behavior check point, and told Claire not to use the "filthy word 'bullying' " because this "wasn't something that happened over and over again".  However, for the fourth time, Bray apparently did not fill out a DASA complaint on Claire's behalf.

132. During spring break, after Danielle, an adult, posted a bullying social awareness video on her own TikTok account, C.V. found the account and contacted her, telling her she could "PM" him to "find out why they were bullying Claire". Danielle

responded publicly that Claire did not appreciate being called names, being teased in art class, being told to give up singing, and being called an "effing retart".

133.   C.V. retorted that the only reason he followed Claire to the girl's bathroom, and was banging on the door when Claire was in the stall, was because Claire took too long in the bathroom.  C.V. stated that he was annoyed with the fact a DASA complaint had been filed against him. Danielle took screenshots of the comments C.V. had made and reported it to the school. Again, no one responded nor were the Dalys aware of any DASA complaint filing or any investigation.

134.   A second call was made to speak to Farley about the school sending Claire home due to her diarrhea. Danielle pointed out that Claire was having anxiety due to the bullying, not an illness. Danielle also spoke to Farley about the issues with G.L. in art class. Although they had a conversation about punishing the bullies, no update was ever given, nor, for the ninth time, did Farley mention DASA at all.

135.   On April 11, 2023, Danielle filed eight DASA complaints with Zito, the DASA building coordinator.

136.   The first DASA complaint was in regards to the November 27, 2022 snapchat conversation with C.V. where he called Claire a "fucking retart" and told her she looked like the boy in "Wonder" with facial deformities.

137.   The second DASA complaint was in regards to the smacking incident of February 12, 2023, involving K.O. and O.D.

138.   The third DASA complaint was in regards to C.F.'s myriad comments on the bus on February 16, 2023.

139. The fourth DASA complaint was in regards to C.F.'s following Claire on the bus, C.F.'s forwarding of texts between him and Claire, and texting B.T. and calling Claire "too white" "a bitch" and "ugly" on March 11, 2023.

140. The fifth DASA complaint was in regards to G.L.'s comments about Claire's sexuality, and about G.L. kicking Claire in gym class, which occurred on April 5, 2023.

141. The sixth DASA complaint was in regards to A.W., O.D., and S.L.'s behavior ostracizing Claire at lunch on March 13, 2023 and O.D.'s mouthing of the words "You're a fat pig."

142. The seventh DASA complaint was in reference to A.W., G.L. and C.V.'s comments on Claire's TikTok on March 28, 2023.

143. The eighth DASA complaint was about specific comments made about Claire's sexuality by C.V. and G.L.

144. On April 12, 2023, Danielle wrote to Zito: "Due to all the episodes of bullying and assault we do not feel safe with Claire at school. We would like her placed with a 1:1 so there are no questions of what is happening to her. There seems to always an incident every day where she is being mentally and physically abused at school. A 1:1 should stop that from occurring. Please advise."  Once again, Zito did not respond.

145. On April 13, 2023, G.L. referred to Claire as a "Teletubby" during snack. When Claire went to the girl's bathroom, C.V. again followed her, banging on the door while she was in the stall. When Claire complained to Lazar, she stated, "Come on, it isn't that big of a deal is it?" Claire then attempted to go to the principal's office by using her pass but Zito was not there, so she went to the nurse's office, and had a

panic attack. Claire called Danielle who told her to use her pass to go to Farley, and that Richard would call the school because she was heading out of town. Danielle emailed Zito to inform him of the above events.  For the ninth time, upon information and belief, Zito did not file any DASA complaint.  For the second time, neither did Lazar.

146.  On April 14, 2023, Claire said she did not want to participate in the school musical because the bullies, including A.S. and C.F., would be involved. Farley spoke to Claire in her office and then together they called Danielle. Farley said she was "strongly encouraging [Claire to audition]. *She has to audition*."

147.  Claire reluctantly attended play rehearsal where she was subjected to more abusive comments. After Danielle came to pick her up from practice, on the way out, O.D. said, "Break a leg Claire or don't." Claire said goodbye to five different children, all of whom ignored her.

148.  On Monday, April 17, 2023, Farley, with a reluctant Claire by her side, called Danielle from school and told her that Claire needed to skip therapy and attend play rehearsal. Danielle told Farley that Claire cannot miss her weekly therapy appointment to attend play rehearsal. The drama teacher then called Danielle to chastise her. Danielle told her that Farley had pressured Claire, and that she did not want to be in the musical.

149.  That same day, Claire was playing basketball at lunch recess when C.F. started chasing her around, taking basketballs and throwing them at her feet in an attempt to trip her. Even though the school had moved her lunch period away from the girls who were ostracizing her, they had put her in the same lunch period with C.F.

150.    Claire ran to the principal's office and brought Zito back out with her. When Zito arrived, C.F. had stopped doing this and was not looking in Claire's direction.

151.    Zito later said that C.F. had done nothing wrong. Claire told Danielle, "They are trying to make me think I'm crazy.  They act like none of this ever happened."

152.    There are multiple cameras in the schoolyard which could easily have been reviewed.  In addition, for the tenth time, Zito failed to file a DASA complaint or, in his role as the sexual harassment investigator, advise the family of their Title IX rights.

153.    Regarding lunch, after Claire's lunch was switched, the staff suggested Claire sit with a girl who was self-harming and told Claire "the proper way" to cut her wrists. Danielle complained to the school that this other girl needed help and Claire should not be sitting with her.

154.    Sometime in mid-April 2023, the family received the decision letter from Zito in regards to their eight DASA complaints. The letter was dated April 12, 2023. Zito found in the family's favor on most of the allegations in the eight DASA complaints. Zito claimed the school had interviewed Claire, the alleged offender, and "applicable witnesses". It stated that all founded complaints were "addressed at the building level, and in accordance with the Code of Conduct". However, it gave few details as to fact finding, witness credibility, or *how* the transgressions were "addressed at the building level". The letter did not outline all of the conduct that the Dalys complained of, choosing to address only certain parts of the eight written complaints.

155.    In regards to the first complaint against C.V., the letter stated that his conduct from November 27, 2022, including the comment C.V. made about Claire "looking like

August in Wonder", and the comment "Shut up you retarted faggot" "<u>does</u> constitute bullying and/or harassment under District policy". Nothing was said about how the decision was arrived at or how C.V.'s misconduct was addressed.

156.  In regards to the second complaint, the letter states, confusingly, that the smacking incident of February 12, "does not constitute bullying", however "it does violate the District Code of Conduct and was addressed at the building level".  Zito did not elaborate how both could be simultaneously true or how the two girls were disciplined.

