# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of New York

Index Number: 2:23-CV-08601-SIL

Date Filed: _____

Plaintiff: **CLAIRE DALY AND ALEXIS DALY, BY AND THROUGH THEIR MOTHER AND GENERAL GUARDIAN DANIELLE DALY**

vs.

Defendant: **MILLER PLACE UNION FREE SCHOOL DISTRICT, SETH LIPSHIE INDIVIDUALLY, CHRISTOPHER HERRSCHAFT INDIIDUALLY, JOSEPH ZITO INDIVIDUALLY, NICOLE FARLEY INDIVIDUALLY, LISA BRAY INDIVIDUALLY, AND NICOLE LAZAR INDIVIDUALLY**

For:
SUZANNE MYRON
THE LAW OFFICE OF SUZANNE
6800 JERICHO TURNPIKE
SUITE 120W
SYOSSET, NY 11791

Received by Direct Process Server LLC on the 6th day of December, 2023 at 11:02 am to be served on **CHRISTOPHER HERRSCHAFT, 7 MEMORIAL DRIVE, C/O MILLER PLACE UNION FREE SCHOOL DISTRICT, MILLER PLACE, NY 11764**.

I, Michael Kuhner, do hereby affirm that on the **7th day of December, 2023** at **2:08 pm, I:**

**Served CHRISTOPHER HERRSCHAFT INDIVIDUALLY/PERSONALLY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, ORDER TO SHOW FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, AFFIDAVIT OF ALEXIS DALY, AFFIDAVIT OF DANIELLE DALY, AFFIRMATION OF SUZANNE MYRON, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF ALEXIS DALY'S ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION** at the date and hour of service endorsed above thereon by me, to: **CHRISTOPHER HERRSCHAFT** at the address of: **7 MEMORIAL DRIVE, C/O MILLER PLACE UNION FREE SCHOOL DISTRICT, MILLER PLACE, NY 11764**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Caucasian, Height: 5'11", Weight: 180, Hair: Dark Brown, Glasses: N



## RETURN OF SERVICE For 2:23-CV-08601-SIL

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to 28 USC 1746 that I have read the foregoing document and the facts stated are true and correct.

Executed on: 12-08-23
Date

Michael Kuhner
Process Server

12-08-23
Date

**Direct Process Server LLC**
**22 Southern Blvd**
**Suite 103**
**Nesconset, NY 11767**
**(631) 406-6989**

Our Job Serial Number: DPR-2023001989