| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 2/22/24<br>TIME: 11:30 am |

CASE:  CV 23-8601(RPK) Daly et al v. Miller Place Union Free School District et al

TYPE OF CONFERENCE:   MOTION                    FTR: 11:37-11:50

APPEARANCES:
    For Plaintiff:   Suzanne Myron

    For Defendant: Keira Meehan
                   David Rutherford

**THE FOLLOWING RULINGS WERE MADE:**

☒    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☒    Other: Scheduling conference held. Oral argument held. Plaintiff's motion for expedited discovery, DE [35], is withdrawn, as per DE [38]. Defendants' motions for a stay, DE [29, 37], are denied for the reasons set forth on the record. A scheduling order is being entered coincident with this order.

**COURT APPEARANCES:**

The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    5/8/24 at 11:00 am          : Status conference

    2/12/25 at 10:00 am         : Pretrial conference. A joint proposed pretrial order must be electronically filed 3 days prior to this conference.

                                    SO ORDERED

                                    /s/Steven I. Locke
                                    STEVEN I. LOCKE
                                    United States Magistrate Judge