| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 4/25/2024 |
|  U.S. MAGISTRATE JUDGE | TIME: 10:45 am |

**CASE:** CV 23-8601 (RPK) Daly et al v. Miller Place Union Free School District et al

| TYPE OF CONFERENCE: MOTION | FTR: 10:44-10:51 |

APPEARANCES:
 For Plaintiff: Suzanne Myron

 For Defendant: Keira Meehan

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order [ ] submitted by the parties.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒ Other: Oral argument held. Plaintiff's motion to compel., DE [45], is denied without prejudice for the reasons set forth on the record. Discovery is ongoing. In the event Plaintiffs have trouble scheduling Defendants' depositions over the summer, the parties should reach out to the Court immediately for assistance.

                                                  SO ORDERED

                                                  /s/Steven I. Locke
                                                  STEVEN I. LOCKE
                                                  United States Magistrate Judge