UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

CLAIRE DALY and ALEXIS DALY,
by and through their mother and general guardian,
DANIELLE DALY

                            Plaintiffs                         Civil Action No.
                                                                             2:23-cv-08601-SIL

        - against -

MILLER PLACE UNION FREE SCHOOL DISTRICT,
SETH LIPSHIE individually,
CHRISTOPHER HERRSCHAFT individually,                          NOTICE OF
JOSEPH ZITO individually,                                                               APPEARANCE
NICOLE FARLEY individually,
LISA BRAY individually,
and NICOLE LAZAR individually,

                            Defendants.

-----------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that I, Ian C. Heller, have been retained by the plaintiffs, Claire Daly, Alexis Daly and Danielle Daly. My contact information is:

The Law Office of Suzanne Myron

6800 Jericho Tpke, Suite #120W

Syosset, NY 11791

(516) 393-5821

iancheller@specialeducationlawyerny.com

Dated: May 3, 2024

                                                                                  Ian C. Heller, Esq.