UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CLAIRE DALY | ) | |
| by and through her mother and general guardian, | ) | |
| DANIELLE DALY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - against - | ) | Civil Action No. |
| | ) | 23-cv-08601(RPK) (SIL) |
| MILLER PLACE UNION FREE SCHOOL DISTRICT, | ) | |
| CHRISTOPHER HERRSCHAFT individually, | ) | |
| JOSEPH ZITO individually, | ) | |
| NICOLE FARLEY individually, | ) | |
| LISA BRAY individually, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## SECOND AMENDED COMPLAINT

## INTRODUCTION

*Plaintiff Claire Daly entered Miller Place as a kind, intelligent and precocious kindergartner with a zest for life and many friends. But by 8 years old, after she revealed her sexuality, her peers began to treat her like a pariah and taunt her for it. A classmate named C.F. began to sexually harass Claire.  After being notified by the family, Defendants hid the procedures and forms for filing federal and state complaints based on sex. When the Dalys persisted, Defendants refused to do their job and prevent the bullying from escalating. As could be predicted, it did.*

*At times, Defendants egged the bullies on. Defendants retaliated against the Dalys for reporting it. This gave everyone the distinct impression that they condoned the increasing*

1

*bullying. The bullies got the message that even violence would be tolerated. It was. Now 11, Claire has been removed from the school by her parents to the Laurel Hill School, which offers a nurturing, supportive learning environment. Claire still suffers from C-PTSD and depression due to the Defendants' deliberate indifference.   She can no longer attend any public school due to the trauma and thus has been deprived of equal access to public education.*

## PARTIES

1.    Claire Daly ("Claire") is an 11-year-old 6th grader. She attended school in the Miller Place Union Free School District ("Miller Place") from kindergarten through fifth grade. Claire is an "A" student who possesses talents in the music and theatrical arts. Claire was, until recently, employed as a lead actress in regional theater productions, as well as commercials and movies throughout the United States. She is close with her family. Claire lives at 36 Locust Avenue, Miller Place, Suffolk County, New York with her parents, Richard and Danielle Daly ("Richard" and "Danielle"), and her younger sister, Alexis ("Lexie").  Claire likes rules and is the kind of person who "always tells" when something is bothering her.

2.    Defendant Miller Place is a public school district and municipal corporation formed under Article 31 of the Education Law of the State of New York. Defendant's principal offices are located at 7 Memorial Drive, Miller Place, Suffolk County, New York. Miller Place, as well as its employees, stand *in loco parentis* during the school day; they are responsible for providing a public education to their students in a safe environment.

3.      Defendant Christopher Herrschaft ("Herrschaft") is an employee of Miller Place. He was employed as principal of Laddie Decker from August of 2019 to approximately June of 2022. He is currently employed as its Director of Human Resources.

4.      Defendant Joseph Zito ("Zito") is an employee of Miller Place. From 2018-2022, he was employed as assistant principal of Laddie Decker, at which point he replaced Herrschaft as Laddie Decker's principal.  As principal he is responsible for the day-to-day operations of Laddie Decker Sound Beach Elementary School, including implementing policies and procedures to prohibit discrimination and governing the reporting of discrimination and harassment.  To the extent of his authority, he is the final policymaker in regards to any schoolwide policies he creates and implements.   In addition, under Board Policy 9010.2, he must notify students who complain of sexual harassment about available complaint procedures, take reports of sexual harassment, investigate allegations, determine whether harassment occurred, take effective corrective and remedial measures when harassment has occurred, supervise and train subordinate staff within the District, and ensure that educational services are provided in a free and appropriate manner. The principal has the authority to to stop discrimination and harassment within the Laddie Decker Sound Beach Elementary School and to discipline perpetrators of harassment. Under Title IX, any public school staffer, including the principal, can be the recipient of a complaint.

5.      Defendant Nicole Farley ("Farley") is an employee of Miller Place. She has been employed as assistant principal of Laddie Decker since June, 2022, replacing Zito in his role once he became principal. Under Title IX, any public school staffer,

including the assistant principal, can be the recipient of a complaint.   In addition, as assistant principal, Farley has the ability to discipline and investigate incidences of mild misconduct at the school.

6.   Defendant Lisa Bray ("Bray") is an employee of Miller Place. At all relevant times she was employed as a teacher at Laddie Decker.  Under Title IX, any public school staffer, including a teacher, can be the recipient of a complaint.

## JURISDICTION AND VENUE

7.   This case arises under 28 USC §1331 as it involves questions of federal law, including: Title IX of the Education Amendments of 1972 (20 USC §§1681-1688) ("Title IX"); the Equal Protection Clause to the Fourteenth Amendment of the United States Constitution ("Equal Protection Clause"); and the First Amendment to the United States Constitution ("First Amendment").

8.   Defendants acted under color of state law, depriving Claire of her rights and privileges under the U.S. Constitution, pursuant to 42 U.S.C. §1983.

9.   The district courts have original jurisdiction over civil matters involving constitutional issues and issues of federal statutory law, pursuant to 28 USC §1343.

10.   Venue is proper in this district pursuant to 28 USC 1391(b)(2) because a substantial part of the actions or omissions by Defendants which give rise to the claims took place in this district.

## FACTUAL BACKGROUND

### *Miller Place Polices on Bullying and Discrimination*

11. Miller Place has several policies on preventing harassment and discrimination with forms.  Most of the information can be found on the district website in the "Board Policies" section.   However, the material is disorganized and often unintelligible.

12. An example of this is Board Policy 5020, "Student Harassment and Bullying Prevention and Intervention" ("Student Harassment and Bullying" policy) whose second paragraph on P. 1 states, "To this end, the Board condemns and strictly prohibits all forms of discrimination, such as harassment, hazing and bullying on school grounds, school buses and at all school-sponsored activities, programs and events principal, the principal's designee or the Dignity Act Coordinator, and off school grounds, where such acts create or would foreseeably create a risk of substantial disruption within the school environment, where it is foreseeable that the conduct, threats, intimidation or abuse might reach school property." (sic)

13. Board Policy 5020 seems to cover some of the school's obligations under the New York State Dignity for All Students Act (DASA). Their "Student Harassment and Bullying" policy (5020.5) and regulation (5020.5R), also has forms (5020.5.E.1; 5020.5.E.2). This policy is referenced several times in the 2021-2022 and 2022-2023 Miller Place Student Code of Conduct and listed in the "Board Policies" section under "5000-Student Policies". However, Miller Place designates its building DASA coordinators on a separate link:

    https://www.millerplace.k12.ny.us/district-information/dignity-act

14.     5020.5R includes information as to DASA's provisions, including discrimination on the basis of sex and sexual orientation.  It speaks to the need to look for early warning signs and how to properly train adults who are supervising children and other students to prevent bullying.  At times, it references "federal law", for instance, when it refers to retaliation being illegal, but does not specifically reference the law it is referring to.  It goes on to parrot Title IX's provisions regarding confidentiality and its impact on the investigation, but still does not make clear that this is part of Title IX policy, not DASA policy.

15.     5020.5R goes on to say, that the Dignity Act Coordinator must make a determination within 15 days on any complaint received, including a proposed resolution.  If the complainant isn't satisfied with the determination or the results, they can appeal and request an "informal hearing".  Much like Title IX, the informal hearing allows for witnesses and evidence to be presented.  The regulation states that a post-hearing determination will be made whether the violation "impacts the Civil Rights Act of 1964, Section 504 or the ADA".

16.     According to 5020.5R, the coordinator must also determine whether the complainant needs any accommodations to ensure his/her safety, and follow up periodically until the complaint has been resolved. Accommodations may include, but are not limited to:

o     A "permanent" hall pass that allows the student to visit a designated adult at any time ... ;
o     An escort during passing periods;
o     If the student feels unsafe in a specific class, an opportunity for individual tutoring or independent study until the case is resolved;
o     An opportunity for independent study at home with district-provided tutor until the case is resolved;

    o    Permission to use personal cell phone in the event that the student feels threatened and needs immediate access to parent or guardian;

    o    Assignment of a bus monitor.

17.    Further, if appropriate, under Policy 5020.5, the Dignity Act Coordinator should consider separating the parties and use of a "safety plan". These provisions are in line with Title IX's policies regarding supportive measures, however, again, they are not specifically referenced as such.

18.    There is a policy (5320) and regulation (5320.R) for reporting misconduct on the school bus, without a form, which is also referenced in the 2021-2022 and 2022-2023 Miller Place Student Codes of Conduct and can be found on Miller Place's website. The policy states that, "It is also important that those waiting for buses conduct themselves properly with respect to the rights and property of others".

In Section VI.G, the Codes of Conduct further state that "lewd behavior will not be tolerated" on the bus. 5320.R specifically states that "consistent disruptive behavior" will be cause for suspension from the bus.

19.    There is a "Nondiscrimination and Equal Opportunity Policy" (5020.2) and regulation (5020.2R). This policy also has a form for reporting issues to the district (5020.5.E.1). It can be found on Miller Place's website.

20.    5020.2 states there shall be an annual notification to the school community describing procedures for resolving discrimination complaints. This notification must include a statement that the district does not discriminate on the basis of sex or sexual orientation. This statement shall be published in announcements, bulletins and "applications". However, the Dalys never received any notification regarding 5020's discrimination provisions.

21.    5020.2R states that, once a complaint is filed, the compliance officer may discuss the complaint informally with the victim, but in any event they must investigate and shortly thereafter make a written determination as to whether the conduct violated the "Civil Rights Act (of 1964), Section 504 of the Rehabilitation Act or the ADA", which may then be appealed to the superintendent.  The superintendent must notify the parties of the date of an "informal hearing" at which the plaintiff may appear and make their case. The superintendent will then decide whether the conduct violated the "Civil Rights Act, Section 504 of the Rehabilitation Act or the ADA". This decision may be appealed again to the board of education.

22.    There is a "Sexual Harassment" policy (9010.2) and regulation (9010.2.R) as well as a form for reporting sexual misconduct (9010.2.E1).  Unfortunately, even though the policy references students as well as staff, it can only be found under the "Personnel and Negotiations" part of the "Board Policies" page (a link to the "Sexual Harassment" policies in the "5000-Board Polices" section goes nowhere).

23.    9010.2 states that sexual harassment can include unwelcome sexual advances, requests for sexual favors, and other verbal, nonverbal, or physical conduct of a sexual nature, or verbal, nonverbal or physical aggression, intimidation or hostility that is based on actual or perceived gender and sexual stereotypes.

24.    9010.2 states that it is essential that all persons with knowledge report the sexual harassment immediately.  The complaints will be treated in a confidential manner to "the extent possible" but "limited disclosure may be necessary to complete a thorough investigation."

25. 9010.2 states that all persons reporting sexual harassment have the right to be free from retaliation of any kind when they report in good faith.  9010.2R states that the district may recommend "mediation" of appropriate cases.

26. Neither the "Nondiscrimination" or  "Sexual Harassment" policies are referenced within the 2021-2022 or 2022-2023 Miller Place Student Codes of Conduct.

### *Title IX*

27. Upon information and belief, Miller Place is subject to Title IX as it receives federal financial assistance.  Title IX states:  "No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance."

28. All of Miller Place's policies, with the exception of the DASA coordinator page listings, are available on its "Board Policies" page.  However, its codes of conduct for the years 2021-2022 and 2022-2023 contain no references to Title IX. The "Student Harassment and Bullying" and "Nondiscrimination" policies cite to Title IX at the very end of the document, but detailed instructions on making a complaint are confusing, inadequate and conflate DASA complaints with Title IX requirements. The "Sexual Harassment" policy does not cite to Title IX at all, even though it cites to other state and federal civil rights laws as well as the *Gebser* case.

29. Miller Place does not name any Title IX coordinators.  In its "Sexual Harassment" policy, it states that complaints should be filed with the principal or "district compliance officer".  The "district compliance officer" is nameless.  Miller Place does not list Title IX coordinators for other types of sexual discrimination.   This is

in spite of of implementing regulations under Title IX that say the Title IX coordinator must be readily available.  *See* 34 CFR §106 et seq

30.  In Miller Place's "Nondiscrimination" policy, it names Sandra Wojnowski as "compliance officer" for receiving complaints regarding the Civil Rights Act of 1964, Section 504, and the ADA, but it does not name a compliance officer for Title IX. This is in spite of implementing regulations under Title IX that say the name of such Title IX coordinator must be "prominently displayed"  on the school website and handbooks.  *See* 34 CFR §106 et seq

31.  Further, Miller Place lists no grievance procedures for non-sexual harassment Title IX violations except their "Harassment and Bullying" Policy 5020.5.  As per Title IX implementing regulations, however, a recipient of federal funding is required to "adopt and publish" grievance procedures as to how to file a Title IX complaint. They are also required to inform complainants regarding their due process rights under Title IX upon receiving a sexual harassment complaint.  *See* 34 CFR §106 et seq

32.  As per Title IX implementing regulations, upon receiving actual notice of the respondent perpetrator's conduct, schools and other recipients of federal funding are required to explain to the complainant the process for filing a formal complaint, inform the complainant of the availability of supportive measures with or without the filing of a formal complaint, and consider the complainant's wishes with respect to such supportive measures *See* 34 CFR §106 et seq.  It also states that confidentiality requests must be respected.  However, Board Policy 9010.2 says that

10

in regards to sexual harassment "limited disclosure may be necessary to complete a thorough investigation"

33.  The coordinator in a sexual harassment case must provide the following written notice to the parties involved:  notice of recipient's formal grievance process, the parties allegedly involved, and the conduct constituting sexual harassment. The notice must also tell the complainant and respondent that they may seek the advice of an attorney. *See* 34 CFR §106 et seq.  These requirements are not reflected at all in the District's "Sexual Harassment" provisions listed in Section 9010.2 or in any other policy documents.

34.  The coordinator is required to investigate. Investigations of formal complaints must do the following: provide an equal opportunity for the parties to present evidence and witnesses; provide the parties to allow others at meetings, including attorneys, and provide both parties an opportunity to inspect any evidence obtained as part of the investigation. Prior to completion of the investigative report, the recipient must send to each party the evidence, and the parties must have at least 10 days to submit a written response, which the investigator will consider prior to completion of the investigative report. The recipient must make all evidence subject to the parties' review and create an investigative report that fairly summarizes relevant evidence. *See* 34 CFR §106 et seq.  These provisions also are not included in 9010.2 and any other policy documents.

35.  The implementing regulations state that although the Title IX investigator can be the same person as the decisionmaker, the coordinator cannot have a conflict of interest. *See* 34 CFR §106 et seq.  This provision is not included in any board policy.

36.     The implementing regulations also prohibit retaliation of any kind against a complainant, and state that the name of the identity of any individual who has made a report must be kept confidential if the district is asked to do so.  *See* 34 CFR §106 et seq. This is included in both 9010.2 and 5020.5.

Summary of Relevant Policy and Law

37.     Miller Place's policies conflate federal and state law but snippets of Title IX appear in all of the above-mentioned policies.  That said, the most relevant board policy, 9010.2, does not directly reference Title IX.  It is also "hidden" in the "staff" link to the board policies on the Miller Place website.  The Codes of Conduct for 2021 through 2023 also do not cite to Title IX.  Further, Title IX rights and procedures are not clearly outlined.  For this reason, Miller Place does not substantially comply with the federal law.

