

KIERA J. MEEHAN
Kmeehan@sokoloffstern.com

July 11, 2024

**Via ECF**

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    *Daly v. Miller Place UFSD, et al.*
                Docket No. 23-CV-08601 (RPK) (SIL)
                File No. 230358

Your Honor:

      We represent the Miller Place Union Free School District and defendants Seth Lipshie, Christopher Herrschaft, Joseph Zito, Nicole Farley, and Lisa Bray in the above-referenced action. We write to request an extension of time to serve Defendants' motion to dismiss the second amended complaint pursuant to Fed. R. Civ. P. 12(b)(6).

      Pursuant to the Court's order of May 2, 2024, Defendants' motion is to be served by July 15, 2024. We respectfully request that Defendants' time to serve their moving papers be extended to August 15, 2024, with Opposition papers to be served by August 29, 2024, and Reply papers by September 5, 2024.

      This is Defendants' first request for an extension of this deadline. This request is necessary because I was out of the office for much of May and early June due to a family medical emergency, resulting in an unexpected press of other matters.

      Plaintiffs' counsel consents to this request.

                                         Respectfully submitted,

                                         SOKOLOFF STERN LLP

                                         Kiera J. Meehan