

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516)334-4500  FAX (516)334-4501  WWW.SOKOLOFFSTERN.COM

KIERA J. MEEHAN
Kmeehan@sokoloffstern.com

August 12, 2024

**Via ECF**

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    *Daly v. Miller Place UFSD, et al.*
                     Docket No. 23-CV-08601 (RPK) (SIL)
                     File No. 230358

Your Honor:

      We represent the defendants' in the above-referenced action. We write to request an extension of time to serve Defendants' motion to dismiss the second amended complaint pursuant to Fed. R. Civ. P. 12(b)(6).

      Pursuant to the Court's order of July 12, Defendants' motion is to be served by August 15, 2024. We respectfully request that Defendants' time to serve their moving papers be extended to September 16, 2024, with Opposition papers to be served by September 30, 2024, and Reply papers by October 7, 2024.

      This is Defendants' second request for an extension of this deadline. I first sought an extension of time because I had been out of the office due to a family medical emergency concerning my father. On the evening of July 30th, he passed away. As I have just returned from bereavement leave today, I am requesting a further extension of defendants' deadline to serve their moving papers.

      Plaintiffs' counsel consents to this request.

                                                        Respectfully submitted,

                                                        SOKOLOFF STERN LLP

                                                        */s/ Kiera J. Meehan*

                                                        Kiera J. Meehan