

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516)334-4500  FAX (516)334-4501  WWW.SOKOLOFFSTERN.COM

KIERA J. MEEHAN
KMEEHAN@SOKOLOFFSTERN.COM

October 3, 2024

**VIA ECF**

Honorable Rachel P. Kovner
United States District Court for
Eastern District New York
225 Cadman Plaza East, Courtroom 4E-N
Brooklyn, NY 11201

      Re: *Daly v. Miller Place UFSD, et al.,*
        Index No.: 23-cv-08601 (RPK) (SIL)
        File No.: 230358

Your Honor:

 We represent the defendants in this action. In accordance with Your Honor's Individual Rules the following papers were served electronically to Plaintiffs' Counsel on September 16, 2024 for our Motion to Dismiss:

- Notice of Motion;
- Attorney Declaration of Kiera J. Meehan, with Exhibits A-K; and
- Memorandum of Law in Support of Defendants' Motion to Dismiss

 If you have any questions, please do not hesitate to contact me.

           Very truly yours,

           SOKOLOFF STERN LLP

           KIERA J. MEEHAN

Encl.