UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAIRE DALY and ALEXIS DALY, by and through their mother and general guardian, DANIELLE DALY,<br><br>                        Plaintiffs,<br><br>-against-<br><br>MILLER PLACE UNION FREE SCHOOL DISTRICT, SETH LIPSHIE individually, CHRISTOPHER HERRSCHAFT individually, JOSEPH ZITO individually, NICOLE FARLEY individually, LISA BRAY individually, and NICOLE LAZAR individually,<br><br>                        Defendants. | Docket No. 23-cv-08601<br>          (RPK)(SIL)<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that MARK A. RADI, a member of the firm SOKOLOFF STERN LLP, attorneys for defendants MILLER PLACE UNION FREEE SCHOOL DISTRICT, SETH LIPSHIE individually, CHRISTOPHER HERRSCHAFT individually, JOSEPH ZITO individually, NICOLE FARLEY individually and LISA BRAY, hereby files this notice for purpose of receiving ECF alerts via email. This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated: Carle Place, New York
         October 31, 2024

                                              **SOKOLOFF STERN LLP**
                                              *Attorneys for Defendants*

               By:   MARK A. RADI
                     179 Westbury Avenue
                     Carle Place, New York 11514
                     (516) 334-4500
                     File No.: 230358

To:    All Counsel of Record (via ECF)