| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
|---|---|
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 11/13/24 |
|---|---|
| U.S. MAGISTRATE JUDGE | TIME: 12:15 pm |

CASE: **CV 23-8601 (RPK) Daly et al v. Miller Place Union Free School District et al**
TYPE OF CONFERENCE: STATUS          FTR: 12:16-12:23
APPEARANCES:
    For Plaintiff: <u>Ian Heller and Suzanne Myron</u>

    For Defendant: <u>Keira Meehan</u>

**THE FOLLOWING RULINGS WERE MADE:**

☒    ORDER: Status conference held. DE [68] & [70] are granted in part and denied in part on consent as follows:
    Deposition schedule
By Defendants:

    Claire Daly in person (audio only): December 19, 2024
    Danielle Daly in person (audio only): December 20, 2024

By Plaintiffs:

    Lisa Bray in person (audio and video): January 6, 2025
    Joseph Zito in person (audio and video): January 7, 2025
    Nicole Farley in person (audio and video): January 8, 2025
    Christopher Herrschaft in person (audio and video): January 9, 2025

All depositions will commence at 10:00am unless all counsel and the witness being deposed agree otherwise.

These dates may only be advanced, but not postponed with the consent of all counsel and the witness to be deposed.

Counsel will be prepared to address an amended scheduling order at the next conference.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    <u>2/11/25 at 10:15 am</u>: Status conference

                                    SO ORDERED

                                    <u>/s/Steven I. Locke</u>
                                    STEVEN I. LOCKE
                                    United States Magistrate Judge