

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

MARK A. RADI
MRADI@SOKOLOFFSTERN.COM

March 13, 2025

**Via ECF**
Honorable Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

          Re:   *Daly v. Miller Place Union Free Sch. Dist., et al.*
                Docket No. 23 Civ. 8601 (RPK) (SIL)

Your Honor:

      We represent the Defendants in this action and write pursuant to the Court's order to advise the Court Defendants take no position on the manner in which Plaintiff serves subpoenas on non-party witnesses. (DE 76.)

      Defendants, however, object to Plaintiff's issuance of the non-party subpoenas for the reasons set forth in Docket Entry No. 80.  We also note this firm now represents District Board member Andrea Spaniolas and former District employee Thomas Meehan with respect to the subject subpoenas.

      Thank you for your consideration of this matter.

                                              Respectfully submitted,

                                              SOKOLOFF STERN LLP

                                              MARK A. RADI

cc: All counsel of record (*via* ECF)