## CERTIFICATE OF SERVICE

STATE OF NEW YORK )
COUNTY OF NASSAU ) ss.:

Suzanne Myron, being duly sworn, deposes and states that I am over the age of eighteen years, I maintain an office at 6800 Jericho Tpke, Ste #120W, Syosset, NY, and I am not a party to this proceeding. On the 11th day of May, 2025 I served <u>Plaintiff's Motion for Leave to File Document Under Seal, and Letter Motion to Supplement Plaintiff's Motion to Compel Compliance with Subpoena, including Exhibits C-F,</u> upon Kiera Meehan, Esq. and Mark Radi, Esq., via email at kmeehan@sokoloffstern.com and mradi@sokoloffstern.com.

_____
Suzanne Myron