

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514 PHONE (516) 334-4500 FAX (516) 334-4501 WWW.SOKOLOFFSTERN.COM

MARK A. RADI
MRADI@SOKOLOFFSTERN.COM

May 29, 2025

**Via ECF**
Honorable Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                Re:    *Daly v. Miller Place Union Free Sch. Dist., et al.*
                        Docket No. 23 Civ. 8601 (RPK) (SIL)

Your Honor:

      We represent the Defendants in this action. In light yesterday's Court order extending Plaintiff's deadline to serve expert disclosures through June 24, 2025, Defendants request a reciprocal extension, until July 31, 2025, to serve all expert rebuttal reports. Such extension is necessary to give Defendants sufficient time to respond to Plaintiff's reports as we are still awaiting receipt of therapy/medical records. Plaintiff does not object to the request with respect to Elisa Kerenyi.

      Thank you for your consideration of this matter.

                                                                    Respectfully submitted,

                                                                    SOKOLOFF STERN LLP

                                                                    MARK A. RADI

cc: All counsel of record (*via* ECF)