| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE:  7/15/2025<br>TIME:  10:15 am |

CASE: **CV 23-8601 (RPK) Daly et al v. Miller Place Union Free School District et al**
TYPE OF CONFERENCE:   STATUS                          FTR: 10:10-10:28
APPEARANCES:
    For Plaintiff:   Suzanne Myron

    For Defendant: Mark Radi

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:   Oral argument held on Plaintiff's motion to compel, DE [127].  Consistent with the requirements of the Family Educational Rights Privacy Act, section 1232g(b)(2)(B), the motion is granted in part and denied in part and Defendants are ordered to produce the following:

1. Unredacted disciplinary records for students CF, CV, AM, KO and OD concerning the incidents involving Plaintiff.
2. Unredacted records concerning the five students previously specified that pertain to Plaintiff.
3. Bus warning letters for incidents involving CF (which may be recovered by point 1 above).
4. 2017-18 District Code of Conduct.
5. 2020-21 DASA letter.
6. Documents concerning SCOPE counselor duties, including but not limited to, if they are set forth in the SCOPE contracts.  The entirety of the SCOPE contracts do not need to be produced.
7. Darker copies of certain documents previously identified as too light to read.

        Defendants will produce these documents on August 18, 2025.  Expert reports will be served on September 12, 2025.
        Rebuttal expert reports will be served on October 13, 2025.

      Deadline to commence summary judgment motion practice:  November 21, 2025.  Based on Defendants' representation that they will definitely make the motion, no final pretrial conference is scheduled.  Once the motion is decided the parties are directed to request a final pretrial conference as appropriate including dates for expert depositions.

      SO ORDERED

      <u>/s/Steven I. Locke</u>
      STEVEN I. LOCKE
      United States Magistrate Judge