**UNITED STATES DISTRICT COURT**                    **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**                **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE                                        DATE:  5/19/26
          U.S. MAGISTRATE JUDGE                         TIME:   1:30 pm

CASE: **CV 23-8601(AMD) Daly v. Miller Place School District**
TYPE OF CONFERENCE: SETTLEMENT                    FTR: 1:32-1:34; 1:44-1:46

APPEARANCES:
       For Plaintiff:   Suzanne Myron and Ian Heller

       For Defendant: Mark Radi

**THE FOLLOWING RULINGS WERE MADE:**

☐     Scheduling Order entered.

☐     The court has adopted and So Ordered the joint proposed scheduling order [    ]
     submitted by the parties.

☐     The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
     The action will be tried in accordance with the discretion and the trial calendar of the
     District Judge.

☒     Other:   Settlement conference held. Case not settled.


                              SO ORDERED

                              /s/Steven I. Locke
                              STEVEN I. LOCKE
                              United States Magistrate Judge