157.  In regards to the third complaint, involving C.F.'s "playing of inappropriate song lyrics, engaging in sexually inappropriate conversation" and saying "it doesn't matter, you are gay anyway", on the bus, Zito found that the conduct "<u>does</u> constitute bullying".

158.  In regards to the fourth complaint, "texting to another peer that Claire is too white, a bitch and ugly", Zito found that the conduct "<u>does</u> constitute bullying". Zito did not address the texts which were forwarded to B.T., or how C.F.'s poor conduct was addressed in regards to the inappropriate comments.

159.  In regards to the fifth complaint, involving G.L.'s kicking Claire on the back on April 5, 2023, Zito wrote, "the action of G.L. is unfounded". No further information or clarification was given. Zito chose not to address the comments G.L. made about Claire's sexuality.

160.  In regards to the sixth complaint, regarding the lunchtime bullying by A.W., G.L. and O.D. on March 13, 2023, Zito wrote that the conduct "does not constitute bullying .... The conduct was unfounded". Zito did not address the fact that the

behavioral counselors sent Claire back to eat lunch alone after Claire visited them or the fact Claire had been eating lunch alone all week.

161. In regards to the seventh complaint, regarding C.V., A.W., and G.L.'s conduct on March 28, 2023, "a discussion of Claire's TikTok account that had been dormant and using that information to humiliate her", Zito found that the conduct by C.V. and G.L. "<u>does</u> constitute bullying". He stated that the complaint against A.W. was unfounded, although he did not say why. No more was said about how the other two children were disciplined.

162. In regards to the eighth complaint, regarding C.V. and G.L.'s comments about Claire's sexuality, Zito stated that G.L.'s conduct "<u>does</u> constitute bullying". He also said that the complaint against C.V. was unfounded. He did not mention what kind of punishment G.L. received nor did he say how he arrived at the decision regarding C.V.'s innocence, particularly since the conduct was ongoing.

163. Zito did not recommend any further remedial measures, such as a safety plan, in spite of the fact that the "Student Harassment and Bullying Prevention Intervention" Policy 5020.5 states that victims should be accommodated if the investigator finds that the charges are founded, and Title IX requires "supportive measures".

164. By April 18, 2023, C.V. had shared Claire's TikTok videos with everyone in school. Not understanding musical theater, Claire was now being mocked every day. Even children she did not know were making mean comments and kicking her in the back, as she walked by. Danielle suggested again that they move Claire to a different classroom, as the bullies and Claire continued to attend all regular and special classes, such as gym, recess, art, library, together.  Zito told her, "We don't do that".

For the 11th time, however, he did not mention filing a DASA complaint nor does it seem any was filed.

165. On April 18, 2023, Nurse Killeen called Danielle to tell her that Claire told her she was dizzy and her legs were wobbly and she felt like she was going to faint. Danielle went to the school to pick up Claire.

166. That same day, Lazar searched Claire's backpack. Danielle called Lazar while she was still with Claire. Lazar denied it, asking Claire, "I didn't search your backpack, did I?"  Claire was quiet but eventually said no, and asked Lazar, "Can I go now?"

167. When she got home Claire told Danielle that Lazar was mouthing "say no", and "waving at me and giving me dirty looks and there was nothing I could do about it". She also told Danielle, "No one believes me any more".

168. Later, Danielle noticed that Lazar had been following Danielle on her social media account.

169. On April 21, 2023, Danielle suddenly received an email from Bray regarding the mystery reader email inquiry she had sent March 6, 2023. Bray stated that Danielle could come in next week, knowing she and Claire were going to be out of school for regional theater rehearsals for two weeks.

170. On April 24, 2023, Richard Daly wrote to Zito and told him that G.L. was complaining that Danielle had filed a DASA form against her.  In addition, he informed Zito that C.V. was continuing to contact Danielle and making inappropriate comments on her TikTok. Richard said that they would be appealing the findings on the smacking incident with K.O. and O.D. and asked for a copy of the video which Farley had referred to when speaking with Danielle earlier.  For the 12th time, Zito did not respond or apparently file any DASA report.

171.  On April 27, 2023, Claire wrote in her "daily report" for Bray's class that C.V. was continuing to "cuss" and say mean things to her in gym class. She stated that the gym teacher "refused to move her". There was no follow-up by the teachers or administration, nor, apparently, did Bray or Schultz see fit to report the incident or file a DASA complaint on Claire's behalf.  Bray had now failed to do so five times and Schultz four.

172.  On April 30, 2023, Claire had her last day of in-person instruction.

173.  From May 1 through May 19 she acted in a regional theater production and was privately tutored while she was on site. Claire never returned to Laddie Decker.

174.  On May 5, 2023, as instructed by Zito's letter of April 12, 2023, the Dalys appealed the "unfounded" determinations on the eight DASA complaints to Lipshie, now the superintendent of Miller Place.

175.  The appeal recited that during the first conversation Danielle had with Farley, Farley stated that K.O. had "would up and smacked Claire hard" and that Farley saw this when she "reviewed the videotapes". Yet now Farley claimed that there were no videotapes.

176.  The appeal also pointed out that Zito's statement that the students had been "separated within the classroom" from Claire was false, as the students were still in the same classes, both regular and special, and attended the same extra-curriculars, and yet the bullying continued on a daily basis.

177.  In early May of 2023, Claire's pediatrician, Dr. Wolf, and Claire's therapist, Alyssa Knott, wrote letters to the school urging them to allow Claire to go out on home bound instruction due to her anxiety and depression over the bullying.  On May 23,

2023, the school sent Krista Abbriano ("Abbriano"), a 5th grade teacher, to do Zoom tutoring with Claire until the issues with the school were resolved.

178. Now that Lexie was attending Laddie Decker without Claire, almost immediately, Lazar began to question Lexie regarding her sister's whereabouts and her state of health.

179. On or about May 25, 2023, A.W. somehow found out Claire's performance schedule and began texting Claire right before it was time for her to perform. The text said, "When are you coming back to school"? When Claire asked, "Who is this?", A.W. said, "Your Mom".

180. On May 27, 2023, C.F. began stalking Claire at home, riding his bike back and forth repeatedly in front of her house, which is on a heavily wooded and sparsely populated street, often with his phone in his hand. C.F. sometimes stares at Claire and/or the Dalys for long periods of time and sometimes calls out to Claire. This behavior continues unabated to this day.

181. On May 29, 2023, Danielle Daly reported that several students were making unwanted contact with Claire at home. She attached the text from A.W. She also told Zito that C.F. had followed their car when she was pulling into their driveway and was circling the block even though he lived on another street. For the 13th time, Zito failed to file a DASA complaint or advise the Dalys of their rights under Title IX's sexual harassment provisions, as well as the school's own.