38.     5020.5R cites to accommodations that would comply with the "supportive measures" provisions of the Title IX regulations.  That said, the school did not put any of these into place for Claire except the hall pass provision during a portion of the time she was at school, and the tutoring at home when things had gotten so bad that Claire could no longer attend in-person schooling.  The same is true for the policy provisions regarding retaliation.  In that case, Miller Place quotes Title IX without attribution. As noted below, Defendants still retaliated against Claire.

***Kindergarten***

39.     The Dalys moved to Miller Place in 2013.  Claire began kindergarten in September, 2017. She attended the Andrew Muller Primary School ("Andrew Muller"), a school

for grades K-2, which is located in Miller Place.  Danielle Daly was assigned as the "class mom" and was often at the school for various classroom celebrations.

40.     During this time, Claire was routinely bulled by another child, Q.C. On or about September 28, 2017, Q.C. pushed Claire up against the bus at bus circle and kissed her.  Danielle was notified by Ashley Stapon, Claire's teacher.  He also stole her snack.  In response, Stapon moved Claire's seat.

41.     That same week, Laura Gewurz ("Gewurz"), the school principal, called Danielle. Q.C. had punched Claire in the face during gym class.  Gewurz said she was "fine", but Claire got off the bus with a swollen face and two black eyes. Danielle emailed Gewurz pictures of Claire's black eyes. As reported by parents Christine Flaiz and Kristy Quinn, he did this while sitting on top of her, stating, "I want to marry you". Q.C. would unpredictably punch Claire frequently throughout the Fall of 2017, giving her bruises on her upper and lower body.

42.     Gewurz said they were assigning an aide to Q.C.  However, the aide assigned, Rebecca Rohmann ("Rohmann"), did not last long.  Regardless, Stapon was only a few feet away in the classroom or playground when Q.C. was abusing Claire.

43.     Rohmann is a licensed social worker whom the school called a "behavioral therapist".  Rohmann was assigned to the entire school and would rotate from classroom to classroom during high traffic times.

44.     For the first three weeks of school, Danielle received a phone call every week regarding Q.C.'s abuse of Claire.

45.     Soon thereafter, Richard and Danielle had a meeting with Stapon and Gewurz. The Dalys asked that a Dignity for All Students Act ("DASA") form be filled out. Gewurz

told the family that the bullying by Q.C. was "unfounded" and therefore "not DASA reportable".

46. Instead, Claire was given a card to put in her pencil box if she felt unsafe, which the school allowed her to put in her desk and slide out so the teacher would see she was in danger without her having to say it out loud. Gewurz said that Rohmann would be there to help her "cope with the bullying".

47. For the next three weeks, Danielle continued to receive phone calls regarding Q.C.'s continued violence towards Claire.  Claire, only four years old at the time, told Danielle, "It's OK.  He's just adjusting."

48. Although Claire was quite mature for her age, this statement struck Danielle as being way beyond her years.  When asked where she heard this from, Claire stated "Mrs. Rohmann tells me this when Q.C. hurts me."  It wasn't until Q.C. attacked a school employee's child that he was permanently assigned a 1:1 school aide. Q.C. moved out of Miller Place the following summer, 2018.

49. During the Fall of 2017, Claire started suffering from nightmares.  By Christmas, they had become constant.

   Summary

50. Danielle and Richard Daly complained to Gewurz and Stapon regarding Q.C.'s behavior and were told it was not DASA reportable, yet Claire was given an "accommodation" of being able to keep a card available to put on her desk to ask for "help" when she was being attacked.  Thus, the behavior continued until he attacked an employee's child at which point he was assigned his own aide.

### *First Grade*

51.     During the 2018-2019 school year Claire was again bullied. At the school carnival, two girls, A.M. and A.T., harassed Claire in front of Danielle, telling Claire she needed to leave their table because they didn't want her there. Danielle took Claire home. Another girl, H.S., was pushing Claire and telling her to "shut up" and "You don't belong here."  Her teacher, Mrs. Gambino, reprimanded the students and she and Gewurz had meetings with their parents.  H.S. continued the behavior.

52.     In January of 2019, Claire woke up in a panic. She stated she had thoughts about hurting herself or others with her uncle's gun (which was not accessible to Claire). Danielle took her to Dr. Erika Lorig-Wolf for an assessment. After doing bloodwork, Dr. Wolf said that it was anxiety-related.  Danielle took Claire out of acting classes for awhile, which only made the situation worse, since it was an activity Claire enjoyed.

53.     If Claire dropped her Minnie or Mickey Mouse stuffed toy or dropped her blanket, she would wake up at night with full-blown anxiety.  Claire began to see Erin Waddington, LMHC, for individual therapy.

### *Second Grade*

54.     During the Fall of the 2019-2020 school year, some of the girls again began to bully, and ostracize, Claire.

55.     C.F., a classmate, began to bully Claire on the school bus, calling her a "nerd" for doing her homework promptly, on the bus. Claire developed digestive issues, and

15

her parents sought the advice of Dr. Mark Lowenheim, a pediatric gastroenterologist. Dr. Lowenheim put Claire on a "bland diet".

56.  At this time, Danielle began working in the Andrew Muller cafeteria and was able to observe what was happening. When Claire followed the doctor's advice as instructed by eating a plain quesadilla at lunch, a lunch aide, Mrs. Erdman ("Erdman"), told Claire that her lunch was "pathetic". Erdman was spoken to, but nothing was done about C.F.'s bullying.

57.  Before and during the time Danielle worked at Andrew Muller, they often asked her to fill in as a "mystery reader", reading stories to the first and second graders. She had a good rapport with the kids and teachers and was offered jobs multiple times in the school district itself.

58.  Danielle also spoke to C.F. during this time about his relationship with Claire. He told Danielle, "I hate Claire".

59.  On February 3, 2020, at only seven years old, Claire was cast as "Matilda" in the production by the same name. Claire successfully memorized 90 pages of lines, music, choreography and blocking. Many school friends and teachers, including Gewurz, Gambino, and Trelfa and Annacardi, her second grade teachers, came to see her musical theater performance at the Cultural Arts Playhouse in Syosset.

60.  In mid-March 2020, Governor Cuomo ended in-person schooling, statewide. In the early months of the pandemic New York was in a state of disarray; the Daly family, not sure whether remote schooling, which they liked, would be an option in the future, withdrew Claire from Miller Place and home schooled her instead.

### *Third Grade*

61. Claire started third grade year as a home-schooled student.

62. In the middle of the 2020-2021 school year the family decided to re-enroll Claire at Miller Place because Claire was a sociable child who missed her friends.

63. Claire was enrolled at Laddie Decker, a school for grades 3-5, during the rest of her third grade year.

### *Fourth Grade*

64. Claire began the 2021-2022 school year at Laddie Decker.

65. On October 25, 2021, Jessica Warren ("Warren"), Claire's 4th grade teacher,  wrote Danielle that Claire "got into another confrontation with C.F. on the bus", but that "Claire used her words to defend herself back to him".  Danielle responded that she did have concerns after C.F. told her when she worked at Andrew Muller that he "hated Claire".  She said that when Claire comes off the bus, the first thing she says is "C.F. said ...." or "C.F. did ...."  Warren responded that she had spoken to Claire and C.F. and that if Claire shares that C.F. is continuing to bother her, she would refer to a behavioral specialist to "work with them further".

66. At this point, Claire's parents learned that C.F. had begun walking up to Claire during breaks in the class, calling out the phrase, "Chupapi Munyayo", which translates to "suck my dick". Afraid she would get in trouble, Claire sat quietly in her seat.  C.F. would sometimes come to her desk and moan sexually in her ear or her face.  Claire told Danielle that C.F. would lose "Dojo points" in class when he did this.

67.  On October 26, 2021, Danielle wrote to Warren that Claire was suffering from a stomachache and did not want to go to school.  She told her that Claire was questioned by the doctor. Claire told him she was scared to get on the bus and could "not take it any more".  The doctor advised that a behavioral therapist needed to be consulted immediately in order to rectify the situation. Danielle told Warren that Claire was afraid of "what's next", and that she feared C.F. would come to the house as he lived nearby.

68.  The family complained to Warren about C.F.'s "Chupapi Munyayo" comment. Warren ignored the complaint until Danielle showed her a screenshot of the translation of what C.F. was saying in Spanish. C.F. was spoken to by Zito, the assistant principal at the time, and C.F. was allegedly disciplined after Warren said she would speak with him.

69.  However, C.F. continued to harass Claire on the bus, staring at her and calling her a "stupid ass nerd", which forced her to sit in the front with the bus driver.  This, too, was reported.  C.F. did not stop making sexual comments to Claire in class, including using the phrase "Chupapi Munyayo".  Zito was told but apparently nothing more was done, even though the events took place in front of Warren.

70.  To the Daly's knowledge, Zito never filed a complaint on their behalf, even though Miller Place's own "Student Harassment and Bullying Prevention and Intervention" Policy 5020.5 states that staff who observe or learn of incidents of bullying must fill out the form within two school days.  (This is in accordance with the Dignity for All Students Act, Education Law §§10-18.)  Nor did he file a "Sexual Harassment" or "Nondiscrimination and Equal Opportunity" complaint, as per school policy.

Further no one, including Zito, advised the Dalys of their rights under Title IX or took any action on their behalf, including supportive measures.

71. According to protocol, if there was a complaint, it, and the findings regarding any investigation, were to be shared with the victim. This was specifically outlined on P. 4 of the "Student Harassment and Bullying Prevention Intervention" policy which states that "the results of the investigation shall be reported back to the target and the accused as specified in the accompanying regulation".

72. On or about October 31, 2021, Claire began coming home and instead of joining her family downstairs, she began going straight up to her room, forgoing food and homework, saying she was exhausted. She also refused to tell Danielle what was wrong, becoming progressively more irritable and withdrawn the more she was pressed for information.

73. Subsequently, and unbeknownst to Richard and Danielle, Stefanie Werner ("Werner") and Danielle Tonso ("Tonso"), licensed social workers employed by SCOPE and placed in-district during the day as behavioral counselors, began "working with" Claire and the other girls in her class, meeting with them in their offices and in Warren's classroom. It is not known who assigned the girls to behavioral counselors.

74. Claire's mood continued to decline, but the Dalys thought the issues with C.F. were isolated incidents.

75. In January of 2022, Claire told her "friend" A.M. that she liked girls. A.M. said, "Ewww. Why are you gay?" Claire said, "I don't know that's just how I feel." A.M. told a group of friends standing nearby, "Eww. She's gay." The group of friends,

including L.L. and P.S., told the class. Classmates began teasing Claire about her sexual orientation. Claire told her friend because she wanted to control the narrative, but she did not anticipate that A.M. would betray her. Claire was afraid she would get in trouble so she did not report this.

76. One day during class, Claire was assisting another student. Claire had finished her work and realized another student was struggling with hers. She offered to help. M.R., the student, accepted her offer. Claire saw M.R. was becoming frustrated and gave her a hug, which M.R. willingly accepted. A.M. said, "Ewww. Why are you hugging her? Do you like her?" Claire replied, "No! She was struggling. Why do you think that?" A.M. said, "Oh, I thought you were gay!" Claire said, "That doesn't mean I like everyone though." and walked away. A.M. went to tell the remaining people in the class that Claire liked M.R.

77. As the year progressed, the harassment began to increase. Girls began yelling at Claire in the hallway saying she had lied to them, by declaring she was not straight.

78. By late May, some of the girls went to Werner and Tonso and complained about Claire. Werner and Tonso told Claire that her "friends" were complaining about her.

79. Sensing something was up, Danielle wrote to Warren and asked if everything was okay. Warren wrote back that everything was fine on their end and there were no problems.

80. On May 22, 2022, the day before Field Day, Claire told Danielle that she was being bullied and did not want to go back to school. Claire told Danielle that Werner and Tonso were going to be at Field Day to watch over her, as a rumor was going around

that some people at the school were going to "jump" her.  She told Danielle she did not want to live anymore.

81.  Claire also told Danielle that there was a group of girls, A.S., A.W., G.M., H.M., and A.M. who were spreading rumors about her constantly, i.e.:  "Claire doesn't wipe her butt crack", "Claire is weird, she picks her nose",  "Claire is so stupid",  "Claire can't see, she is blind",  and "Claire is two-faced".

82.  A.S. was pre-occupied with Claire. She regularly tried to cheat by copying Claire's papers, chased Claire, told Claire she "sucked at singing", and made fun of her clothes.

83.  A.M., meanwhile, was pre-occupied with homosexuality, telling other students that, "Claire is gay and if she hugs you that means she likes you, so don't let her hug you." A.M. continually pointed out every girl Claire went near, saying, "Do you like, like her?"

84.  Most of these girls were in Claire's class.  These comments took place in full view of staff, including Warren.

85.  Although Zito and the behavioral counselors told the Dalys that there was a "no touching or physical contact policy" the staff repeatedly took pictures for yearbooks and presentations where they would ask the children to stand together and put their arms around one another.  This was also true for Claire, who, in kindergarten and first grade, took pictures with classmates where the girls had their arms around one another. Indeed, no such documented policy exists, except the provisions in 9010.2R that state that "unwelcome" physical touching is not allowed.  9010.2R

also points out that in order to constitute sexual harassment, the conduct must be "severe and pervasive". The 2021-2022 Code of Conduct indicates no such policy.

86. That same evening, Danielle called Andrea Spaniolas, who is a member of the Board of Education of Miller Place School District, and told her about the bullying. Andrea said she spoke to her daughter, P., about the incidences and that she wanted to help the girls mend fences. Danielle told Spaniolas that Claire was too upset to do this.

87. On May 23, 2022, Danielle went to Laddie Decker for Field Day. Towards the end of the event, as Danielle was about to leave, Claire stated she did not feel safe staying behind at school. The two social workers insisted that she was safe. They urged Claire to stay for rest of the event.

88. Approximately 20 minutes after Danielle left the school, she and Richard each received calls from the school nurse, Noreen Killeen ("Nurse Killeen"), telling them that Claire had urinated on herself. They went to school and found Claire on the bathroom floor in the nurse's office, crying.

89. That same day, Danielle spoke to Spaniolas in person about the bullies as she had also been at Field Day. Spaniolas told Danielle she noticed the behavioral counselors following Claire around.

90. Once the Dalys learned about the increased bullying and the involvement of the "behavioral counselors", Danielle asked Warren to notify her of any problems Claire was having on a regular basis. However, nothing was done to punish the girls who were bullying. Instead, the Dalys were told it was just "girl drama". The Dalys were not informed of their Title IX rights.

91.    To the Daly's knowledge, no complaint was filed on their behalf by Warren in spite of Miller Place Board Policy 5020.5 which states that staff who observe or learn of bullying must report the conduct within one school day to the principal, his designee or the DASA coordinator, and fill out a "Harassment and Bullying" complaint form within two school days.

92.    By the end of fourth grade, as the bullying became more severe and frequent, Claire suffered panic attacks. She became hysterical and indecisive. Danielle started driving Claire to school, however, she could not get Claire out of the car once they arrived. Danielle would routinely have to contact the staff for help in order to get Claire into the school.

93.    In June of 2022, A. S., A.W., G.M., H.M., A.M., and LL., went to the behavioral counselors and told them they did not want Claire to hug them or call them "besties". The "behavioral counselors" told Claire not to hug the other girls because physical contact, "was not allowed at school".