182. In June of 2023, Danielle complained to Zito in regards to C.F.'s continued stalking of Claire. For the 14th time, Zito failed to file a DASA complaint.

183. On June 6, 2023, Danielle Daly and Claire met with Herrschaft to do "an investigation" into the bullying incidents mentioned in their DASA appeal. Danielle

reported C.F.'s stalking, and rather than filing a DASA complaint himself, Herrschaft told her to "call the police".

184.  Danielle also reported that Claire had recently told her that, during a bus ride where she was seated across from C.F., he had grabbed her under her thighs, dragging her out of her seat, then tried to pull her onto his lap and kiss her.  This occurred in the Spring of 2023. In response, Herrschaft said, "We don't have cameras on the bus". When Danielle responded that Claire's friend, H.S., was able to view the bus video when an incident occurred on the bus which involved an injury to H.S., Herrschaft did not respond.

185.  Soon after, Herrschaft went to Laddie Decker.  He asked Lexie questions in regards to Claire's whereabouts.   Lexie told him Claire was not coming back to Laddie Decker.

186.  The Dalys later received a letter dated June 7, 2023 from Zito in regards to the complaint Danielle made to Herrschaft about C.F. sexually assaulting Claire on the bus.  Mr. Zito's decision read: "I find such action of (C.F.) is unfounded".

187.  On June 9, 2023, Claire tried to hide from C.F. after she saw him riding by on his bike. On June 10, 2023, C.F. circled Claire's block for an hour. By this point, Claire learned to run and hide in the basement whenever he came by. C.F. also questioned Lexie regarding Claire's whereabouts on a regular basis.

188.  On June 15, 2023, Danielle filed a police report in regards to C.F.'s continuous presence near their house. Still, C.F. continued to ride his bike back and forth in front of their home. On one occasion he stopped bicycling to stare at Danielle and Alexis who were wearing bathing suits.

189. In July 2023, the Dalys took a vacation to Florida. Claire was unable to enjoy herself as usual and was withdrawn and depressed. Also in July of 2023, Lexie became depressed as well, and had to be seen at behavioral health urgent care for suicidal ideation.

190. In late July 2023, the Dalys received a letter from Herrschaft dated July 27, 2023, in regards to their DASA appeals.  Herrschaft stated that he had investigated and spoken with all the students in question, including Claire.  In summary, Herrschaft stated that the complaints made against K.O., G.L., A.W., O.D., S.D. and C.V. were unfounded and did not constitute bullying or harassment.  No mention was made of why he had "overturned" Mr. Zito's findings that five incidents were "founded" and why he had to "reinvestigate" the incidents. However, he did not go into detail on each one, choosing to address only a few of them.

191. Shockingly, Herrschaft noted, "While it is acknowledged that (K.O.) smacked Claire in the face and O.D. tapped Claire on the chin on February 12, 2023, the context of such incident and the intent behind same are notable. Specifically, it was determined that there was no intent by either student to cause physical or emotional harm to Claire, as the students were following an (albeit inappropriate) social media trend of 'slap your friend day'. I have determined that there was no discussion, calculated plan or intent between (K.O.) and (O.D.) prior to the incident occurring, and instead it was a spur of the moment incident that followed the aforementioned social media trend."

192. Herrschaft went on, "With regard to the exclusion portion of this allegation, it is notable that on March 13, 2023, due to prior issues between Claire and (O.D.), both students were directed to remain apart by Building Administration, and therefore

Claire never should have attempted to sit at the table (O.D.) was already sitting at, nor did (O.D.) engage in any misconduct by adhering to this directive." He then claimed that Claire had changed her story in regards to whether the "fat pig" comment was "mouthed" and instead said that O.D. had "yelled it across the cafeteria". He stated that "no one" had heard this occur, and therefore he had made a "credibility determination" that this had not occurred.

193. This is false. Claire did not change her story.

194. In regards to the comments about Claire's sexuality made by G.L. and C.V., Herrschaft stated that Claire had retracted her story and although she had originally said C.V. was the one who had made the comments, she later changed this to say that G.L. had done so. He also stated that "applicable witnesses" had said G.L. had made the statements. Therefore, he upheld Zito's determination that C.V. did not bully Claire.

195. This was also false.  Claire did not retract her story.

196. On August 6, 2023, in the late afternoon, C.F. was stalking the Daly household and insulting Claire. The Dalys called the police again.  Soon after, C.F.'s father went berserk, coming by the Daly's home, and angrily confronting them in the street at the edge of their property. C.F.'s father urged Richard to come to the middle of the street and fight.  The unhinged rampage went on in both English and Italian for several minutes; he repeatedly referred to the diminutive Danielle as a "fucking cunt". The police were immediately called. Claire and Alexis were hysterical.

197. The family told C.F.'s father that C.F. had been sexually bullying Claire at school for years and that he should look at the DASA complaint they had filed. C.F.'s father was stunned; it appeared that this was the first time he had been informed by

anybody that his son had a long history of sexually inappropriate behavior. When the police arrived, the Dalys showed them the letter showing the founded decisions by Zito. The police officers stated they were going to C.F.'s house afterwards.

198.   The school abdicated its responsibility to its students and to the community which supported it; that job now fell to the police. For a few weeks, C.F. stopped coming around the house.

### Sixth Grade

199.   In August of 2023, the Dalys began investigating private schools in order to find Claire a safe place to continue her education. One school, the Laurel Hill School ("Laurel Hill"), requested her records. Once the school heard about this, the secretary from North Country Road School, the in-district middle school Claire would have been attending, told Danielle Daly to "give back the computer" that the school had assigned Claire for remote and in-school learning. Danielle informed them that Claire had not been accepted yet. Despite this, district personnel continued to pressure the Dalys to remove Claire from the school.

200.   In late August, 2023, Claire was accepted at Laurel Hill. Laurel Hill has a strict no-bullying policy, allowing only three transgressions, with increasingly severe consequences. If a student violates the policy three times, the student is asked to leave the school. After her first week, Claire communicated to her family that she felt safe there.

201.   On September 5, 2023, right after Claire's sister, Lexie, returned to Laddie Decker for her fourth grade year, Lazar began to question Lexie about Claire. Lexie said, "Claire doesn't go to this school any more. This is my school and today is my first day and I would rather not answer questions about Claire." Lazar walked away.