94.    On June 16, 2022, Warren held an outdoor family awards ceremony. The Dalys arrived early and put their blanket down on the grass. As the families arrived with their children, they sat away from the Dalys. Eventually, the Dalys were on one side and the rest of the class was on the other. As Warren started handing out awards, the family was shocked when Warren gave A.S., one of the bullies involved in spreading rumors about Claire, the "Good Friendship Award". Later, during the same ceremony, they were appalled when Warren presented Claire an award by saying, "to the girl who brings all the drama to the class... 'The Most Likely to go to Broadway Award' ". Claire was extremely upset. Upon information and belief,

Warren was written up by the principal while her union representative stood by, but Zito did not write up a complaint in regards to the situation.

95.  On June 17, 2022, Werner wrote to Danielle that she wanted to ensure that the "nonsense stops".  She told Danielle that there is a "no touching/physical contact policy" at school.  When Danielle said she wanted a DASA complaint filed in regards to the sexual orientation bullying by the girls in Claire's class, Werner said she didn't recommend doing that because the other students could make a complaint about Claire as well due to the "no touching" policy.

96.  On June 23, 2022, Danielle sent an email to Zito, asking that the bullying students be separated from Claire.

97.  Around this time, Danielle went into the parent portal where grades were posted and saw that Claire's grades had dropped precipitously from the 90s to the 70s.

98.  On June 24, 2022, Danielle followed up her earlier email to Zito telling him about the girls complaining about Claire hugging them.  She also said that Warren had never told them about Claire's issues with grades.

99.  Zito responded that there was a "no contact policy" at school.

100. Danielle told the school that this was outrageous and unfair, given that other children were touching all the time.  Zito responded that she could only complain about A.M.'s behavior, not the school's.

101. On June 24, 2022, Richard also contacted Zito via email. Richard told him that he had enclosed a state "DAC form" and wanted it filled out on behalf of Claire due to the bullying by A.M. He further stated that Claire was suffering from "increased anxiety, sleep difficulties, self-esteem issues and body image disturbances" due to

the bullying. He stated that the bullying consisted of "repeated references to Claire's sexual preferences".

102. In the same email, Richard also complained about Warren's behavior towards Claire at the awards ceremony.

103. Finally, Richard asked that a completed copy of the form be forwarded to them once it was reviewed, and the results of the investigation be shared. Zito responded that he was filling out the form and would add Claire to the "healthy separations next year". However, he did not inform the family of their Title IX rights.

104. On June 27, 2022, Danielle contacted Zito and said the girls had gone to the behavior specialists and asked Claire not to hug them again. She said she wanted the kids separated from Claire as "she'd rather a fresh start". Zito responded, "Yes I will keep them away as well."

105. On June 29, 2022, Danielle emailed Zito and told him that Claire had told her that she had thought about suicide, due to the bullying.

106. Soon thereafter, the Dalys received a written decision dated June 29, 2022 and signed by Herrschaft, principal of Laddie Decker at the time, which said that, after an investigation, which included interviews of "your child, the alleged victim and applicable witnesses" he deemed the complaint regarding A.M.'s comments "unfounded".

107. Herrschaft seemed not to understand that Claire and the "alleged victim" were the same person.

108. The decision copied Seth Lipshie, then the deputy superintendent of Miller Place. It advised that "retaliation for filing a DASA complaint ... is prohibited by district

policy". He further stated that any complaint regarding future bullying or any acts of retaliation should be reported to him or another appropriate staff member "as soon as possible".

109.   Herrschaft never contacted the Dalys at any time that year prior to issuing his decision on June 29, 2022, even though school policy dating from at least 2018 states that the building-wide DASA coordinator is the school principal "or his designee".   Nor did he apparently fill out any DASA complaints on their behalf. Neither he nor Lipshie informed the family of their rights under Title IX, filed their own complaint, nor did they point them towards the name of the Title IX coordinator.   Because it was summer, it is doubtful that any students were actually interviewed.   The Dalys were not.

110.   During the summer, Herrschaft was transferred to the District's Human Resources Department, Zito became school principal, and Farley was brought over from the middle school to become the new assistant principal.

111.   Over the summer, the family sought the help of a therapist, Alyssa Knott. They also sought out a psychiatrist, Dr. Yesie Yoon. Dr. Yoon diagnosed Claire with anxiety and depression and placed her on medication.

112.   Over the summer, Zito set up a Zoom meeting which included Richard, Danielle, Claire and Farley, in order to discuss plans for Claire's upcoming fifth grade year. Claire was present for the entire meeting.

113.   When the Dalys told Zito and Farley that they were considering placing Claire in private school, the administrators asked the family to "give them another chance". They promised that if Claire was being bullied at any time in any place within the

school, Claire could get up and leave that area and go see them and discuss the situation to get a quick resolution and get to safety. They promised that the problems would be dealt with immediately, and the kids would not be empowered to bully Claire but rather would be stripped of power and encouraged to do acts of kindness. Claire was encouraged to report everything right away and not wait so it could be addressed as soon as possible. Claire felt safe and confident about the plan and wanted to go back. Richard and Danielle, encouraged by the change in administrators, agreed.

114.  In August, Lisa Bray ("Bray"), Claire's new 5th-grade teacher, called the family to discuss Claire's needs.  She seemed annoyed by Claire's placement in her inclusion class and did not know about the bullying.

115.  In August, Danielle discussed the situation with Spaniolas via text and told her that Claire could not see P. any more because P. was going to be separated from Claire due to the "healthy separations" that Zito said he was putting in place.  Danielle told Spaniolas that Claire was bullied because she said she was gay.  Spaniolas said she knew and asked for Zito's email.

Fourth Grade:  A Summary

116.  In sum, Fourth Grade began with C.F.'s inappropriate comments in class and on the bus, which made Claire uncomfortable. Zito allegedly disciplined C.F., who continued the behavior on the bus on and off.   In January, behavioral counselors were "assigned" to the class, presumably by someone in the administration at Laddie Decker, however, the Dalys were not told who.  However, once Claire told her "friend" she was gay, the bullying changed in tenor and increased in frequency

and severity. Groups of girls began to harass Claire in regards to her sexuality and complain to the behavioral counselors about Claire.

117.    Claire held this in and told her mother just before Field Day because Danielle would have seen the social workers when she arrived the next day, so there was no point in hiding it anymore.  When the bullies, behavioral counselors, and Zito told the Dalys Claire could not hug anyone at school, Richard asked that a DASA complaint be filed.  Zito refused to file a complaint against himself and Farley and said he would only do so against A.M.  The Dalys later received a decision from Herrschaft stating that the allegations were unfounded but he did not interview the Dalys.  The Dalys responded by telling Zito and Farley that they were considering withdrawing Claire from the District and placing her elsewhere, but when asked to give the District another chance, along with an "open door" policy so that Claire could visit and get help whenever she needed, they decided to keep Claire in-district. No administrator or teacher, however, informed the Dalys of their rights under Title IX, or made a complaint themselves.

118.    Over ten complaints were made by Danielle and/or Richard Daly to the school regarding the sexual orientation discrimination and sexual harassment.  Three were made to Warren, one to board member Spaniolas, one to Werner and five to Zito. Five were made via email, the rest were either made verbally in-person or over the phone.

### *Fifth Grade*

119.  By September of the 2022-2023 school year, Claire was assigned to a fifth grade class with two teachers, Bray and Jordan Beth Fiore ("Fiore"). Claire had to leave school every Monday at 2:30 in order to get to therapy on time.

120.  Right from the start, the bullying began occurring on a daily basis.

121.  C.F., now a very large boy, would bite his lip in a sexualized manner, make depraved comments, and play inappropriate songs on the bus. C.F. was obsessed with all things sexual, especially homosexuality, and Claire. C.F.'s boy friend, K.J., cheered him on, and called Claire a "nerd".

122.  While they rode the bus to and from school, C.F. would take Claire's phone out of her hand and play sexual videos/songs on it. Claire would say, "Give me my phone! Stop it!" while trying not to get yelled at by the bus driver. Claire told Zito and Farley. They would say, "What did you do about it?" and she would tell them. Every day, C.F. would say, "Claire, watch (or listen) to this!" and repeat this behavior. Every day, Claire would report the sexual harassment and Zito and Farley would shrug their shoulders and say they "didn't know" what to do.

123.  C.F. told Claire she should look at websites such as sexytoes.com because "there was something funny there." Danielle told Claire she would not like what she saw, which made Claire upset. This was not one day but every day. C.F. played videos/audio of girls moaning while having sex and told Claire to watch and listen, all while she told him to stop it and said it made her uncomfortable.

124.  Claire had begun meeting with Zito in the morning whenever the bullies bothered her on the bus. Claire reported the bullying to him. Zito told Claire he was happy

Claire was reporting it to him right away as they had agreed upon over the summer. However, he did not advise Claire or the Dalys of their rights under Title IX nor did he file a complaint himself.

125.   A.M. told Claire, "You're ugly."

126.   One boy, C.V., called Claire a "motherfucker" every day. He also called her a "piece of shit", and "bitch" and told her, "You look like you got out of a coffin." C.V. said, "You should end your life.  It's pointless anyway."

127.   Another girl, G.L., told Claire's reading group that she was gay, asking, "Why aren't you straight and not curvy (gay)?" Claire responded, "that's just the way I feel". G.L. stated, "That's gross."  C.V. said, "So you only like girls?  That's disgusting.".

128.   During lunch,  G.L. would list in detail what she thought were Claire's flaws.

129.   C.V.'s friend, T.B., called Claire fat and ugly on a daily basis.

130.   Another girl, O.D., called Claire "bitch", and said, "boo hoo whore". O.D. chased Claire around the gym, told her she had to earn her spot at the lunch table, and then told her there was no room in their group at recess. O.D. started inviting Claire places in order to make fun of her. O.D. also called Claire "ugly". O.D. said Claire "had Covid and came to school with it" and "has rabies".

131.   A.W. told Claire she looked like she was pregnant because she was fat. A.W. told other children that Claire was going to be a mother soon because she had gotten her period.

132.   Most of these children were in Claire's class with Bray and Fiore.  The incidents occurred only a few feet away, and with two teachers, it is highly unlikely they did not notice what was going on. It also occurred at recess with two behavioral

therapists and lunch with three or four lunch aides present.  Security was also present.  However, lunch and recess staff usually stand and chat and does not pay attention to what is going on.

133.   Claire and Danielle offered to make rubber bracelets with the printed words "Daly Acts of Kindness" on them.  They also asked if the district would consider doing an assembly about bullying and kindness and they would pass the bracelets out to the children.  The district refused.

134.   On September 11, 2022 A.S., A.W., and H.M., cornered Claire at recess even though they had been instructed not to interact with her. This was observed by the lunch aides, Mrs. P., Ms. C and Ms. L (The aides did not tell the children their real names.).

135.   On September 12, 2022, Danielle spoke to Zito about the September 11 incident. He said he would remind the staff not to encourage interactions between the bullies and Claire.  Again, Zito failed to fill out a discrimination, harassment or Title IX complaint.

136.   On September 21, 2022, Bray and Fiore told the parents in the class that they were looking for "mystery readers" to read books to the fifth grade class.

137.   On September 22, 2022, A.T., A.M. and B.M., another boy, made fun of Claire's clothing on the bus.  Just as she had with C.F. and K.J., Claire reported the incident to Zito.

138.   Danielle also spoke to Zito about the incident. Zito responded that the kids involved were "good kids and not troublemakers", and that he felt it was an isolated incident. However, Zito did not fill out a complaint on Claire's behalf.

139.   At recess, O.D. ostracized Claire and mocked her hair, teeth and face. Bray, Tonso and Werner instructed O.D. to stay away, but O.D. continued to follow Claire around, harassing her, and told other children not to talk to Claire. Mrs. A, one of the lunch aides, saw this happen.  To the Daly's knowledge, staff never reported the conduct nor did they fill out a complaint on Claire's behalf.

140.   On November 27, 2022, Claire was added to a school Snapchat group. C.V. told her to "shut up, you retarted faggot". C.V. remarked that Claire looked like the boy character with the facial deformity from the book, "Wonder". Other children joined in.

141.   This was reported to the school.  The school failed to advise the Dalys of their rights, and did not fill out a Title IX or sexual harassment complaint himself.

142.   On November 28, 2022, Werner pulled Claire aside and said that "we don't say 'gay' here".

143.   When C.V. saw Claire at lunch, he told her how ugly she was and to "shut up and get the fuck out of his way". He also told Claire that a bunch of kids were going to gang up on her and "hunt" her. He told Claire that the other kids did not care about her.

144.   In December, 2022, Bray seated O.D. next to Claire. Claire repeatedly asked to have her seat changed. Bray said no. Bray later accused Claire of seeking out O.D., but the small classroom provided no way out for Claire, who would regularly pass by O.D.'s desk when she went to get her lunch, sharpen her pencil, or stand on line.

145.   To this point, Claire had been reporting C.F.'s daily sexual harassment to Zito right after she got off the bus. However, he never advised the family of their Title IX

rights, nor did he fill out a complaint himself in spite of the fact months had passed and the behaviors continued.  Nor, apparently, did he discipline C.F. or K.J.

146.    Danielle and Rich also met with Zito, and asked him about C.F., saying "Do we need to be concerned about this boy?  He lives up the block."  Zito responded, "No, he is just a knucklehead."

147.    Around this time, Zito left Laddie Decker on medical leave.  It is unknown whether Miller Place hired a principal to replace Zito from December through the end of January 2023.

148.    During December of 2022, Claire decided she would not go back to chorus due to the presence of O.D. and C.F.  Danielle spoke to Ms. Most about why Claire would not be coming back. Most said she was sad to see her go but understood completely. Claire never returned to chorus.

149.    On January 9, 2023, Richard wrote an email to Bray, Fiore and Farley, asking the school to separate O.D. and Claire. Richard told Bray that O.D. continued to make rude comments and gestures towards Claire. He asked that Claire be allowed to come to the main office and see Farley immediately when the bullying occurred in order to address it before things got worse—an arrangement Claire had been allowed with Zito but which Bray and Fiore terminated when Zito went out on medical leave.

150.    Richard reminded the school that, in exchange for the Dalys allowing Claire to stay in the school, the school had promised they would do their best to address any bullying immediately and to ensure that Claire was safe.  To the Daly's knowledge, neither Farley, Bray or Fiore offered to fill out a complaint on their behalf and no

such action was ever taken, nor did they inform the Dalys of their rights under Title IX.

151. On January 11, 2023, Danielle contacted Fiore to tell her that Claire had the flu and she would not be coming to school that day. Fiore told her to have Claire complete the work assigned in Google Classroom. When Claire could not get into the program, Danielle contacted Fiore to tell her. Fiore responded: "You have to be logged in". However, even though Danielle, Richard and Claire tried to get into the system, they were prevented from do so.

152. On January 27, 2023, Farley sent out an email stating that "due to extended medical leave of absence of Mr. Zito, beginning on Monday January 30, 2023, Mr. Tom Meehan will be joining us as interim administrator on a daily basis".

153. C.F. continued his daily harassment on the bus unabated, including moaning, showing Claire sexual videos, or making sexual comments. Danielle emailed Farley and Meehan. Meehan told Danielle, "Mrs. Daly, I'm a Grandfather and if anyone spoke to my Granddaughter like that, I'd kill him." Claire called Meehan "The Problem Solver", and reported the details to him. She said she didn't need C.F.'s sex education and he made her uncomfortable. In response, Meehan said he would have Nicole Lazar, one of the new "behavioral counselors" who replaced Werner in January 2023, walk her to the bus pick-up area and that C.F. would be receiving a punishment.

154. Around this time, Lexie saw C.F. staring at the rear ends of all little girls including 3rd graders, especially Claire's, when the students were boarding the bus.

155. On February 10, 2023, Claire came home to tell her mother that she had been "smacked" in the face by K.O. and O.D. at recess.