202.    On September 19, 2023, Claire's new teacher, Willie Schmidt, sent the following email to Danielle Daly: "Since the year started Claire blended right in with her classmates that have known each other for years. It is as though she has been here for years. She brings a positive energy to my science class plus I get to see her during homeroom, lunch, and again during Leadership Robotics. In robotics, she began her first build and I am looking forward to seeing her finished product. In science she will have a quiz this Friday and a test on Tuesday on the material that we have covered. Based on her attentiveness and participation in class I am sure she will do well."

203.    From the beginning, Claire began to thrive at Laurel Hill. She already had friends over to the house, has a 93 GPA and is being considered for National Junior Honor Society.

204.    In mid-October 2023, Lexie told her family that she, too, was being bullied by her classmates at Laddie Decker. She also stated that there was no point in saying anything because the school would not do anything.

205.    On October 26, 2023, Danielle went to pick up Lexie from Laddie Decker. The staff person who normally releases the children and knows each child's parent by sight, was not present. Instead, a parent stood outside the door, asking children who they should be released to.  Lexie pointed to her grandmother, who had never picked her up before.  The two went off in another direction, while Danielle stood there.

206.    Shortly thereafter, Danielle was home when she received a call from Lazar, who said, "Whatever Lexie tells you about today, it is a lie." Danielle found it odd that Lazar was calling her, when they had been told that Lexie's assigned behavioral therapist was Tonso.

207. When Lexie returned home, she told her mother that a friend of hers, J., had kicked a basketball into Lexie's hand at recess, which popped Lexie's finger out of its socket. When Alexis told Lazar, who was reading messages on her phone when it occurred, what had happened, Lazar told her, "You made that finger red yourself." She also said, "If we didn't see it, it didn't happen."  Lexie later told Danielle that this phrase, "If we didn't see it, it didn't happen" was one that Zito used often.  It seems unlikely that a DASA complaint was filed by Lazar, since she was quick to claim it did not happen in the first place, even though cameras were available to ascertain the truth. This was Lazar's third failure to file or report an incident to the DASA coordinator involving the Daly family.

208. The following day, J.'s mother got a call from Lazar, who asked how J. was doing. Lazar asked whether J. was okay given what had occurred with Lexie. However, J. was not injured.  Lazar also asked whether J. would need counseling in order to deal with the situation. J.'s mother responded that they should care as much about Lexie as they did J. and that J. had been the one at fault, not Lexie.

209. On October 31, 2023, Danielle wrote to the headmaster at Laurel Hill, Robert Stark, to thank him for all they were doing to help get Claire back to school.  Mr. Stark wrote back, "Recall the Beatles song, 'Let It Be?' *Let it Be* joy in her parents' hearts that their daughter has found the light she always deserved. On meeting Claire and then getting to know her never-should-have-happened 'story', all of us folks at Laurel Hill were convinced that her despair was not of her own making. More than that, her optimism that school can surely be a better place was extraordinary. We are deeply happy that she is a Laurel Hiller and is building a school home with us!"

210. On November 9, 2023, Danielle Daly got a call from Abbriano who said that Vogelsberg had said Lexie was being mean to another child. He stated that she had "covered her ears when another student was playing an instrument" and "laughed". When questioned, Lexie said she was covering her ears because although she liked the student's playing, it was too loud.

211. On November 13, 2023, Richard wrote to Vogelsberg about the complaint regarding Alexis covering her ears in music class and giggling. Richard stated that he hoped that there was no retaliation going on for their reporting what had happened to her sister, Claire.

212. Lexie recently told her mother that Herrschaft continues to bother her about Claire, asking where she is. She also states that he pulled her into the hallway once, causing her to miss class and part of the review for a test. She later received a 47 on that portion of the test. Alexis is usually an "A" student. No one seems to care nor has anyone filed a DASA complaint against Herrschaft on Lexie's behalf, although what he was doing was surely captured on camera.

### *Ongoing Ramifications*

213. Even today, if Claire sees one of the bullies from the district, she turns pale and hides. When speaking about the abuse at the therapist's office, she comes down with diarrhea. Danielle recently found a paper with writing on it that Claire had made in Claire's room from 5th grade which said, "Dear Claire, No one likes you. You suck."

214. Claire is worried about her younger sister, and listens anxiously when Lexie reports poor conduct by the staff and peers.

215.   Claire is so fragile that Danielle must visit Laurel Hill daily so that Claire can check in with her.

**FIRST CAUSE OF ACTION
BY PLAINTIFF CLAIRE DALY
VIOLATION OF TITLE IX – 20 USC §1681 – DELIBERATE INDIFFERENCE AND
DISPARATE TREATMENT**

**(against Miller Place Union Free School District)**

216.   Plaintiffs Danielle and Claire Daly re-allege each and every allegation in paragraphs 1-206 of the complaint as fully set forth herein;

217.   Upon information and belief, Miller Place is the recipient of federal funding.

218.   Claire sustained harassment due to her sex and sexual orientation that was severe, pervasive and/or objectively offensive.

219.   Miller Place had control of the student and staff harassers.

220.   Miller Place employees with authority to address the alleged discrimination and take rectifying measures had actual knowledge of the harassment, i.e. Lipshie, Herrschaft, and Zito.

221.   Miller Place could have taken corrective measures but chose not to do so or did so in a way that was wholly inadequate and inappropriate. Indeed, their responses, or lack thereof, had the effect of egging the harassers on.

222.   Although they were notified numerous times via email, Miller Place either failed to do a proper investigation as to the initial complaints and/or failed to sufficiently follow-up, communicate with the family as to consequences and to separate the children and/or give sufficient punishment to the perpetrators, to take appropriate action or any action at all.

223.  Miller Place first discouraged the filing of DASA complaints. When this no longer worked, Miller Place attempted to control the family's access thereto by filing the complaint themselves. Despite reassurances that they would do the right thing, they then failed to inform the family that they had a right to file their own complaint with the school until February of 2023, when they first gave them the DASA forms, months after many emails and communications by the Dalys in regards to the increasingly severe bullying were made. They also failed to communicate that the family had appeal rights or other rights under DASA.

224.  After the family began filing DASA complaints in April of 2023, Miller Place continued to completely ignore parts of the DASA complaints and further verbal and written complaints that the Dalys made to the school, including the Daly's complaint regarding C.F.'s assault of Claire on the bus, refusing to do a proper investigation or take adequate remedial action as the bullying escalated. In turn, they gaslighted Claire.

225.  Miller Place refused to adequately discipline C.F. and refused to communicate with the Dalys in regards to whether or not he received punishments, the length of such, and the utility of such. Miller Place further refused to separate the two children, even though the Dalys asked that Claire be placed in a different classroom. Miller Place refused to separate the children and/or protect Claire on the bus, even though they had notice of C.F.'s behavior on such going back to 4th grade.