156. Miller Place has cameras trained on the playground areas in the schoolyard.

157. On February 13, 2023, Richard emailed Bray, telling her that Claire had told them about the incident on February 10, and that he and Danielle wanted to meet with her and Farley immediately. He stated that Claire had told them that she was told by Bray she would not be able to report it now, because "it had not been reported on Friday (February 10)."

158. On February 14, 2023, Farley responded by saying, "Please see the attached document", and enclosing a copy of Miller Place's DASA form. It was the first time the Dalys had been made aware of this document and that they could fill out the complaint themselves.

159. On February 14, 2023 Danielle called Farley to talk about the "smacking" incident. Farley told Danielle she had reviewed the camera footage of the incident, that K.O. had "wound up and smacked Claire in the face hard" and that it was okay because it was "Smack Your Friend in the Face Day".  In fact, **both** K.O. and O.D. had "wound up and smacked" Claire hard that day.

160. Claire began trying to deal with the problem with C.F. herself by telling him she would be his friend, and sitting near him on the bus.

161. But on February 16, 2023, C.F. again made inappropriate comments to Claire on the bus. C.F. was moaning in a sexual way. C.F. told Claire, "When you have sex, white cream comes out of the penis and into the vagina and that's what makes a girl pregnant."  C.F. played songs: "Dick in My Hand," "I Want His Dick in My Asshole",

and "Dick in a Box". He also told Claire, "When you get big you hit puberty and your boobs get bigger and boys' penises get longer." Claire told him, "I don't need your sex education!" C.F. played a YouTube video of a girl moaning. Claire told him to stop and told him it made her uncomfortable. He said, "It doesn't matter anyway, you are gay."

162.    G.C. said, "C.F. is right.  It doesn't matter because you are gay."  Claire stated, "It does though."  G.C. said, "No it doesn't, and you should just listen to us because we know best.  You know my Mom hates you and thinks you need to just suck it up."

163.    Later that day, Danielle contacted Farley to tell her that O.D. continued to follow Claire around even though Claire had asked O.D. to stop. Farley said she had been "in contact" with O.D. and her parents and would "monitor the situation closely".

164.    Danielle responded that C.F. had also said some very inappropriate things on the bus to Claire, and gave Farley the details.  Farley stated, "I will address this first thing tomorrow." Farley did not communicate to the Dalys about filling out a complaint.  Further, she did not advise the family of their rights under Title IX, or tell them to file a formal complaint using their own "Sexual Harassment" forms, even though Claire was clearly a victim of sexual harassment.

165.    At rehearsal later, Claire developed a bad headache and vomited.

166.    On February 17, 2023, Danielle emailed Farley and stated that, "I know these other kids are being spoken to but Claire is suffering, our family is suffering and it has been going on too long. We have been dealing with bullying issues since kindergarten with Claire. She leaves school to attend therapy every Monday due to bullying at school. She takes medication due to depression and difficulty sleeping

related to bullying at school. There is no end in sight here for her it just keeps getting worse. She did not want to go to chorus because of [C.F.] and [O.D.]. She is starting to not want to attend any school related functions at all. What is the plan? This isn't fair. Her education is suffering here. She is very distracted."

167.    In response, Farley stated that Meehan had already spoken to several students and their parents as well as meted out the "appropriate discipline". She further stated that C.F. had not been in school, but that he would "be addressed" when he returned from break. Finally, she said Lazar would be reaching out to Danielle to discuss the "appropriate strategies" for O.D., G.L. and Claire separately.

168.    For a day or two, whenever Claire saw C.F. in the hallway, Meehan was with him. Once, when C.F. was accompanying Meehan in the hallway, he saw Claire and lunged towards her.  Meehan had to hold him back.

169.    However, Meehan did not put C.F. on a different bus.  Instead, the bus driver assigned seats, putting C.F. in the front and Claire in the rear of the bus. However, C.F. still turned around in his seat and stared at Claire. C.F. forwarded inappropriate texts to B.T., another of C.F.'s boy friends who sat with him on the bus, to get him to communicate with Claire on his behalf.

170.    While Zito was out on medical leave, the Dalys asked that Claire's classroom be changed so that Claire would be separated from the classroom bullies. Farley told the Dalys that she would discuss this with Zito when he returned.

171.    While Zito was out on medical leave, the children who the previous year had started negatively commenting about Claire's sexual orientation during class and which ramped up during the Fall of 2022, began to do so on a daily basis.  Claire would

ask to see Farley or Meehan nine to ten times a day and was told to "sit down" each time.  Once, Claire asked Bray if she could file a DASA form for her because O.D.'s behavior was so bad she needed her seat moved.  Bray told her she would not as O.D.'s behavior did not constitute bullying.

172.  Bray addressed this and G.L.'s comment asking her why she wasn't "straight and not curvy (gay)", by telling the bullies during class that it wasn't okay to talk about someone's sexual orientation that way.  However, she then pulled Claire out into the hallway and told her that now that it was addressed, Claire could not say anything about her sexual orientation, even though Claire had seen heterosexual students holding hands during recess, and identified themselves as "boyfriend/girlfriend". G.L. and C.V. were given two behavior checks each.

173.  In March of 2023, Zito returned from medical leave. Richard Daly, who is director of Advanced Clinical Providers at Mather Memorial Hospital, stated that if Zito ever needed any help with anything when he was in the hospital, he could contact him. Zito responded that he hoped he "wouldn't need that kind of help again".

174.  At this point, the teachers were informed that Claire should once again be allowed to come to Zito's office if there were any problems. However, Bray and Fiore continued to deny Claire access to the principal even though Claire never stopped asking to go and see the administrators.

175.  When Claire reported that A.W. was being mean to her, Bray said she would speak to A.W. When she returned from speaking with A.W., however, Bray told Claire that she was lying and that she did not believe her.  To Richard and Danielle's

knowledge, this was never reported to Zito nor were the Dalys aware of any complaint Bray filed on their behalf.

176.    On March 3, 2023, Danielle received a call from Nurse Killeen requesting that she come pick Claire up from school. Claire was panicking and crying. She told Danielle that when the music class was required to line up Claire attempted to avoid O.D., who was in the class. However, O.D. began to yell at Claire to get in line and the other children joined in.

177.    Upon reporting this, Richard and Danielle were told by Zito and Farley that they had "done all they can" and that the family should understand that there will be "difficult people in the workplace". Danielle responded that, "If someone was slapped in the workplace the violent person would be fired".

178.    When O.D. and her friends were discussing someone's sexuality at the lunch table, Claire stated that she was gay.  O.D. said "That's disgusting".  Claire figured she wouldn't bother reporting it because no one was doing anything and everyone hated her anyway.  O.D. and her friends ostracized Claire in the lunch room.

179.    On March 6, 2023, Danielle sent an email to Bray and Fiore that she would like to be a "mystery reader". The teachers never responded to her email.  Claire asked Bray five times when Danielle was coming to school to read because all of the other parents that wanted to had already done it.  Bray refused to answer.

180.    On March 13, 2023, O.D. chased Claire during gym, calling her a "loser and a cheater". Patrick Schultz ("Schultz"), the gym teacher, responded by saying "I know you're not a loser and a cheater" but failed to discipline O.D.  Danielle instructed Claire to draw attention to the ongoing bullying in gym class by yelling loudly

whenever O.D. was bothering her. Bray threatened Claire with double behavior points and a phone call home if she ever did it again.  To the Daly's knowledge, however, neither Bray nor Schultz ever reported the conduct nor did they fill out a complaint on Claire's behalf.  Instead, Schultz told her to "suck it up".

181.    Farley and Lazar then called Danielle at home. Danielle told them that Bray calling Claire a liar did not help the situation, that Claire has told many people she does not feel safe and that threatening her when she is being abused is ridiculous.  Farley did not offer to reproach Bray nor did she apparently file a complaint on the Daly's behalf.

182.    On or about March 13, 2023, Claire began to eat alone because no matter where she sat she was told to move to the allergy table. Claire was denied permission to bring a book to lunch. This was reported to Zito, who stated he would look into it. Zito did not fill out a complaint on Claire's behalf.

183.    One time Claire tried to go to the behavioral counselors' offices so she would not have to eat alone. Lazar and Tonso, who were eating lunch with Maxx Vogelsberg, the music teacher, told Claire she cannot just "barge in" and immediately sent her back to the allergy table.

184.    During the time Zito was on leave, while the students were waiting on line for the bus, C.F. would wait for Claire and whisper inappropriate comments and blow in her ear.  For this reason, Lazar continued to accompany Claire to the bus pick-up area.

185.    On March 11, 2023, C.F. forwarded all texts between himself and Claire to B.T., in an attempt to humiliate Claire. When Lazar saw the texts on C.F.'s phone, she

immediately seized the phone and deleted them.  To the Daly's knowledge, however, Lazar did not report the conduct to Zito or fill out a complaint.  No mention was made of Title IX or the district's sexual harassment forms.

186.  On March 14, 2023, Richard emailed Zito and Farley requesting an in-person meeting regarding the bullying at lunch. Zito agreed to meet in person. At this point, a "color system" was set up to address the bullying issues Claire was having with the other children, with "red" being a really big deal, "yellow" a moderately big deal and "green" being no big deal.  They also agreed to move her lunch period, which was Tonso's idea, because Claire's lunchtime visits were annoying her.

187.  On March 16, 2023, C.F. stalked Claire around the bus until he was told by the bus driver he must remain in his assigned seat in the front of the bus.  He then texted B.T. that Claire is a "bitch" and is "too white" and "ugly". Danielle sent an email to the behavioral counselors documenting this, but to the Daly's knowledge this was not reported to Zito nor did they fill out a complaint for the family.

188.  On March 17, 2023, O.D. chased Claire around the gym. When Claire reported this to Farley as a "red" issue, Farley told her it was "green". O.D. said that Claire was "gross", "disgusting" and "weird", which Claire reported as "yellow". Farley told Claire it was "green".  Upon information and belief, Farley did not report the conduct nor did she fill out a complaint.

189.  For about a month, the bullies at the school were harassing Claire, saying that no one wanted the "Claire Touch".  The "Claire Touch" was supposed to mean that if Claire touched you, you would turn gay. On March 24, 2023, Danielle emailed Tonso, telling her Claire was upset about it. Tonso said she'd follow up with Claire.

Danielle also called Farley, who said, "That is awful.".  Farley spoke to the bullies, and the conversation about the "Claire Touch" stopped immediately.

190.    During this time, G.L. found and gave out Claire's TikTok account information to C.V. and A.W. Claire used the otherwise dormant account during the pandemic to practice musical theater performances. The children harassed Claire, tagging other children telephone-like, who then also harassed Claire all day. C.V. called her performance in one of the videos "poopy" and called her a "nerd".

191.    Claire went along with Farley, who said the behavior by the bullies on social media was "green" because "Mrs. Farley always said all of the incidents were 'green' ". Danielle reported this to the school via a phone call the morning of March 28, 2023. Farley apparently did not report the misconduct or fill out a complaint on the family's behalf.

192.    On March 28, 2023, C.V. and G.L. were bullying Claire during art class by calling Claire a "fat pig". Farley said the incident was "yellow" and Claire said it was "orange". Claire became sick, had diarrhea, and was sent home by Nurse Killeen for two days as per school policy.  To the Daly's knowledge, Farley did not fill out a complaint.

193.    Before she left school Claire asked Fiore for the homework for the next two days. Fiore told her, "I don't have a crystal ball".  She said she would send the homework home with Lexie. She never sent the homework.

194.    On or about late March-early April of 2023, G.L. said,"Watch this!" to A.W. and A.G.  G.L. kicked Claire in the back.  This occurred during gym class. Claire tried to

go to Zito's office but Schultz said she could not. Schultz apparently did not report the conduct nor did he fill out a complaint.

195. When contacting Zito's office later that day, Danielle stated, "We are not playing around anymore. According to DASA all the cyberbullying she endured qualified for forms filed, all the sexual harassment on the bus and via text, all the smacking at recess, all the verbal harassment, being called a "fat pig" qualifies under weight and all the comments about her sexuality qualifies 10,000 times over. It stated all these things right in her agenda. Mr. Daly and myself will not sit idly by while Claire continues to be abused and staff continues to make snarky comments. It's time to take action against everyone of these kids harassing her. Please be in touch with us immediately. She cannot return as it is absolutely NOT safe there at this point. Please let us know what your plan is now." Zito, clearly responsible under the district's policy as principal for sexual harassment complaints, did not respond, nor did he advise regarding Claire's rights to file a formal complaint under Title IX.

196. Farley called Claire down to her office to speak with her about G.L. Farley stated that G.L. could not have made those statements because G.L. had been with her when the alleged statement was made. Claire stated that this was not true, that the comment was made during snack time. Farley refused to listen. Farley also stated that G.L. could not have kicked Claire in the back during gym because Lazar went down to the gym and Zito had also stopped in.

197. Lazar and Zito had indeed stopped by; they just were not in the gym when the attack took place. What Farley, and G.L., were unaware of was that Tonso was in the gym and saw the attack.

198.   After this conversation with Farley, in which Farley for all practical purposes called Claire a liar, Claire became so anxious she stood in the hallway, held her head and yelled, "Why won't anyone listen to me?"  Danielle had to pick her up and take her straight to the therapist in order to calm her down.

199.   Still, the Dalys never heard anything about Farley filing any type of bullying complaint.

200.   At the same time, while riding the bus, G.C. and C.F. told Claire "Rape Day is coming April 24".  They elaborated:  "It's a TikTok joke but not really.  You'd better be careful!"  This made Claire very nervous.  G.C. and C.F. kept saying this to Claire every day until April 24.  Claire told Zito and Farley about this.

201.   During art class, C.V. and G.L. discussed how they thought Claire was a terrible singer and actor and she should just quit. They told Claire that the videos on her TikTok were "trending around the school now". When reported to Bray, Bray reprimanded Claire for "telling", gave Claire a behavior check point, and told Claire not to use the "filthy word 'bullying' " because this "wasn't something that happened over and over again".  However, for the fourth time, Bray apparently did not fill out a complaint on Claire's behalf.

202.   During spring break, after Danielle, an adult, posted a bullying social awareness video on her own TikTok account, C.V. found the account and contacted her, telling her she could "PM" him to "find out why they were bullying Claire". Danielle responded publicly that Claire did not appreciate being called names, being teased in art class, being told to give up singing, and being called an "effing retart".

203. C.V. retorted that the only reason he followed Claire to the bathroom, and was banging on the door when Claire was inside, was because Claire took too long in the bathroom.  C.V. stated that he was annoyed with the fact a DASA complaint had been filed against him by Danielle. Danielle took screenshots of the comments C.V. had made and reported it to the school. Again, no one responded to the retaliation nor were the Dalys aware of any DASA complaint filing or any investigation.

204. A second call was made to speak to Farley about the school sending Claire home due to her diarrhea. Danielle pointed out that Claire was having anxiety due to the bullying, not an illness. Danielle also spoke to Farley about the issues with G.L. in art class. Although they had a conversation about punishing the bullies, no update was ever given.

205. On April 11, 2023, Danielle filed eight complaints with Zito on the "Student Harassment and Bullying" Form, as he was the DASA building coordinator.

206. The first DASA complaint was in regards to the November 27, 2022 snapchat conversation with C.V. where he called Claire a "fucking retart" and told her she looked like the boy in "Wonder" with facial deformities.