226.  Herrschaft denied that there were cameras on the bus, even though that information was clearly false. Even after Claire left school and was on home instruction, C.F. continued to stalk her at her home. When Danielle complained about his presence to Herrschaft, she was told that it had nothing to do with the

school, and he would not discipline C.F. However, Miller Place, failed to enforce their own policies in regards to such harassment.

227. Miller Place's determination that the family's initial DASA complaint in June of 2022, against A.M., was "unfounded", when Herrschaft never interviewed Claire nor, apparently, did he interview any other student nor investigate further, was deliberately indifferent, given that Claire's emotional and physical symptoms were increasing and the bullies' behavior was also worsening.

228. Miller Place failed to notify the Dalys of their sexual harassment policies and Title IX rights, which was deliberately indifferent.

229. This lack of response or adequate response was deliberately indifferent and clearly unreasonable in light of circumstances known to Miller Place.

230. The lack of investigation as to certain complaints and inadequate investigation as to others is part of a pattern and practice of deliberate indifference with respect to the Miller Place's responsibilities under Title IX in regards to female students and students who identify as homosexual.

231. As a result of these practices and Miller Place's deliberate indifference to the family's rights, Claire has been denied educational opportunities, including the right to a variety of elective courses, the right to usage of the school library facilities, the right to participate in extracurricular activities, of peer group interaction, physical education, transportation to and from instruction, and a myriad of educational tools and aids. Even out of school activities such as shopping, attending regional music groups, or walking down one's own block, have been taken from Claire, due to the school's conduct.

232. Further, Miller Place, Lipshie, Herrschaft and Zito allowed disparate treatment of C.F., G.L., A.W., and C.V. as they remained in chorus and the school musical even though Claire was so anxious and depressed she had to drop out. These children bullied Claire for her sexuality and C.F. sexually harassed her. Herrschaft, Zito and Miller Place allowed C.F. to continue to harass Claire at her home while she was being tutored, keeping her from coming outside while he was allowed to roam freely.

233. In regards to G.L.'s and C.V.'s comments about Claire's sexuality, although Zito, to his credit, found that the complaints were founded, neither he, Lipshie, Herrschaft or Miller Place gave information about consequences to G.L. or C.V., plans to improve the situation, such as separating the children, or other mitigating measures the school could take. Zito did not properly address the ongoing comments about Claire's sexuality by C.V.

234. After Herrschaft's "investigation", which resulted in the lie that Claire retracted her story, Herrschaft's action in finding the complaints against G.L. and C.V. unfounded, was deliberately indifferent to the sexual orientation bullying taking place, as he continually told Danielle and Richard that Claire was lying and he seemed to take the bullies' word over Claire's, even though Claire had never been disciplined. This was apparently done with Lipshie and Miller Place's blessing. Further, there is no indication G.L. or C.V. were ever given any sort of punishment at school other than Zito saying that the situation was "handled at the building level". When Herrschaft stated that the charges were unfounded, this gave the bullies reason to believe that even at the administrative level, there was no agreement as to how to improve the situation amongst the administrators

themselves. This failure to follow board policies and/or acting with deliberate indifference to plaintiffs' rights was a violation of the 14th Amendment by Miller Place and individual Defendants, Lipshie, Herrschaft and Zito and resulted in disparate treatment of Claire.

235.  As a result of these practices and patterns, Claire has suffered damages.

**SECOND CAUSE OF ACTION**
**BY PLAINTIFF CLAIRE DALY**
**VIOLATION OF TITLE IX – 20 USC §1681 SEXUALLY HOSTILE ENVIRONMENT**

**(against Miller Place Union Free School District)**

236.  Plaintiffs Danielle and Claire Daly re-allege each and every allegation in paragraphs 1-217 of the complaint as fully set forth herein.

237.  Miller Place forced Claire to endure a hostile environment because of her sex.

238.  Claire has a property interest in a public education in New York. Miller Place caused Claire to perceive that the school environment was hostile. This was done without just cause and with malice, resulting in an abusive environment towards her.

239.  The environment at Laddie Decker and Miller Place was so hostile that it caused Claire to suffer intimidation, humiliation and ridicule. Miller Place's continuous insult caused Claire to suffer bullying that was pervasive, physically threatening, and altered the conditions of Claire's educational environment.

240.  As a result of this action or lack of action, Claire has suffered damages.

### THIRD CAUSE OF ACTION
### BY PLAINTIFF CLAIRE DALY
### TITLE IX RETALIATION

### (against Miller Place Union Free School District)

241. Plaintiffs Danielle and Claire Daly re-allege each and every allegation in paragraphs 1-222 of the complaint as fully set forth herein.

242. Plaintiff notified Miller Place of their complaints regarding peer and staff bullying via email, phone and in person visits, as well as in filling out DASA forms.

243. Claire and her family engaged in protected activity when they reported the discrimination to Miller Place.

244. Miller Place knew that this advocacy was protected activity.

245. Miller Place's actions in retaliating against Claire closely followed the family's advocacy on behalf of Claire. Not only did they withhold DASA complaints and information regarding the family's rights to such, they also refused to address all of the complaints, whether verbal, written or submitted via forms.  Regarding the forms, at the building level, there is no indication a proper investigation was done and Claire was never interviewed.  At the district level, this included withholding video evidence of C.F.'s attack in spite of the Daly's request to see such. The retaliation also included gaslighting Claire after she continued to complain in the Spring of 2023.

246. The above action or inaction was adverse against Claire and her family.

247. Miller Place's actions were adverse to Claire's interest in an appropriate education.

248. Without Miller Place's actions or lack thereof, which caused the family to be discouraged in filing or appealing their complaints, Claire's family would not have delayed in filing DASA reports until April of 2023.

249. As a result of these practices Claire has been denied educational opportunities, including the right to a variety of elective courses, the right to usage of the school library facilities, the right to participate in extracurricular activities, of peer group interaction, physical education, transportation to and from instruction, and a myriad of educational tools and aids.

250. As a result of this, Claire has suffered damages.

**FOURTH CAUSE OF ACTION**
**BY PLAINTIFF CLAIRE DALY**
**VIOLATION OF THE EQUAL PROTECTION CLAUSE & SECTION 1983**
**DISPARATE TREATMENT BASED ON SEXUAL ORIENTATION AND SEX**

**(against Miller Place, Lipshie, Herrschaft, Zito and Farley)**

251. Plaintiffs re-allege each and every allegation in paragraphs 1-232 of the complaint as fully set forth herein.

252. Claire was harassed by A.M., G.L. and C.V. based on her sexual orientation.

253. C.F. sexually harassed Claire.

254. Defendants knew about the harassment Claire had suffered as they had been informed numerous times in regards to such harassment by Claire herself, as well as Richard and Danielle Daly.