207. The second DASA complaint was in regards to the smacking incident of February 12, 2023, involving K.O. and O.D.

208. The third DASA complaint was in regards to C.F.'s myriad comments on the bus on February 16, 2023.

209. The fourth DASA complaint was in regards to C.F.'s following Claire on the bus, C.F.'s forwarding of texts between him and Claire, and texting B.T. and calling Claire "too white" "a bitch" and "ugly" on March 11, 2023.

210. The fifth DASA complaint was in regards to G.L.'s comments about Claire's sexuality, and about G.L. kicking Claire in gym class, which occurred on April 5, 2023.

211. The sixth DASA complaint was in regards to A.W., O.D., and S.L.'s behavior ostracizing Claire at lunch on March 13, 2023 and O.D.'s mouthing of the words "You're a fat pig."

212. The seventh DASA complaint was in reference to A.W., G.L. and C.V.'s comments on Claire's TikTok on March 28, 2023.

213. The eighth DASA complaint was about specific ongoing comments made about Claire's sexuality by C.V. and G.L.

214. On April 12, 2023, Danielle wrote to Zito: "Due to all the episodes of bullying and assault we do not feel safe with Claire at school. We would like her placed with a 1:1 so there are no questions of what is happening to her. There seems to always an incident every day where she is being mentally and physically abused at school. A 1:1 should stop that from occurring. Please advise."  Once again, Zito did not respond.

215. On April 13, 2023, G.L. referred to Claire as a "Teletubby" during snack. When Claire went to the bathroom, C.V. again followed her, banging on the door while she was inside. When Claire complained to Lazar, she stated, "Come on, it isn't that big of a deal is it?" Claire then attempted to go to the principal's office by using her pass but Zito was not there, so she went to the nurse's office, and had a panic attack. Claire called Danielle who told her to use her pass to go to Farley, and that Richard would call the school because she was heading out of town. Danielle emailed Zito to

inform him of the above events. Zito did not file any complaint. Neither did Lazar. Bray, who had to have seen the behavior since the students use the bathroom located in her classroom, did not do anything.

216. On April 14, 2023, Claire said she did not want to participate in the school musical because the bullies, including A.S., would be involved. Farley spoke to Claire in her office and told her that "it isn't fair to us if you don't do the musical". Claire told Farley she didn't want to feel uncomfortable. Together, they called Danielle. Farley said she was "strongly encouraging [Claire to audition]. *She has to audition.*"

217. Claire reluctantly attended play rehearsal where she was subjected to more abusive comments. After Danielle came to pick her up from practice, on the way out, O.D. said, "Break a leg Claire or don't." Claire said goodbye to five different children, all of whom ignored her.

218. On Monday, April 17, 2023, Farley, with a reluctant Claire by her side, called Danielle from school and told her that Claire needed to skip therapy and attend play rehearsal. Danielle told Farley that Claire cannot miss her weekly therapy appointment to attend play rehearsal. Farley said, "She can skip today!" but Danielle told her no. The drama teacher then called Danielle to chastise her. Danielle told her that Farley had pressured Claire, and that she did not want to be in the musical.

219. That same day, Claire was playing basketball at lunch recess when C.F. started chasing her around, taking basketballs and throwing them at her feet in an attempt to trip her. Even though the school had moved her lunch period away from the girls who were ostracizing her, they had put her in the same lunch period with C.F.

220. Claire ran to the principal's office and brought Zito back out with her. When Zito arrived, C.F. had stopped doing this and was not looking in Claire's direction.

221. Zito later said that C.F. had done nothing wrong. Claire told Danielle, "They are trying to make me think I'm crazy. They act like none of this ever happened."

222. There are multiple cameras in the schoolyard which could easily have been reviewed. Zito failed to file a sexual harassment complaint or advise the family of their Title IX or rights as per school policy 9010.2.

223. Sometime in April, Claire was sitting in the back of the bus in her assigned seat, with her back against the window and her knees against her chest, when C.F. suddenly appeared, grabbed Claire by her thighs, pulling her down the seat and onto his lap. He then tried to kiss her. Lexie witnessed this behavior. It only stopped after Claire was able to fight C.F. off.

224. Regarding lunch, after Claire's lunch was switched, Tonso and Lazar suggested Claire sit with a girl who told Claire "the proper way" to cut her wrists and exhibited visible scars. Danielle complained to the school that this other girl needed help and Claire should not be sitting with her.

225. Sometime in mid-April 2023, the family received the decision letter from Zito in regards to their eight DASA complaints. The letter was dated April 12, 2023. Zito found in the family's favor on most of the allegations in the eight DASA complaints. Zito claimed the school had interviewed Claire, the alleged offender, and "applicable witnesses". It stated that all founded complaints were "addressed at the building level, and in accordance with the Code of Conduct". However, it gave few details as to fact finding, witness credibility, or *how* the transgressions were "addressed at the

building level". The letter did not outline all of the conduct that the Dalys complained of, choosing to address only certain parts of the eight written complaints.

226.   In regards to the first complaint against C.V., the letter stated that his conduct from November 27, 2022, including the comment C.V. made about Claire "looking like August in Wonder", and the comment "Shut up you retarted faggot" "<u>does</u> constitute bullying and/or harassment under District policy". Nothing was said about how the decision was arrived at or how C.V.'s misconduct was addressed.

227.   In regards to the second complaint, the letter states, confusingly, that the smacking incident of February 12, "does not constitute bullying", however "it does violate the District Code of Conduct and was addressed at the building level". Zito did not elaborate how both could be simultaneously true or how the two girls were disciplined.

228.   In regards to the third complaint, involving C.F.'s "playing of inappropriate song lyrics, engaging in sexually inappropriate conversation" and saying "it doesn't matter, you are gay anyway", on the bus, Zito found that the conduct "<u>does</u> constitute bullying".

229.   In regards to the fourth complaint, "C.F. texting to another peer that Claire is too white, a bitch and ugly", Zito found that the conduct "<u>does </u>constitute bullying". Zito did not address the texts which were forwarded to B.T., or how C.F.'s poor conduct was addressed in regards to the inappropriate comments.

230.   In regards to the fifth complaint, involving G.L.'s kicking Claire on the back on April 5, 2023, Zito wrote, "the action of G.L. is unfounded". No further information or

clarification was given. Zito chose not to address the comments G.L. made about Claire's sexuality.

231. In regards to the sixth complaint, regarding the lunchtime bullying by A.W., G.L. and O.D. on March 13, 2023, Zito wrote that the conduct "does not constitute bullying …. The conduct was unfounded". Zito did not address the fact that the behavioral counselors sent Claire back to eat lunch alone after Claire visited them or the fact Claire had been eating lunch alone all week, even though Danielle complained about this as well.

232. In regards to the seventh complaint, regarding C.V., A.W., and G.L.'s conduct on March 28, 2023, "a discussion of Claire's TikTok account that had been dormant and using that information to humiliate her", Zito found that the conduct by C.V. and G.L. "does constitute bullying". He stated that the complaint against A.W. was unfounded, although he did not say why. No more was said about how the other two children were disciplined.

233. In regards to the eighth complaint, regarding C.V. and G.L.'s comments about Claire's sexuality, Zito stated that G.L.'s conduct "does constitute bullying". He also said that the complaint against C.V. was unfounded. He did not mention what kind of punishment G.L. received nor did he say how he arrived at the decision regarding C.V.'s innocence, particularly since the conduct was ongoing.

234. Zito did not recommend any further remedial or supportive measures, such as a safety plan, separation, an escort, or tutoring, in spite of the fact that the "Student Harassment and Bullying Prevention Intervention" Policy 5020.5 states that victims should be accommodated if the investigator finds that the charges are founded, and

Title IX requires "supportive measures".  In fact Policy 5020.5 has a comprehensive list of such measures.

235.  By April 18, 2023, C.V. had shared Claire's TikTok videos with everyone in school. Not understanding musical theater, Claire was now being mocked every day. Even children she did not know were making mean comments and kicking her in the back, as she walked by. Danielle suggested again that they move Claire to a different classroom, as the bullies and Claire continued to attend all regular and special classes, such as gym, recess, art, library, together.  Zito told her, "We don't do that", implying that the bullies had more rights than Claire had. He did not mention filing a complaint nor does it seem any was filed and did not advise of Title IX rights even though separating victim and bully is required under the regulations.

236.  On April 18, 2023, Nurse Killeen called Danielle to tell her that Claire told her she was dizzy and her legs were wobbly and she felt like she was going to faint. Danielle went to the school to pick up Claire.

237.  That same day, Lazar searched Claire's backpack. Danielle called Lazar while she was still with Claire. Lazar denied it, asking Claire, "I didn't search your backpack, did I?"  Claire was quiet but eventually said no, and asked Lazar, "Can I go now?"

238.  When she got home Claire told Danielle that Lazar was mouthing "say no", and "waving at me and giving me dirty looks and there was nothing I could do about it". She also told Danielle, "No one believes me any more".

239.  Later, Danielle noticed that Lazar had been following Danielle on her social media account.

240.  On April 21, 2023, Danielle suddenly received an email from Bray regarding the mystery reader email inquiry she had sent March 6, 2023. Bray stated that Danielle could come in next week, knowing she and Claire were going to be out of school for regional theater rehearsals for two weeks.

241.  On April 24, 2023, Richard Daly wrote to Zito and told him that G.L. was complaining that Danielle had filed a DASA form against her and that they were concerned about confidentiality.  In addition, he informed Zito that C.V. was continuing to contact Danielle and making inappropriate comments on her TikTok. Richard said that they would be appealing the findings on the smacking incident with K.O. and O.D. and asked for a copy of the video which Farley had referred to when speaking with Danielle earlier.  Zito did not respond or apparently file any complaint.

242.  On April 27, 2023, Claire wrote in her "daily report" for Bray's class that C.V. was continuing to "cuss" and say mean things to her in gym class. She stated that the gym teacher "refused to move her". There was no follow-up by the teachers or administration, nor, apparently, did Bray or Schultz see fit to report the incident or file a complaint on Claire's behalf.

243.  On April 30, 2023, Claire had her last day of in-person instruction.

244.  From May 1 through May 19 she acted in a regional theater production and was privately tutored while she was on site. Claire never returned to Laddie Decker.

245.  During this time, Lexie was on the bus when CF and KJ discussed CF's wanting to send Claire "dick pics".  KJ told CF not to do that because he'd get in trouble.

246. On May 5, 2023, as instructed by Zito's letter of April 12, 2023, which did not outline any right to a hearing, the Dalys appealed the "unfounded" determinations on the eight harassment and bullying complaints to Lipshie, now the superintendent of Miller Place.

247. The appeal recited that during the first conversation Danielle had with Farley, Farley stated that K.O. had "would up and smacked Claire hard" and that Farley saw this when she "reviewed the videotapes". Yet now Farley claimed that there were no videotapes and the student involved was "not Claire"

248. The appeal also pointed out that Zito's statement that the students had been "separated within the classroom" from Claire was false, as the students were still in the same classes, both regular and special, and attended the same extra-curriculars, and yet the bullying continued on a daily basis.

249. In early May of 2023, Claire's pediatrician, Dr. Wolf, and Claire's therapist, Alyssa Knott, wrote letters to the school urging them to allow Claire to go out on home bound instruction due to her anxiety and depression over the bullying. On May 23, 2023, the school sent Krista Abbriano ("Abbriano"), a 5th grade teacher, to do Zoom tutoring with Claire until the issues with the school were resolved.

250. Now that Lexie was attending Laddie Decker without Claire, almost immediately, Lazar began to question Lexie regarding her sister's whereabouts and her state of health.

251. On or about May 25, 2023, A.W. somehow found out Claire's performance schedule and began texting Claire right before it was time for her to perform. The text said,

"When are you coming back to school"?  When Claire asked, "Who is this?", A.W. said, "Your Mom".

252. Per 8 NYCRR §175.21, an elementary school student must receive five hours of tutoring per week, one hour per day is recommended.  Claire only received three hours per week.

253. After Claire left C.F. asked Lexie questions about Claire.  He asked questions like "where is she going" "what is her number" "what does she do for fun".  He told Lexie he wanted to "track Claire and see where she was".

254. On May 27, 2023, C.F. began stalking Claire at home, riding his bike back and forth repeatedly in front of her house, which is on a heavily wooded and sparsely populated street, often with his phone in his hand. This behavior often went on during tutoring hours.   Claire notified Ms. Abbriano, her home tutor via Zoom, that she was on home tutoring because of bullying and during her three hours of home instruction they provided her weekly, C.F. would get off the bus and the stalking would start, causing Claire to become upset and unfocused.

255. C.F. sometimes stares at Claire and/or the Dalys for long periods of time and sometimes calls out to Claire. This behavior continues unabated to this day.

256. On May 29, 2023, Danielle Daly reported that several students were making unwanted contact with Claire at home.  She attached the text from A.W.  She also told Zito that C.F. had followed their car when she was pulling into their driveway and was circling the block even though he lived on another street.  Zito failed to file a complaint or advise the Dalys of their rights under Title IX's sexual harassment provisions, as well as the school's own.

257.    In June of 2023, Danielle complained to Zito in regards to C.F.'s continued stalking of Claire. Zito failed to file a complaint or advise the family of their rights under Title IX.

258.    On June 6, 2023, Danielle Daly and Claire met with Herrschaft to do "an investigation" into the bullying incidents mentioned in their DASA appeal. Danielle reported C.F.'s stalking, and rather than filing a DASA complaint himself, Herrschaft told her to "call the police".

259.    Danielle also reported C.F.'s attack on the bus in April.  In response, Herrschaft said, "Don't bother filling out a DASA complaint.  It will just be unfounded because we don't have cameras on the bus.". When Danielle responded that Claire's friend, H.S., was able to view the bus video when an incident occurred on the bus which involved an injury to H.S., as per H.S.'s mother, Herrschaft did not respond.

260.    As a mandated reporter, Herrschaft was bound to report this behavior to the police himself, and to Child Protective Services.  It is not known whether this was done.

261.    Soon after, Herrschaft went to Laddie Decker.  He asked Lexie questions in regards to Claire's whereabouts. Lexie told him Claire was not coming back to Laddie Decker.  However, Herrschaft never asked Lexie, who witnessed the attack by C.F. on Claire, anything about what happened that day.

262.    The Dalys later received a letter dated June 7, 2023 from Zito in regards to the complaint Danielle made to Herrschaft about C.F. sexually assaulting Claire on the bus.  Zito's decision read: "I find such action of (C.F.) is unfounded".  No Title IX rights were relayed.  Zito is also a mandated reporter, but it is unknown whether C.F.'s conduct was reported to the police or CPS.

263. On June 9, 2023, Claire tried to hide from C.F. after she saw him riding by on his bike. On June 10, 2023, C.F. circled Claire's block for an hour. By this point, Claire learned to run and hide in the basement whenever he came by.

264. On June 15, 2023, Danielle filed a police report in regards to C.F.'s continuous presence near their house. Still, C.F. continued to ride his bike back and forth in front of their home. On one occasion he stopped bicycling to stare at Danielle and Lexie who were wearing bathing suits.

265. In July 2023, the Dalys took a vacation to Florida. Claire was unable to enjoy herself as usual and was withdrawn and depressed.

266. In late July 2023, the Dalys received a letter from Herrschaft dated July 27, 2023, in regards to their DASA appeals. Herrschaft stated that he had investigated and spoken with all the students in question, including Claire. In summary, he upheld Zito's determination that five incidents were "founded". Herrschaft upheld Zito's determination that the complaints against K.O., G.L., A.W., O.D., S.D. and C.V. were unfounded and did not constitute bullying or harassment. However, he did not go into detail on each one, choosing to address only a few of them.