255. Defendants, under color of state law, deprived Claire of the rights, privileges, and immunities given by the Equal Protection Clause of the 14th Amendment to the United States Constitution in that they intentionally discriminated against Claire on the basis of her sex.

256. Defendants response to such harassment was clearly unreasonable in light of the known circumstances.

257. In regards to A.M., G.L. and C.V.'s harassment based on Claire's sexual orientation, Claire suffered disparate treatment when Farley told Claire that she could not hug anyone after A.M. said that Claire was gay and if she hugged someone that meant she liked them, even as Defendants were still promoting hugging amongst other students in situations such as when posing for class pictures.

258. On an individual basis, Farley's gaslighting of Claire, including regarding the severity of bullying Claire was suffering, constituted disparate treatment, e.g. when she covered up for G.L.'s inappropriate comments and conduct towards Claire by saying G.L. was with her when the kick occurred, and favoring G.L.'s version of events over Claire's.

259. Further, Miller Place, Lipshie, Herrschaft and Zito allowed disparate treatment of C.F., G.L., A.W., and C.V. as they remained in chorus and the school musical even though Claire was so anxious and depressed she had to drop out. These children bullied Claire for her sexuality and C.F. sexually harassed her. Miller Place, Herrschaft and Zito allowed C.F. to continue to harass Claire at her home while she was being tutored, keeping her from coming outside while he was allowed to roam freely.

260. In an individual and official capacity, in regards to G.L.'s and C.V.'s comments about Claire's sexuality, although Zito, to his credit, found that the complaints were founded, neither he, Lipshie, Herrschaft or Miller Place gave information about consequences to G.L. or C.V., plans to improve the situation, such as separating the children, or other mitigating measures the school could take. Zito did not properly address the ongoing comments about Claire's sexuality by C.V.

261. In an individual and official capacity, after Herrschaft's "investigation", which resulted in the lie that Claire retracted her story, Herrschaft's action in finding the complaints against G.L. and C.V. unfounded, was deliberately indifferent to the sexual orientation bullying taking place, as he continually told Danielle and Richard that Claire was lying and he seemed to take the bullies' word over Claire's, even though Claire had never been disciplined.  This was apparently done with Lipshie and Miller Place's blessing.  Further, there is no indication G.L. or C.V. were ever given any sort of punishment at school other than Zito saying that the situation was "handled at the building level". When Herrschaft stated that the charges were unfounded, this gave the bullies reason to believe that even at the administrative level, there was no agreement as to how to improve the situation amongst the administrators themselves. This failure to follow board policies and/or acting with deliberate indifference to plaintiffs' rights was a violation of the 14th Amendment by Miller Place and individual Defendants, Lipshie, Herrschaft and Zito and resulted in disparate treatment of Claire.

262. Defendants' response to such harassment was clearly unreasonable in light of the known circumstances and went against school policies

263. Defendants' purposeful actions and/or inaction showed deliberate indifference as well as a policy and/or practice by the Defendant in doing so.

264. Claire has suffered damages. Including emotional distress, as a result.

## FIFTH CAUSE OF ACTION
## BY PLAINTIFF CLAIRE DALY
## FAILURE TO TRAIN UNDER SECTION 1983

### (against Miller Place Union Free School District)

265.  Plaintiffs re-allege each and every allegation in paragraphs 1-246 of the complaint as fully set forth herein.

266.  After the incidents in fourth grade, when the children began to tease Claire about her sexuality, and C.F. began to make inappropriate comments towards Claire on the bus, Miller Place knew to a moral certainty that Claire was a target for bullying, as the Dalys had already started to complain to them.

267.  Even though they had policies in place, Miller Place failed to adequate supervise and train district employees on the proper methods of discipline in bullying and discrimination situations. They were deliberately indifferent in their actions, i.e. Zito's early comment that the "highest punishment" an elementary school student could receive for behavior like C.F.'s was an in-school suspension, where upon information and belief no such guidance existed. Similar lack of follow-up from Farley, without any communication to the family as to consequences to the bully or inquiry as to the family's preferences as to adequate remedial measures, shows a lack of proper training. It is clear from C.F.'s father's reaction that C.F. did not receive more punishment than this at any point, even after his behaviors escalated, the end result being C.F.'s assault of Claire on the bus.  Zito then failed to communicate regarding any further punishment of C.F. when he re-offended.

268.  This failure to train is glaringly obvious when considering Zito and Farley's comment that "they've done all they can" after the Dalys complaints became a

regular occurrence, and that the situation with elementary school bullies was akin to a workplace where one would encounter "difficult people".

269.  Miller Place failed to train its employees in following the proper policies and procedures to discourage bullying at the school.  Miller Place's failure to adequately train school district staff manifested itself in the following ways:

- a failure to adequately train staff regarding policies prohibiting harassment, discrimination and retaliation on the basis of sex and sexual orientation

- a failure to adequately supervise staff, including Lipshie, Herrschaft, Zito, Farley, Bray and Lazar in carrying out these duties and/or

- a failure to adequately train school district staff as to the manner of investigating claims of harassment/discrimination/retaliation on the basis of sex

- a failure to properly discipline the perpetrators

- refusal by staff to enforce Miller Place's own written policies on bullying and discrimination and retaliation

- a failure to inform Claire's family in regards to their rights

- a failure to provide forms, including bullying and discrimination, as well as sexual harassment forms

- acting to discourage the Dalys from filing DASA complaints to Claire's detriment

- a failure to provide a safety plan or stay away directive for Claire

The above actions or lack thereof violated Claire's rights under the Equal Protection clause of the 14th Amendment. Defendants knew this would result from their deliberate indifference to her situation.

270. Miller Place's unwillingness to train employees in proper anti-bullying methods, including proper investigation, interviews, separation of bully from victim, appropriate curricula to address discrimination and bullying which is tailored to elementary school children at Laddie Decker, as well as appropriate discipline, i.e. consequences with increased severity for re-offense, as well as follow-up with the victim and bully in order to ensure that remedial measures are working, would have made it easier to handle the situations outlined above.

271. Miller Place's failure to adequately supervise, punish, separate and educate the peer bullies over many months shows the Miller Place had a pattern and practice of behavior designed to encourage the bullies and dissuade parents from making complaints, including filing DASA complaints.