267. Shockingly, Herrschaft noted, "While it is acknowledged that (K.O.) smacked Claire in the face and O.D. tapped Claire on the chin on February 12, 2023, the context of such incident and the intent behind same are notable. Specifically, it was determined that there was no intent by either student to cause physical or emotional harm to Claire, as the students were following an (albeit inappropriate) social media trend of 'slap your friend day'. I have determined that there was no discussion, calculated plan or intent between (K.O.) and (O.D.) prior to the incident

occurring, and instead it was a spur of the moment incident that followed the aforementioned social media trend."

268. Herrschaft went on, "With regard to the exclusion portion of this allegation, it is notable that on March 13, 2023, due to prior issues between Claire and (O.D.), both students were directed to remain apart by Building Administration, and therefore Claire never should have attempted to sit at the table (O.D.) was already sitting at, nor did (O.D.) engage in any misconduct by adhering to this directive." He then claimed that Claire had changed her story in regards to whether the "fat pig" comment was "mouthed" and instead said that O.D. had "yelled it across the cafeteria". He stated that "no one" had heard this occur, and therefore he had made a "credibility determination" that this had not occurred.

269. This is false. Claire did not change her story.

270. In regards to the comments about Claire's sexuality made by G.L. and C.V., Herrschaft stated that Claire had retracted her story and although she had originally said C.V. was the one who had made the comments, she later changed this to say that G.L. had done so. He also stated that "applicable witnesses" had said G.L. had made the statements. Therefore, he upheld Zito's determination that C.V. did not bully Claire.

271. This was also false. Claire did not retract her story.

272. On August 6, 2023, in the late afternoon, C.F. was stalking the Daly household and insulting Claire. The Dalys called the police again. Soon after, C.F.'s father went berserk, coming by the Daly's home, and angrily confronting them in the street at the edge of their property. C.F.'s father urged Richard to come to the middle of the

street and fight.  The unhinged rampage went on in both English and Italian for several minutes; he repeatedly referred to the diminutive Danielle as a "fucking cunt". The police were immediately called. Claire and Lexie were hysterical.

273. The family told C.F.'s father that C.F. had been sexually bullying Claire at school for years and that he should look at the DASA complaint they had filed. C.F.'s father was stunned; it appeared that this was the first time he had been informed by anybody that his son had a long history of sexually inappropriate behavior.  When the police arrived, the Dalys showed them the letter showing the founded decisions by Zito.  The police officers stated they were going to C.F.'s house afterwards.

274. The school abdicated its responsibility to its students and to the community which supported it; that job now fell to the police. For a few weeks, C.F. stopped coming around the house.

Fifth Grade:  A Summary

275. To sum up, Fifth Grade was devastating to Claire because the bullying took two forms: sexual harassment and sexual orientation discrimination. She had no friends left. It was also terrible letdown for the Dalys in regards to the way the District handled the bullying.  C.F. began the sexual harassment on an every day basis right right from the beginning, culminating in the attack in April, and continued the entire year until Claire left the District.

276. Although Zito met with Claire when she got off the bus every day in the Fall of 2023, and was told about the bullying, and in addition, was told three times about the sexual orientation and related bullying by the group, he never advised her or her family of their Title IX rights or filed a complaint on Claire's behalf.

277.    The whispers about Claire's sexuality kept getting louder and more frequent—something Bray could not have ignored.  Once Zito went out on medical leave, this threw fuel on the fire, as no one even listened any more.

278.    Claire's teacher, Bray, failed to respond to numerous daily requests to visit the main office, and when asked to file a DASA complaint, told Claire she was not being bullied.  This back and forth continued for months.

279.    Werner, one of the behavioral counselors, told her she could not say "gay" at school.

280.    In February, after she had reviewed the video, Farley told Danielle that K.O. had smacked Claire in the face but that it was okay because it was "smack your friend in the face day".  She did not acknowledge that O.D. had done the same thing.

281.    C.F.'s inappropriate comments became more inappropriate and culminated in him showing Claire x-rated videos and websites such as "sexytoes.com".

282.    Meehan came in for a couple of months and managed to keep C.F. under control for a short time while at school but still allowed the kids to be on the same bus, where the bullying continued in spite of assigned seats.

283.    Meanwhile, the sexual orientation bullying by the other kids had become an everyday occurrence.  When Bray went to address this, she told the class publicly that it was wrong to talk about someone's sexual orientation that way, but in private she told Claire that she was expected to stop talking about her sexuality at school.  Bray did not file a Title IX or DASA complaint in regards to this behavior.

284.    In March, the Dalys wrote to Farley to ask that Claire's classroom be changed.  This was never addressed.  After Zito returned from medical leave, he threw up his

hands.  Because of this, Claire decided to drop out of chorus because C.F. and O.D. were in chorus with her.

285.  C.F. was still harassing Claire while waiting for the bus and on the bus, by forwarding texts to B.T., and on March 11, 2023 Lazar took C.F.'s phone and deleted the texts and started walking Claire to the bus. On March 16, 2023 C.F. stalked Claire around the bus and called her a "bitch", which was reported to Lazar and Tonso, who did nothing to inform the family about their rights under Title IX. Finally, G.C. and C.F. frightened Claire by talking about "Rape Day" and to "watch out".  In fact, this warning, and Claire's fear that C.F. would come to her house, actually came true.

286.  For a month, some of the children had been talking about giving each other the "Claire touch" which Farley addressed effectively by speaking to the kids about it. The administrators then began to gaslight Claire. When G.L. kicked Claire in gym class, Farley denied it happened even though Tonso was there when it happened and she was not.  Bray ignored the classroom behaviors in front of her face, including C.V. banging on the classroom's bathroom door when Claire was inside. When C.F. tried to trip Claire at recess, Zito refused to review the camera footage and instead simply believed C.F.

287.  Richard and Danielle's complaints to Zito went unanswered until they finally filed eight DASA complaints on April 11, 2023, five of them naming sexual harassment and/or sexual orientation bullying.

288.  On April 12, 2023 Danielle asked Zito for a 1:1 aide, which he did not address Finally, C.F. attacked Claire on the bus, in full view of her younger sister.

289. The only true separation the school did was to separate Claire from the other girls at lunch because it bothered the behavioral counselors when she came to their office instead of trying to eat lunch alone. However, Tonso and Lazar put her at a table with a girl who not only knew the "proper" way to cut one's wrists but had visible scars from it. They also put her in the same lunch period with C.F., even though there are at least four scheduled lunch periods.

290. When the Daly's received Zito's decision on the DASA complaints, including the sexual harassment by C.F. and the ongoing sexual orientation comments by G.L. and C.V. and C.V.'s comment that she was a "retarted faggot", he found in Claire's favor on all of them except for C.V.'s ongoing sexual orientation bullying. That said, nothing more was said about how he arrived at those decisions, who was interviewed, what they said, and whether any punishment was meted out. No supportive measures were addressed.

291. On April 18, the Dalys asked again that Claire's classroom be changed and Zito responded, "We don't do that". They also asked to see the video of the smack and were told there was none.

292. Lazar searched Claire's backpack and followed Danielle on social media. Claire had her last day of instruction on April 30, 2023. As soon as Claire was gone, C.F., Herrschaft and Lazar started asking Lexie where Claire was. C.F. also began stalking Claire at home, behavior which continues to this day.

293. At this point, Claire's parents appealed the unfounded portions of the DASA complaint to the Herrschaft, the district DASA coordinator, who did his own "investigation", interviewing Claire in person. During this interview, Danielle

reported the assault by C.F., which Herrschaft told her would be unfounded.   They also reported the stalking, and Herrschaft told Danielle to "call the police".

294.   In June the Dalys received the decision from Zito on C.F.'s sexual assault on the bus, which stated it was unfounded. Soon after, Danielle did make a police report regarding the continued stalking.  Upon information and belief, the school never reported any of C.F.'s behavior to the police.

295.   The Dalys received the appeal determination by Herrschaft in July.  Herrschaft upheld all Zito's founded determinations, but said that the behavior by K.O. in regards to the smack was to be forgiven because it was 'smack your friend in the face day".  He then proceeded to say that Claire had changed her story in regards to two of the allegations, including the ongoing sexual orientation bullying by C.V. and G.L. which was completely false.

296.   The year culminated, disturbingly, with a showdown at the Daly's home with C.F.'s father angrily confronting the Dalys by challenging Richard to a street fight.  When he was shown the DASA findings, and the police were called, C.F. stopped coming around the Daly's house for a few weeks.

297.   Due to the severe and pervasive bullying, Claire did not get to attend her Moving Up Ceremony, the school musical, chorus and band concert because she felt unsafe.

298.   Despite their statement in 5250.5 that discrimination is "condemned" and that Miller Place would enforce rules "strictly", this was not done, beginning with the obfuscation of Title IX district policies themselves.

299.   Indeed there was always one adult present when the bullies were acting up, usually only a few feet away, as is mandated by the district's staff manual.  Most of the time,

with the exception of the reports to the behavioral counselors, it was done in front of district personnel.

300. In fact, not only were the five district defendants aware of the sex and sexual orientation discrimination bullying, but at least nine staff members and three non staff members were aware of the bullying and yet did nothing to make the Dalys aware of their Title IX rights or assist them in filing a complaint.

301. C.F. was allegedly disciplined only once by Zito and possibly once by Meehan, in spite of repeated and escalating sexual harassment.

302. A.M., G.L., C.V., A.S., A.W., G.M., H.M, O.D., K.J., A.T., L.L., P.S., T.B., H.M., B.M., K.O., S.D., S.L. and G.C. were apparently never disciplined.

303. All in all, there were dozens of complaints by Claire to Zito in the Fall of 2022 regarding C.F.'s continuing sexual harassment on the bus.  By the end of the year, there were at least 30 complaints by the Dalys regarding the continued harassment by C.V., G.L., O.D., K.O. and a burgeoning number of other children, over Claire's sexual orientation, retaliation by Bray, and sexual harassment by C.F., most of them via email to Zito, Farley, and/or Bray.  This does not include the hundreds of reports to Bray and Fiore regarding the sexual harassment and sexual orientation discrimination by Claire during the time Zito was out on medical leave and she was refused access to Farley and Meehan.

### Sixth Grade

304. In August of 2023, the Dalys began investigating private schools in order to find Claire a safe place to continue her education. One school, the Laurel Hill School ("Laurel Hill"), requested her records. Once the school heard about this, the

secretary from North Country Road School, the in-district middle school Claire would have been attending, told Danielle Daly to "give back the computer" that the school had assigned Claire for remote and in-school learning. Danielle informed them that Claire had not been accepted yet. Despite this, district personnel continued to pressure the Dalys to remove Claire from the school.

305. In late August, 2023, Claire was accepted at Laurel Hill. Laurel Hill has a strict no-bullying policy, allowing only three transgressions, with increasingly severe consequences. If a student violates the policy three times, the student is asked to leave the school. After her first week, Claire communicated to her family that she felt safe there.

306. On September 5, 2023, right after Claire's sister, Lexie, returned to Laddie Decker for her fourth grade year, Lazar began to question Lexie about Claire. Lexie said, "Claire doesn't go to this school any more. This is my school and today is my first day and I would rather not answer questions about Claire." Lazar walked away.

307. On September 19, 2023, Claire's new teacher, Willie Schmidt, sent the following email to Danielle Daly: "Since the year started Claire blended right in with her classmates that have known each other for years. It is as though she has been here for years. She brings a positive energy to my science class plus I get to see her during homeroom, lunch, and again during Leadership Robotics. In robotics, she began her first build and I am looking forward to seeing her finished product. In science she will have a quiz this Friday and a test on Tuesday on the material that we have covered. Based on her attentiveness and participation in class I am sure she will do well."

308. From the beginning, Claire began to thrive at Laurel Hill. She already had friends over to the house, has a 93 GPA and was inducted into the National Junior Honor Society.

309. In mid-October 2023, Lexie told her family that she, too, was being bullied by her classmates at Laddie Decker. She also stated that there was no point in saying anything because the school would not do anything.

310. On October 26, 2023, Danielle went to pick up Lexie from Laddie Decker. The staff person who normally releases the children and knows each child's parent by sight, was not present. Instead, a parent stood outside the door, asking children who they should be released to.  Lexie pointed to her grandmother, who had never picked her up before.  The two went off in another direction, while Danielle stood there.

311. Shortly thereafter, Danielle was home when she received a call from Lazar, who said, "Whatever Lexie tells you about today, it is a lie." Danielle found it odd that Lazar was calling her, when they had been told that Lexie's assigned behavioral therapist was Tonso.

312. When Lexie returned home, she told her mother that a friend of hers, J., had kicked a basketball into Lexie's hand at recess, which popped Lexie's finger out of its socket. When Lexie told Lazar, who was reading messages on her phone when it occurred, what had happened, Lazar told her, "You made that finger red yourself." She also said, "If we didn't see it, it didn't happen."  Lexie later told Danielle that this phrase, "If we didn't see it, it didn't happen" was one that Zito used often.  It seems unlikely that a DASA complaint was filed by Lazar, since she was quick to

claim it did not happen in the first place, even though cameras were available to ascertain the truth.

313.    The following day, J.'s mother got a call from Lazar, who asked how J. was doing. Lazar asked whether J. was okay given what had occurred with Lexie. However, J. was not injured.  Lazar also asked whether J. would need counseling in order to deal with the situation. J.'s mother responded that they should care as much about Lexie as they did J. and that J. had been the one at fault, not Lexie.

314.    On October 31, 2023, Danielle wrote to the headmaster at Laurel Hill, Robert Stark, to thank him for all they were doing to help get Claire back to school.  Mr. Stark wrote back, "Recall the Beatles song, 'Let It Be?' *Let it Be* joy in her parents' hearts that their daughter has found the light she always deserved. On meeting Claire and then getting to know her never-should-have-happened 'story', all of us folks at Laurel Hill were convinced that her despair was not of her own making. More than that, her optimism that school can surely be a better place was extraordinary. We are deeply happy that she is a Laurel Hiller and is building a school home with us!"

315.    On November 9, 2023, Danielle Daly got a call from Abbriano who said that Vogelsberg had said Lexie was being mean to another child. He stated that she had "covered her ears when another student was playing an instrument" and "laughed". When questioned, Lexie said she was covering her ears because although she liked the student's playing, it was too loud.

316.    On November 13, 2023, Richard wrote to Vogelsberg about the complaint regarding Lexie covering her ears in music class and giggling.  Richard stated that he hoped

that there was no retaliation going on for their reporting what had happened to her sister, Claire.

317. On November 28, 2023, Danielle and Richard Daly, along with Zito, had a Zoom call in regards to the bullying Lexie was experiencing at school. During the call, Richard stated that if he were in charge of a school, he would have to answer for what was happening with the bullying and make changes. Zito expressed that he did not have control over everything, as he had supervisors, and said angrily, "Well then I guess you are responsible for the fact that I was thrown out of your hospital because you didn't have a bed!" The Dalys were stunned. Zito also implied that the Dalys were responsible for their own issues because they had "escalated" the situation.

318. Lexie told her mother that Herrschaft continued to bother her about Claire, asking where she was, until Lexie withdrew from the Miller Place School District in December of 2023. Zito said he could not do anything because Herrschaft was higher up than him. She also states that he pulled her into the hallway once, causing her to miss class and part of the review for a test. She later received a 47 on that portion of the test. Lexie is usually an "A" student. No one seems to care nor has anyone filed a DASA complaint against Herrschaft on Lexie's behalf, although what he was doing was surely captured on camera.