272. In addition, although there are bullying and harassment policies, these were clearly not enough and were not followed, i.e. although an investigation is not defined, it is clear proper investigations were not done and instead, employees lied, minimized, covered up, and failed to give parents the proper information in regards to their rights in such situations, including the right to appeal. Miller Place, further, seem to have no awareness of child development.

273. This conscious failure to act or remedy sexual harassment and discrimination of plaintiff and failure to supervise Farley, Bray and Lazar in their duties to Claire as per school policy, failure to follow board policies and/or acting with deliberate

indifference to plaintiffs' rights was a violation of the 14th Amendment by individual Defendants, Herrschaft and Zito.

274.    Miller Place's mishandling of the complaints caused a violation of Claire's constitutional rights, including Claire's rights to Equal Protection and the First Amendment.

275.    Miller Place was deliberately indifferent in doing so.

276.    Claire suffered damages, including emotional distress, as a result.

**SIXTH CAUSE OF ACTION
BY PLAINTIFF CLAIRE DALY
FIRST AMENDMENT RETALIATION UNDER SECTION 1983**

**(against Miller Place, Lipshie, Herrschaft, Zito, Farley,  and Bray)**

277.    Plaintiff re-alleges each and every allegation in paragraphs 1-258 of the complaint as fully set forth herein.

278.    Plaintiff engaged in protected First Amendment activity by notifying the Defendants of their complaints via email, phone and in person visits.

279.    Claire and her family engaged in protected activity when they reported the discrimination to Defendants.

280.    Defendants knew that this advocacy was protected activity.

281.    Although they were notified numerous times, Zito either failed to do a proper investigation as to the initial complaints and/or failed to sufficiently follow-up and communicate with the family as to consequences and to take appropriate action.

282.    Defendants' actions in retaliating against Claire closely followed the family's advocacy on behalf of Claire.

283.    The above action or inaction was adverse against Claire and her family.

284.    Defendants discouraged the filing of DASA complaints. When this no longer worked, Defendants attempted to control the family's access thereto by filing the complaint themselves. They failed to inform the family that they had a right to file their own complaint with the school until February, 2023, when they first gave them the DASA forms. This was months after numerous emails and communications from the Dalys about the daily bullying. They also failed to communicate to the family that they had rights under DASA, including appeal rights.

285.    Prior to the Daly's filing of the DASA complaints, there were clearly inadequate or inappropriate responses to the Daly's numerous complaints. After the family began filing DASA complaints in April of 2023, the school administrators continued to completely ignore parts of the DASA complaints and further verbal and written complaints that the Dalys made to the school, including the Daly's complaint regarding C.F.'s assault of Claire on the bus, refusing to do a proper investigation or take adequate remedial action as the bullying escalated.

286.    Individual retaliatory acts included the following:

- refusing to investigate written complaints and send DASA forms or decisions for months (Miller Place, Lipshie, Herrschaft, Zito) and/or apprise the Dalys of their rights as to such, including appeal rights (Miller Place, Lipshie, Herrschaft, Zito);

- refusing to file DASA complaints themselves (Miller Place, Lipshie, Herrschaft, Zito, Farley, Bray and Lazar)

- refusing to issue decisions on certain complaints (Miller Place, Herrschaft, Zito);

- seating Claire next to O.D., another bully (Bray);

- refusing to send home work when Claire was sick (Bray);

- disallowing Claire to see Mr. Zito when she felt anxious (Bray);

- disallowing Danielle to participate as a mystery reader (Bray);

- giving Claire a behavior check when she reported that C.V. and others were continuing to harass her on social media and her social media account was being spread around the school (Bray);

- discouraging Claire from reporting the bullying and ignoring it when Claire told her C.V. was continuing to "cuss" at her and say mean things (Bray);

- gaslighting Claire when she reported bullying, including telling her she was lying, changing or retracting her story, or minimizing it by disagreeing with her account (Herrschaft, Zito, Farley, Bray);

- refusing to separate the bullies from Claire after being asked repeatedly to do so (Miller Place, Herrschaft, Zito)

287. Defendant's actions were adverse to Claire's interest in an appropriate education. The protected activity on behalf of Claire caused Defendant to take adverse action against Claire.

288. Defendants could have taken corrective measures but chose not to do so or did so in a way that was wholly inadequate and inappropriate. Indeed, their responses, or lack thereof, had the effect of egging the harassers on.

289. Without Defendant's actions or lack thereof, Claire's family would not have returned to Claire to Laddie Decker Elementary School in the fall of 2023.

290. Defendants actions were motivated by Claire and her family's exercise of her free speech rights.

291. Without Defendant's actions or lack therof, which caused the family to be discouraged in filing or appealing their complaints, Claire's family would not have delayed in filing DASA reports until April of 2023.

292. As a result of these practices Claire has been denied educational opportunities, including the right to a variety of elective courses, the right to usage of the school library facilities, the right to participate in extracurricular activities, of peer group interaction, physical education, transportation to and from instruction, and a myriad of educational tools and aids.

293. As a result of this, Claire has suffered damages.

### SEVENTH CAUSE OF ACTION
### BY PLAINTIFF ALEXIS DALY
### FIRST AMENDMENT RETALIATION UNDER SECTION 1983

### (against Miller Place, Lipshie, Herrschaft, Zito and Lazar)

294. Plaintiffs re-allege each and every allegation in paragraphs 1-275 of the complaint as fully set forth herein.

295. Lazar repeatedly questioned Lexie Daly regarding Claire Daly after she withdrew from school in May of 2023. This started again in September of 2023.

296. Lexie clearly told Lazar on September 2023 that she did not want to answer questions about Claire or her education.

297. Lazar repeatedly questioned Lexie regarding Claire after Claire withdrew from school in May of 2023.  This started again in September of 2023.

298. Lexie clearly told Lazar in September, 2023 that she did not want to answer questions about Claire or her education.

299. Lexie engaged in protected activity when she told Lazar that she did not want to speak about Claire.

300. Defendants knew that this advocacy was protected activity.

301. Defendants conduct closely followed Lexie's exercise of this protected activity.

302. Defendants actions in retaliating against Lexie by telling Danielle that she was lying and in failing to treat Alexis in the same way that J. was treated, closely followed Alexis' conversation with Ms. Lazar.

303. The action Lazar took was adverse against Alexis and her family.

304. Due to the fact it took place on the playground, Lexie's injury was caught on camera as were the circumstances surrounding it, yet Defendant Miller Place chose not to intervene or assist Lexie in any way, allowing Herrschaft and Lazar to do their "dirty work"

305. Lazar's action was the "but for" reason why Lexie suffered damage as a result of the disparate treatment she received from the school in regards to being injured.