319. Lexie was pulled from Miller Place in December 2023.

Sixth Grade: A Summary

320. In sum, Claire began to feel safe for the first time at Laurel Hill school, due to the fact that the administrators and teachers have both a policy and practice of

promptly and effectively address bullying issues right away. Unfortunately, Lexie continued to be questioned by Lazar as to Claire's whereabouts, and when she reported an injury to Lazar, was told that she was a liar.

### *Ongoing Ramifications*

321. The bullying and harassment were relentless, especially in 5th grade. It took place nearly every day. By 5th grade, the bullying and harassment based on sex took place every day. By 5th grade, the bullying and harassment based on sexual orientation took place nearly every day. By the spring of 5th grade, both were happening every day.

322. In spite of the fact actual notice was given over and over again, very little to nothing was done at the beginning, and this only got worse as the bullying intensified. The District Defendants seemed to want to ignore Title IX. Other than some initial "discipline" of C.F. by Zito at the beginning, the only time effective measures were taken were when Meehan apparently gave C.F. some sort of suspension in February and accompanied him around the school, but no other supportive measures were taken for Claire other than Farley speaking to the girls about the "Claire touch" and a separation from the girls, but a reunification with C.F., at lunch. Once Meehan was gone, discipline of C.F. was apparently abandoned.

323. Even today, if Claire sees one of the bullies from the district, she turns pale and hides. When speaking about the abuse at the therapist's office, she comes down with diarrhea. Danielle recently found a paper with writing on it that Claire had made in Claire's room from 5th grade which said, "Dear Claire, No one likes you. You

suck." Danielle has recently found other papers which reflect how alone and frightened Claire felt during that time.

324. Claire is so fragile that Danielle must visit Laurel Hill daily so that Claire can check in with her. She trusts no one. She has given up acting altogether. Although her new school's administration is highly supportive, she still has a great deal of trouble coping with social situations with her peers and needs extensive group and individual therapy to deal with day to day feelings of fear and depression caused by the bullying at Miller Place.

325. Other examples of the fallout from the bullying and harassment include: an ongoing process of flashbacks on Claire's part whenever she is harassed or something reminds her of the bullies; fear of frequently places where the bullies might turn up; nightmares, insomnia, headaches, stomachaches, and needing constant reassurance from Danielle that she is nearby.

**FIRST CAUSE OF ACTION**
**BY PLAINTIFF CLAIRE DALY**
**VIOLATION OF TITLE IX – 20 USC §1681 – DELIBERATE INDIFFERENCE AND DISPARATE TREATMENT**

**(against Miller Place Union Free School District)**

326. Plaintiffs Danielle and Claire Daly re-allege each and every allegation in paragraphs 1-325 of the complaint as fully set forth herein;

327. Upon information and belief, Miller Place is the recipient of federal funding.

328. Claire sustained harassment due to her sex and sexual orientation that was severe, pervasive and/or objectively offensive.

329. Miller Place had control of the student and staff harassers.

330.    Miller Place employees with authority to address the alleged discrimination and take rectifying measures had actual knowledge of the harassment, i.e. Lipshie, Herrschaft, and Zito.

331.    Miller Place, including Lipshie, Herrschaft, Zito, and Farley could have taken corrective measures but chose not to do so or did so in a way that was wholly inadequate and inappropriate. Indeed, their responses, or lack thereof, had the effect of egging the harassers on.

Deliberate Indifference

332.    Although they were notified numerous times via email, telephone, and in-person visits, Miller Place either failed to notify the family of their Title IX rights, do a proper investigation as to the initial complaints and/or failed to sufficiently follow-up, communicate with the family as to consequences and to give appropriate supportive measures, including separating the children and/or give sufficient punishment to the perpetrators, to take appropriate action or any action at all, including remedial and/or corrective and/or supportive measures, in regards to the family's Title IX rights.  District Defendants and failed to report the Title IX violations themselves, even though any of them could and should have done so, which was deliberately indifferent to Claire's rights.

333.    Miller Place never published notice of any of their anti-discrimination policies to parents during the relevant time period.  They first discouraged the filing of DASA complaints and failed to mention that other types of complaints existed, including their own sexual harassment complaint form and procedures and Title IX. When this no longer worked, Miller Place attempted to control the family's access thereto

70

by filing a DASA complaint themselves. Despite reassurances that they would do the right thing, and with plenty of actual notice to Defendants, including Lipshie, Herrschaft, Zito, Farley, and Bray, they then failed to inform the family that they had a right to file their own complaint with the school until February of 2023, when Farley first gave them the DASA forms, months after many emails and communications by the Dalys in regards to the increasingly severe bullying were made. They also failed to communicate that the family had appeal rights or other rights under district policy and/or Title IX, including the right to an "informal hearing".

334.  After the family began filing DASA complaints in April of 2023, and Zito found for the family on five of the allegations, several of which included sexual orientation discrimination actions, Miller Place, Lipshie, Herrschaft Zito, Farley, and Bray continued to completely ignore parts of the DASA complaints and further verbal and written complaints that the Dalys made to the school, including the Daly's complaint regarding C.F.'s assault of Claire on the bus, refusing to do a proper investigation or take adequate remedial action as the bullying escalated. In turn, they gaslighted Claire.

335.  Miller Place refused to adequately discipline C.F. and refused to communicate with the Dalys in regards to whether or not he received punishments, the length of such, and the utility of such. Miller Place further refused to separate the two children, even though the Dalys asked that Claire be placed in a different classroom. Miller Place refused to protect Claire on the bus, even though they had notice of C.F.'s behavior on such going back to Fall 2021 of 4th grade.

336.  Herrschaft denied that there were cameras on the bus, but there are at least stop-arm cameras on many buses in school districts after 2019 as well as several cameras internally. Even after Claire left school and was on home instruction, C.F. continued to stalk her at her home. When Danielle complained about his presence to Herrschaft, she was told that it had nothing to do with the school, and he would not discipline C.F. However, Miller Place, failed to enforce their own policies in regards to such harassment.

337.  Miller Place's determination that the family's initial DASA complaint in June of 2022, against A.M., was "unfounded", when Herrschaft never interviewed Claire nor, apparently, did he interview any other student nor investigate further, was deliberately indifferent, given that Claire's emotional and physical symptoms were increasing and the bullies' behavior was also worsening.

338.  This lack of response or adequate response was deliberately indifferent and clearly unreasonable in light of circumstances known to Miller Place, Lipshie, Herrschaft, Zito, Farley and Bray.

339.  The lack of investigation as to certain complaints and inadequate investigation as to others is part of a pattern and practice of deliberate indifference with respect to the Miller Place and their staff's responsibilities under Title IX in regards to female students and students who identify as homosexual.

340.  As a result of these practices and Miller Place's deliberate indifference to the family's rights, Claire has been denied educational opportunities, including the right to a variety of elective courses, the right to usage of the school library facilities, the right to participate in extracurricular activities, of peer group interaction,

physical education, transportation to and from instruction, and a myriad of educational tools and aids. Even out of school activities such as shopping, attending regional music groups, or walking down one's own block, have been taken from Claire, due to the school's conduct.

<u>Disparate Treatment</u>

341. In addition to the examples of disparate treatment outlined in ¶¶378-388, Miller Place, Lipshie, Herrschaft and Zito allowed disparate treatment in regards to Claire's expression of her sexuality, with Werner telling her "we don't say gay" in 4th grade. This continued when Bray told her to stop talking about her sexuality in 5th grade. However, the other children were allowed to hold hands at recess and call one another "boyfriend-girlfriend".

342. This hand holding and getting together in pictures was continuously allowed even though Zito and Farley told Claire that there was a school policy against touching. Nothing in the Code of Conduct indicates that consensual touching is not allowed. However, Claire was told she could not do this. When the Dalys complained that this was discriminatory and wanted to file a DASA complaint, they were told that they could only file against A.M., one of the girls who said that she didn't want Claire touching her. Of course, Zito and Farley never told them that they should have been able to file a Title IX complaint against anyone who treated them differently based upon sexual orientation, including themselves. Finally, Farley treated Claire differently than K.O., who was allowed to "smack" Claire and although she was allegedly disciplined, was not investigated under Title IX, nor was Claire allowed to participate in filing a grievance against her.

343. Further, Miller Place, Lipshie, Herrschaft and Zito allowed disparate treatment of C.F., G.L., A.W., O.D. and C.V. as they remained in chorus, band and the school musical even though Claire was so anxious and depressed she had to drop out. These children bullied Claire for her sexuality and C.F. sexually harassed her. Herrschaft, Zito and Miller Place allowed C.F. to continue to harass Claire at her home while she was being tutored, keeping her from coming outside while he was allowed to roam freely.

344. In regards to G.L.'s and C.V.'s comments about Claire's sexuality, although Zito, to his credit, found that the complaints were founded, neither he, Lipshie, Herrschaft or Miller Place gave information about consequences to G.L. or C.V., plans to improve the situation, such as separating the children, or other mitigating measures the school could take. Zito did not properly address the ongoing comments about Claire's sexuality by C.V.

345. Indeed, the failure to separate Claire from the bullies constituted disparate treatment as well, since the Dalys were told explicitly or implicitly that the bullies had rights and therefore could not be moved to a different classroom.

346. This also happened when the Dalys were told not to file a DASA complaint against A.M. or the other girls back in June of 2022, because the school claimed that the bullies would also be able to file a complaint based on the nonexistent "no touching" policy.

347. Herrschaft first denied the Daly's first appeal in June of 2022 without adequate investigation, then upheld Zito's determinations. Yet, he approved K.O. and O.D.'s smacks saying, without evidence, that it was a social media trend called "smack

74

your friend in the face day". This disparate treatment of an "unwanted touching", which Herrschaft said wasn't bullying, versus Zito's statement that "no touching was allowed" in regards to Claire was deliberately indifferent.

348. After Herrschaft's "investigation", which resulted in the lie that Claire retracted her story, Herrschaft's action in finding the complaints against G.L. and C.V. unfounded, was deliberately indifferent to the sexual orientation bullying taking place, as he continually told Danielle and Richard that Claire was lying and he seemed to take the bullies' word over Claire's, even though Claire had never been disciplined. This was apparently done with Lipshie and Miller Place's blessing.

349. Further, there is no indication G.L. or C.V., or any of the other bullies, were ever given any sort of punishment at school other than Zito saying that the situation was "handled at the building level". When Herrschaft stated that the charges were unfounded, this gave the bullies reason to believe that even at the administrative level, there was no agreement as to how to improve the situation amongst the administrators themselves. This failure to follow board policies and/or acting with deliberate indifference to plaintiffs' rights was a violation of the 14th Amendment by Miller Place and individual Defendants, Lipshie, Herrschaft and Zito and resulted in disparate treatment of Claire. Zito also took C.F.'s word over Claire's in regards to the situation at recess where he was aiming basketballs at her feet, when he could have checked the video cameras.

350. As a result of these practices and patterns, Claire has suffered damages.

**SECOND CAUSE OF ACTION**
**BY PLAINTIFF CLAIRE DALY**
**VIOLATION OF TITLE IX – 20 USC §1681 SEXUALLY HOSTILE ENVIRONMENT**

**(against Miller Place Union Free School District)**

351.  Plaintiffs Danielle and Claire Daly re-allege each and every allegation in paragraphs 1-350 of the complaint as fully set forth herein.

352.  District Defendants forced Claire to endure a hostile environment because of her sex.

353.  Claire has a property interest in a public education in New York. Defendants caused Claire to perceive that the school environment was hostile. This was done without just cause and with malice, resulting in an abusive environment towards her.

354.  The environment at Laddie Decker and Miller Place was so hostile that it caused Claire to suffer intimidation, humiliation and ridicule. Miller Place's continuous insult caused Claire to suffer bullying that was pervasive, physically threatening, and altered the conditions of Claire's educational environment.

355.  This hostile environment was because C.F. was allowed to bully and harass her both on and off the bus, beginning in 4th grade and continuing and accelerating into daily bullying as Claire and C.F. continued taking the bus in 5th grade together.  It finally culminated in a sexual assault in April of 2023. The only serious measures that halted it temporarily took place over a few weeks during the time a replacement principal, Meehan, was there.

356.  This mirrors the sexual harassment Claire endured in kindergarten, with similar results, except Claire ended up leaving instead of C.F. and C.F. is still stalking her.

357.  Because no or inadequate action was taken, including notification of Title IX rights, investigation, self-reporting by staff, and supportive measures, as well as actions outlined in the previous paragraphs by Miller Place, Lipshie, Herrschaft, Zito, and Farley to interfere with assertions of such rights, Claire has suffered damages.

**THIRD CAUSE OF ACTION
BY PLAINTIFF CLAIRE DALY
TITLE IX RETALIATION**

**(against Miller Place Union Free School District)**

358.  Plaintiffs Danielle and Claire Daly re-allege each and every allegation in paragraphs 1-357 of the complaint as fully set forth herein.

359.  Plaintiff notified Miller Place, Lipshie, Zito and Farley of their complaints regarding peer and staff bullying via email, phone and in person visits, as well as in filling out DASA forms.

360.  Claire and her family engaged in protected activity when they reported the discrimination to Miller Place.

361.  Miller Place knew that this advocacy was protected activity.

362.  Miller Place's actions in retaliating against Claire closely followed the family's advocacy on behalf of Claire. Not only did they withhold DASA complaints and information regarding the family's rights to such, they also refused to address all of the complaints, whether verbal, written or submitted via forms.  At the district level, this included withholding video evidence of C.F.'s and K.O.'s attacks in spite of the Daly's request to see such. Regarding the forms, at the building level, there is no indication a proper investigation was done and Claire was never interviewed.

363.    In addition to the disparate treatment alleged in Causes of Action I and IV, the retaliation also included gaslighting Claire and her family, beginning with Warren's comment that Claire was 'bringing the drama" and giving an award to one of Claire's bullies.  Zito's comment that the other children could file against Claire for hugging if they tried to pursue a DASA complaint against A.M. in June of 2022. After Claire continued to complain in the Spring of 2023, Farley's and Herrschaft's comments that it was "Smack your friend in the face day" show malice and ill intent towards Claire.  Herrschaft's comment that the Dalys should "call the police" instead of doing so himself was in violation of 9010.2R, which states, "if the harassment involves unwanted physical touching, coerced physical confinement or coerced sex acts, the conduct may constitute a crime. Contact the local police department", shows gaslighting.

364.    Staff such as Bray told Claire that she could not speak about her homosexuality at school, as well as giving her behavioral points for "telling".

365.    Zito's angry remark to Rich about being "kicked out of (Rich's) hospital", shows retaliatory intent as it was made right before he began to ignore Claire completely. Zito would not see Claire after he came back from medical leave.  Bray would not let Claire bring a book to lunch, in spite of the fact that none of the children would allow her to sit with them, a complaint that Zito ignored.  Finally, Bray withheld homework when Claire was out sick.

366.    Claire received only three hours a week of home tutoring when the NYS regulations clearly state that five hours per week is required.

367.    The above action or inaction was adverse against Claire and her family.

368. Miller Place's actions were adverse to Claire's interest in an appropriate education.

369. Without Miller Place's actions or lack thereof, which caused the family to be discouraged in filing or appealing their complaints, Claire's family would not have delayed in filing DASA reports until April of 2023.

370. As a result of these practices Claire has been denied educational opportunities, including the right to a variety of elective courses, the right to usage of the school library facilities, the right to participate in extracurricular activities, of peer group interaction, physical education, transportation to and from instruction, and a myriad of educational tools and aids.