306. Defendant's conduct was brought on by Lexie's exercise of her free speech rights.

307. Lexie seeks a temporary restraining order and preliminary injunction against further action by all Defendants.

308. This is an ongoing matter with no end in sight. The Defendants lack rudimentary forms of self control. It is unclear what the Defendants do during the work day, beyond plotting and scheming to stalk, harass, and hurt Lexie, and drive the Daly family out of the community, because Clare is gay. This has been going on for years, and it had only accelerated now that Clare has switched schools. We ask that the court bring some decorum to this situation immediately.

## **JURY TRIAL DEMANDED**

309. Plaintiffs demand a jury trial.

## REQUESTS FOR RELIEF

**WHEREFORE**, Plaintiffs respectfully request that the court order:

1)      A declaratory judgment stating that Defendant has violated Plaintiff Claire Daly's rights under Title IX, the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution, and the First Amendment of the United States Constitution;

2)      Equitable relief, including but not limited to the following:

○ A temporary restraining order, preliminary injunction and permanent injunction ordering Defendants to immediately cease and desist from retaliating against Alexis Daly for speech that is protected under the First Amendment;

○ A temporary restraining order, preliminary injunction and permanent injunction ordering Defendant Miller Place to keep Herrschaft and Lazar 100 feet away from Alexis Daly, seeing as there is no need for these defendants and Lexie to be around each other;

○ A permanent injunction ordering Defendant Miller Place to thoroughly train their employees, staff and students on Title IX best practices and procedures in order to discourage future gender discrimination and sexual harassment;

○ A permanent injunction ordering Defendant Miller Place Union Free School District to cease discriminating against female students and students who identify as homosexual;

○ An order directing Defendants Herrschaft and Zito to issue a written retraction of their decisions in the DASA complaints and appeals stating that the bullying students' conduct was unfounded;

◦ An order directing Defendant Miller Place Union Free School District to update its Code of Conduct and its board policies to reflect that retaliation against a witness, family member, or another person with reliable information as to discrimination on behalf of themselves or another student, or against staff or teachers who report harassment, discrimination, bullying or retaliation on behalf of students is prohibited. Such update shall be featured prominently on the school's website, with hyperlinks to the appropriate sections of the code of conduct, coordinators for Title IX and DASA, and forms, such as DASA forms, appropriate for complainants. (Board Policies 5020, 5320, 9010):

◦ An order directing Defendant update its Code of Conduct so its policy regarding the full range of penalties for students who misbehave on the school bus is enumerated in its own section in the Code of Conduct.  Such update shall be featured prominently on the school's website, with hyperlinks to the appropriate sections of the code of conduct, coordinators for Title IX and DASA, and forms, such as DASA forms, appropriate for complainants (Board Policies 5020, 5320, 9010);

◦ An order directing Defendant update its Code of Conduct so its policy, "Student Harassment and Bullying" is enumerated in its own section in the Code of Conduct. Such update shall be featured prominently on the school's website, with hyperlinks to the appropriate sections of the code of conduct, coordinators for Title IX and DASA, and forms, such as DASA forms, appropriate for complainants (Board Policy 5020):

◦ An order directing Defendant update its Code of Conduct so its policy, "Sexual Harassment" is enumerated in its own section in the Code of Conduct. Such update shall be featured prominently on the school's website, with hyperlinks to the

appropriate sections of the code of conduct, coordinators for Title IX and DASA, and forms, such as DASA forms, appropriate for complainants (Board Policy 9010)

○ An order directing Defendant update its Code of Conduct so its policy, "Nondiscrimination and Equal Opportunity" is enumerated in its own section in the Code of Conduct. Such update shall be featured prominently on the school's website, with hyperlinks to the appropriate sections of the code of conduct, coordinators for Title IX and DASA, and forms, such as DASA forms, appropriate for complainants (Board Policy 5020):

○ An order directing Defendant to update its "Nondiscrimination and Equal Opportunity", "Student Harassment and Bullying", and "Sexual Harassment" forms to indicate that retaliation is prohibited by Title IX and DASA, and identify "retaliation" as a category of conduct about which a complaint may be lodged (Board Policies 5020.E.5.1, 5020.E.2, 9010.2.E1);

○ An order directing Defendant to update its Code of Conduct as well as its Non Discrimination and Equal Opportunity Policy, Sexual Harassment Policy, and Bullying and Harassment policies to reflect that, under Title IX, the district must provide assurances to the victim's family that they will take reasonable steps to prevent future harassment by the perpetrator (Board Policies 5020, 5320, 9010);

○ An order directing Defendant to provide specific examples of accommodations to be given to victims who are bullied in its "Student Harassment and Bullying" as well as "Nondiscrimination and Equal Opportunity" and "Sexual Harassment" policies and regulations, including safety plans, stay away directives, and separation of students.

○ An order directing Defendant to include references student rights under Title IX in its "Student Conduct on School Buses" policy and regulation;

- An order directing Defendant to ensure that its online version of the Code of Conduct reflects these changes and that they are publicized;

3)    An award of compensatory damages to compensate Plaintiffs for violations of their civil rights, including but not limited to tuition reimbursement, in an amount to be determined at trial;

4)    An award for pain and suffering, in an amount to be determined at trial;

5)    An award of compensatory damages for emotional distress, including therapy visits and psychiatric visits, past and future, in an amount to be determined at trial;

6)    Reasonable costs and attorney fees in the prosecution of this action, pursuant to 42 U.S.C. § 1988;

7)    Pre- and Post-judgment interest;

Together with such other and further relief as to which this Court deems just and proper.

Dated: Syosset, New York
        November 14, 2023

*/s/Suzanne Myron*

Suzanne Myron, Esq.
Attorney for Plaintiffs,
*Claire and Alexis Daly*
The Law Office of Suzanne Myron
6800 Jericho Turnpike, Suite #120W
Syosset, NY 11791
phone: (516) 393-5821
fax: (516) 496-9052
email:  smyron@specialeducationlawyerny.com

TO:
District Clerk
0/b/0
Miller Place Union Free School District
36 Locust Avenue
Miller Place, NY 11764

## **CERTIFICATION**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Dated: Syosset, NY
      November 14, 2023

                                     */s/Suzanne Myron*

                                     Suzanne Myron, Esq.

                                     The Law Office of Suzanne Myron

                                     6800 Jericho Turnpike, Suite 120W

                                     Syosset, NY 11791

                                     phone: (516) 393-5821

                                     fax: (516) 496-9052

                                     email:

                                     smyron@specialeducationlawyerny.com