371. As a result of this, Claire has suffered damages.

### FOURTH CAUSE OF ACTION
### BY PLAINTIFF CLAIRE DALY
### VIOLATION OF THE EQUAL PROTECTION CLAUSE & SECTION 1983
### HARASSMENT AND DISPARATE TREATMENT BASED ON SEXUAL
### ORIENTATION AND SEX

**(against Miller Place, Herrschaft, Zito and Farley)**

372. Plaintiffs re-allege each and every allegation in paragraphs 1-371 of the complaint as fully set forth herein.

373. Claire was harassed by A.M., G.L. and C.V. based on her sexual orientation.

374. C.F. sexually harassed Claire.

375. Defendants knew about the harassment Claire had suffered as they had been informed numerous times in regards to such harassment by Claire herself, as well as Richard and Danielle Daly.

376. Defendants, under color of state law, deprived Claire of the rights, privileges, and immunities given by the Equal Protection Clause of the 14th Amendment to the

United States Constitution in that they intentionally discriminated against Claire on the basis of her sex.

377. Defendants response to such harassment was clearly unreasonable in light of the known circumstances.

378. In regards to A.M., G.L. and C.V.'s harassment based on Claire's sexual orientation and in addition to the disparate treatment outlined in ¶¶341-350, Claire suffered disparate treatment when Zito told Claire that it was a violation of school policy and she could not hug anyone, even as Defendants were still promoting hugging amongst other students in situations such as when posing for class pictures. No such written policy existed. When Richard and Danielle said they wanted to file a DASA complaint against Zito and Farley for saying this, it was refused, with Zito saying they could only file against one of the children, A.M., who had expressed this sentiment. Because of this, Miller Place, Zito and Farley are liable on an individual and official basis.

379. In regards to the statements made by Bray telling Claire she could not talk about her homosexuality, Miller Place and Bray are liable on an individual and official basis.

380. On an individual basis and official basis, Farley's gaslighting of Claire, including regarding the severity of bullying Claire was suffering, constituted disparate treatment, e.g. when she covered up for G.L.'s inappropriate comments and conduct towards Claire by saying G.L. was with her when the kick occurred, and favoring G.L.'s version of events over Claire's.

381.    Further, Miller Place and Zito allowed disparate treatment of C.F., G.L., A.W., and C.V. as they remained in chorus and the school musical even though Claire was so anxious and depressed she had to drop out. These children bullied Claire for her sexuality and C.F. sexually harassed her.  Miller Place, Herrschaft and Zito allowed C.F. to continue to harass Claire at her home while she was being tutored, keeping her from coming outside while he was allowed to roam freely.

382.    In an individual and official capacity, in regards to G.L.'s and C.V.'s comments about Claire's sexuality, although Zito, to his credit, found that the complaints were founded, neither he, Herrschaft or Miller Place gave information about consequences to G.L. or C.V., plans to improve the situation, such as separating the children, or other mitigating measures the school could take. Zito did not properly address the ongoing comments about Claire's sexuality by C.V.

383.    In an individual and official capacity, after Herrschaft's "investigation", which resulted in the lie that Claire retracted her story, Herrschaft's action in finding the complaints against G.L. and C.V. unfounded, was deliberately indifferent to the sexual orientation bullying taking place, as he continually told Danielle and Richard that Claire was lying and he seemed to take the bullies' word over Claire's, even though Claire had never been disciplined.  This was apparently done with Lipshie and Miller Place's blessing.

384.    Further, there is no indication G.L. or C.V. were ever given any sort of punishment at school other than Zito saying that the situation was "handled at the building level". When Herrschaft stated that the charges were unfounded, this gave the bullies reason to believe that even at the administrative level, there was no

agreement as to how to improve the situation amongst the administrators themselves. This failure to follow board policies and/or acting with deliberate indifference to plaintiffs' rights was a violation of the 14th Amendment by Miller Place and individual Defendants, Lipshie, Herrschaft and Zito and resulted in disparate treatment of Claire. Zito also took C.F.'s word over Claire's in regards to the situation at recess where he was aiming basketballs at her feet, when he could have checked the video cameras.

385.    Defendants' response to such harassment was clearly unreasonable in light of the known circumstances and went against school policies

386.    Defendants' purposeful actions and/or inaction showed deliberate indifference as well as a policy and/or practice by the Defendant in doing so.

387.    Policies and practices such as Miller Place's continuing failure to separate the bullies, discipline the perpetrators, discourage filing of complaints by victims, and to fail to notify the family of Title IX rights as well as other rights, including those under school policy, show a custom that was longstanding.

388.    Claire has suffered damages as a result.

### FIFTH CAUSE OF ACTION
### BY PLAINTIFF CLAIRE DALY
### FIRST AMENDMENT RETALIATION UNDER SECTION 1983

### (against Miller Place, Herrschaft, Zito, Farley,  and Bray)

389.    Plaintiff re-alleges each and every allegation in paragraphs 1-388 of the complaint as fully set forth herein.

390.    Plaintiff engaged in protected First Amendment activity by notifying the Defendants of their complaints via email, phone and in person visits.

391. Claire and her family engaged in protected activity when they reported the discrimination to Defendants.

392. Defendants knew that this advocacy was protected activity.

393. Although they were notified numerous times, Zito either failed to do a proper investigation as to the initial complaints and/or failed to sufficiently follow-up and communicate with the family as to consequences and to take appropriate action.

394. Defendants discouraged the filing of DASA complaints. When this no longer worked, Defendants attempted to control the family's access thereto by conducting an inadequate investigation, then by filing the complaint themselves. They failed to inform the family that they had a right to file their own complaint with the school until February, 2023, when they first gave them the DASA forms. This was months after numerous emails and communications from the Dalys about the daily bullying. They also failed to communicate to the family that they had rights under DASA, including appeal rights.

395. Prior to the Daly's filing of the DASA complaints, there were clearly inadequate or inappropriate responses to the Daly's numerous complaints. After the family began filing DASA complaints in April of 2023, the school administrators continued to completely ignore parts of the DASA complaints and further verbal and written complaints that the Dalys made to the school, including the Daly's complaint regarding C.F.'s assault of Claire on the bus, refusing to do a proper investigation or take adequate remedial action as the bullying escalated.

396. Individual retaliatory acts included the following:

- refusing to investigate written complaints and send DASA forms or decisions for months (Miller Place, Herrschaft, Zito) and/or apprise the Dalys of their rights as to such, including appeal rights (Miller Place, Herrschaft, Zito);

- refusing to file DASA complaints themselves (Miller Place, Herrschaft, Zito, Farley, and Bray) or against themselves (Miller Place, Zito, Farley)

- refusing to issue decisions on certain complaints (Miller Place, Herrschaft, Zito);

- seating Claire next to O.D., another bully, then refusing to move Claire's seat when asked (Bray);

- refusing to send home work when Claire was sick (Bray);

- disallowing Claire to see Mr. Zito when she felt anxious (Bray);

- giving Claire a behavior check when she reported that C.V. and others were continuing to harass her on social media and her social media account was being spread around the school (Bray);

- discouraging Claire from reporting the bullying and ignoring it when Claire told her C.V. was continuing to "cuss" at her and say mean things (Bray);

- gaslighting Claire when she reported bullying, including telling her she was lying, changing or retracting her story, or minimizing it by disagreeing with her account (Herrschaft, Zito, Farley, Bray);

- refusing to separate the bullies from Claire after being asked repeatedly to do so (Miller Place, Herrschaft, Zito)

397. Defendants' actions in retaliating against Claire closely followed the family's advocacy on behalf of Claire.

398. The above action or inaction was adverse against Claire and her family.

399. Defendant's actions were adverse to Claire's interest in an appropriate education. The protected activity on behalf of Claire caused Defendant to take adverse action against Claire.

400. Defendants could have taken corrective measures but chose not to do so or did so in a way that was wholly inadequate and inappropriate. Indeed, their responses, or lack thereof, had the effect of egging the harassers on.  In one case, Lazar and Tonso even put Claire at a table with another child who had slash marks on her wrists and who told her how to effectively cut one's self.

401. Without Defendant's actions or lack thereof, Claire's family would not have returned to Claire to Laddie Decker Elementary School in the fall of 2023.

402. Defendants actions were motivated by Claire and her family's exercise of her free speech rights.

403. Without Defendant's actions or lack therof, which caused the family to be discouraged in filing or appealing their complaints, Claire's family would not have delayed in filing DASA reports until April of 2023.

404. As a result of these practices Claire has been denied educational opportunities, including the right to a variety of elective courses, the right to usage of the school library facilities, the right to participate in extracurricular activities, of peer group interaction, physical education, transportation to and from instruction, and a myriad of educational tools and aids.

405. As a result of this, Claire has suffered damages.

## SIXTH CAUSE OF ACTION
## BY PLAINTIFF CLAIRE DALY
## FIRST AMENDMENT FREE SPEECH VIOLATIONS UNDER SECTION 1983

### (against Miller Place, Zito, and Bray)

406.   Plaintiff re-alleges each and every allegation in paragraphs 1-405 of the complaint as fully set forth herein.

407.   Plaintiff Claire Daly engaged in protected activity under the First Amendment when she said "I like girls".

408.   Defendant Miller Place and Bray violated Claire's right to free speech when Werner and Bray told Claire she could not talk about her sexuality at school.

409.   Defendant Zito violated Claire's right to freedom of expression when he told Claire she could not hug anyone because there was a "no-contact" policy at Miller Place. In fact, there was no such written policy and in any case this would have been a violation of Claire's right to freedom of expression.

410.   As a result of these practices Claire has been denied educational opportunities, including the right to a variety of elective courses, the right to usage of the school library facilities, the right to participate in extracurricular activities, of peer group interaction, physical education, transportation to and from instruction, and a myriad of educational tools and aids.

411.   As a result of this, Claire has suffered damages.

### JURY TRIAL DEMANDED

412.   Plaintiffs demand a jury trial.

## **REQUESTS FOR RELIEF**

**WHEREFORE**, Plaintiffs respectfully request that the court order:

1)      A declaratory judgment stating that Defendant has violated Plaintiff Claire Daly's rights under Title IX, the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution, and the First Amendment of the United States Constitution;

2)      Equitable relief, including but not limited to the following:

◦ A permanent injunction ordering Defendant Miller Place to thoroughly train their employees, staff and students on Title IX best practices and procedures in order to discourage future gender discrimination and sexual harassment;

◦ A permanent injunction ordering Defendant Miller Place Union Free School District to cease discriminating against female students and students who identify as homosexual;

◦ An order directing Defendants Herrschaft and Zito to issue a written retraction of their decisions in the DASA complaints and appeals stating that the bullying students' conduct was unfounded;

◦ An order directing Defendant Miller Place Union Free School District to update its Code of Conduct and its board policies to reflect that retaliation against a witness, family member, or another person with reliable information as to discrimination on behalf of themselves or another student, or against staff or teachers who report harassment, discrimination, bullying or retaliation on behalf of students is prohibited. Such update shall be featured prominently on the school's website, with hyperlinks to the appropriate sections of the code of conduct, coordinators for Title

IX and DASA, and forms, such as DASA forms, appropriate for complainants. (Board Policies 5020, 5320, 9010):

○ An order directing Defendant update its Code of Conduct so its policy regarding the full range of penalties for students who misbehave on the school bus is enumerated in its own section in the Code of Conduct.  Such update shall be featured prominently on the school's website, with hyperlinks to the appropriate sections of the code of conduct, coordinators for Title IX and DASA, and forms, such as DASA forms, appropriate for complainants (Board Policies 5020, 5320, 9010);

○ An order directing Defendant update its Code of Conduct so its policy, "Student Harassment and Bullying" is enumerated in its own section in the Code of Conduct. Such update shall be featured prominently on the school's website, with hyperlinks to the appropriate sections of the code of conduct, coordinators for Title IX and DASA, and forms, such as DASA forms, appropriate for complainants (Board Policy 5020):

○ An order directing Defendant update its Code of Conduct so its policy, "Sexual Harassment" is enumerated in its own section in the Code of Conduct. Such update shall be featured prominently on the school's website, with hyperlinks to the appropriate sections of the code of conduct, coordinators for Title IX and DASA, and forms, such as DASA forms, appropriate for complainants (Board Policy 9010)

○ An order directing Defendant update its Code of Conduct so its policy, "Nondiscrimination and Equal Opportunity" is enumerated in its own section in the Code of Conduct. Such update shall be featured prominently on the school's website, with hyperlinks to the appropriate sections of the code of conduct,

coordinators for Title IX and DASA, and forms, such as DASA forms, appropriate for complainants (Board Policy 5020):

○ An order directing Defendant to update its "Nondiscrimination and Equal Opportunity", "Student Harassment and Bullying", and "Sexual Harassment" forms to indicate that retaliation is prohibited by Title IX and DASA, and identify "retaliation" as a category of conduct about which a complaint may be lodged (Board Policies 5020.E.5.1, 5020.E.2, 9010.2.E1);

○ An order directing Defendant to update its Code of Conduct as well as its Non Discrimination and Equal Opportunity Policy, Sexual Harassment Policy, and Bullying and Harassment policies to reflect that, under Title IX, the district must provide assurances to the victim's family that they will take reasonable steps to prevent future harassment by the perpetrator (Board Policies 5020, 5320, 9010);

○ An order directing Defendant to  update its Code of Conduct as well as its Non Discrimination and Equal Opportunity Policy, Sexual Harassment Policy, and Bullying and Harassment policies to reflect the rights of the victim and respondent in regards to Title IX regulations, as well as outlining the steps in making a complaint, and the investigation and evidence-gathering stage of the process.

○ An order directing Defendant to provide specific examples of accommodations and supportive measures to be given to victims who are bullied in its "Student Harassment and Bullying" as well as "Nondiscrimination and Equal Opportunity" and "Sexual Harassment" policies and regulations, including safety plans, stay away directives, and separation of students.

○ An order directing Defendant to include references to student rights under Title IX in its "Student Conduct on School Buses" policy and regulation;

○ An order directing Defendant to ensure that its online version of the Code of Conduct reflects these changes and that they are publicized;

3)   An award of compensatory damages to compensate Plaintiffs for violations of their civil rights, including but not limited to tuition reimbursement, in an amount to be determined at trial;

4)   An award for pain and suffering, in an amount to be determined at trial;

5)   An award of compensatory damages for emotional distress, including therapy visits and psychiatric visits, past and future, in an amount to be determined at trial;

6)   Reasonable costs and attorney fees in the prosecution of this action, pursuant to 42 U.S.C. § 1988;

7)   Pre- and Post-judgment interest;

Together with such other and further relief as to which this Court deems just and proper.

Dated:      Syosset, New York
            May 16, 2024

*/s/Suzanne Myron*

Suzanne Myron, Esq.
Attorney for Plaintiff,
*Claire Daly*
The Law Office of Suzanne Myron
6800 Jericho Turnpike, Suite #120W
Syosset, NY 11791
phone: (516) 393-5821
fax: (516) 496-9052
email: smyron@specialeducationlawyerny.com

## **CERTIFICATION**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Dated: Syosset, NY
      February 19, 2024

*/s/Suzanne Myron*
Suzanne Myron, Esq.
The Law Office of Suzanne Myron
6800 Jericho Turnpike, Suite 120W
Syosset, NY 11791
phone: (516) 393-5821
fax: (516) 496-9052
email: smyron@specialeducationlawyerny.com